# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABITIBIBOWATER INC., *et al.*,[1] | ) | Case No. 09-11296 (KJC) |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF LAURA D. METZGER

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Laura D. Metzger, Esquire of Orrick, Herrington & Sutcliffe LLP to represent The Bank of Nova Scotia in the above-captioned cases.

Date: April 16, 2009
Wilmington, Delaware

Respectfully submitted,

Klehr, Harrison, Harvey, Branzburg & Ellers LLP

*/s/ Joanne B. Wills*
Joanne B. Wills (DE Bar No. 2357)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
Tel: (302) 426-1189
Fax: (302) 426-9193
jwills@klehr.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AbitibiBowater Inc. (6415), AbitibiBowater US Holding 1 Corp. (N/A), AbitibiBowater US Holding LLC (N/A), AbitibiBowater Canada Inc. (N/A), Abitibi-Consolidated Alabama Corporation (4396), Abitibi-Consolidated Corporation (9050), Abitibi-Consolidated Finance LP (4528), Abitibi Consolidated Sales Corporation (7144), Alabama River Newsprint Company (7247), Augusta Woodlands, LLC (9050), Bowater Alabama LLC (7106), Bowater America Inc. (8645), Bowater Canada Finance Corporation (N/A), Bowater Canadian Forest Products Inc. (N/A), Bowater Canadian Holdings Incorporated (N/A), Bowater Canadian Limited (N/A), Bowater Finance Company Inc. (1715), Bowater Finance II, LLC (7886), Bowater Incorporated (1803), Bowater LaHave Corporation (N/A), Bowater Maritimes Inc. (N/A), Bowater Newsprint South LLC (1947), Bowater Newsprint South Operations LLC (0168), Bowater Nuway Inc. (8073), Bowater Nuway Mid-States Inc. (8290), Bowater South American Holdings Incorporated (N/A), Bowater Ventures Inc. (8343), Catawba Property Holdings LLC (N/A), Coosa Pines Golf Club Holdings, LLC (8702), Donohue Corp. (9051), Lake Superior Forest Products Inc. (9305) and Tenex Data Inc. (5913). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1155 Metcalfe Street, Suite 800, Montreal, Quebec H3B 5H2, Canada.

DEL1 71052-1