UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| AbitibiBowater Inc., *et al.* | : | Case No. 09-11296 (KJC) |
| | : | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| Debtors. | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **HSBC Bank USA, N.A.**, as Indenture Trustee for 9 3/8% Notes due 2021, Attn: Sandra Horwitz, 10 E. 40th Street, 14th Floor, New York, NY 10016, Phone: 212-525-1358, Fax: 212-525-1366

2. **Wilmington Trust Company**, as Indenture Trustee for 15.5% Senior Notes due 2010, Attn: James J. McGinley, Rodney Square North, 1100 North Market Street, Wilmington, DE 19890, Phone: 302-636-6058, Fax: 302-363-4045

3. **Computershare Trust Company of Canada**, as Indenture Trustee for 10.85% Notes due 2014, Attn: Nelia Andrade & Toni De Luca, 1500 University St., 7th Floor, Montreal, Quebec, H3A 3S8, Phone: 514-982-7888 x 7255/7213, Fax: 514-982-7677

4. **Pension Benefit Guaranty Corporation**, Attn: Craig Yamaoka, 1200 K Street, NW, Washington, DC 20005, Phone: 202-326-4070 x 3614, Fax: 202-842-2643

5. **United Steelworkers**, Attn: David R. Jury, Five Gateway Center, Pittsburgh, PA 15222, Phone: 412-562-2545, Fax: 412-562-2429

6. **Imerys**, Attn: Merilee Long, 100 Mansell Road, Suite 300, Roswell, GA 30076, Phone: 770-645-3419, Fax: 770-645-3391

7. **Andritz Inc.**, Attn: Deborah B. Zink, 1115 Northmeadow Parkway, Roswell, GA 30076, Phone: 770-640-2591, Fax: 770-640-2598

ROBERTA A. DEANGELIS
United States Trustee, Region 3

  /s/ David M. Klauder for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: April 28, 2009

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Pauline K. Morgan, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253