# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **ABITIBIBOWATER INC.,** *et al.* | ) | Case No. 09-11296 (KJC) |
| | ) | |
| **Debtors.** | ) | Jointly Administered |

## VERIFIED STATEMENT OF REPRESENTATION BY BRACEWELL & GIULIANI LLP AND STEVENS & LEE P.C. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)

Bracewell & Giuliani LLP ("**Bracewell**") and Stevens & Lee P.C. (collectively, "**Counsel**") hereby submit this verified statement pursuant to Federal Rule of Bankruptcy Procedure 2019(a) (the "**Verified Statement**") in connection with the chapter 11 cases of the above-captioned debtors (collectively, the "**Debtors**")[1], and state as follows:

1. Counsel appears in these cases on behalf of an *ad hoc* group of certain holders of notes issued by Bowater Incorporated and Bowater Canada Finance Corporation (collectively, the "**Notes**"), whose members consist of the entities whose names and addresses are set forth on Schedule A attached hereto (collectively, the "**Group**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal or Canadian tax identification number, are: AbitibiBowater Inc. (6415), AbitibiBowater US Holding 1 Corp. (6050), AbitibiBowater US Holding LLC (N/A), AbitibiBowater Canada Inc. (3225), Abitibi-Consolidated Alabama Corporation (4396), Abitibi-Consolidated Corporation (9050), Abitibi-Consolidated Finance LP (4528), Abitibi Consolidated Sales Corporation (7144), Alabama River Newsprint Company (7247), Augusta Woodlands, LLC (0999), Bowater Canadian Forest Product Inc. (2010), Bowater Canadian Holdings Incorporated (6828), Bowater Canadian Limited (7373), Bowater Finance Company Inc. (1715), Bowater Finance II LLC (7886), Bowater Incorporated (1803), Bowater LaHave Corporation (5722), Bowater Maritimes Inc. (5684), Bowater Newsprint South LLC (1947), Bowater Newsprint South Operations LLC (0816), Bowater Nuway Inc. (8073), Bowater Nuway Mid-States Inc. (8290), Bowater South American Holdings Incorporated (N/A), Bowater Ventures Inc. (8343), Catawba Property Holdings, LLC (N/A.), Coosa Pines Gold Club Holdings LLC (8702), Donohue Corp. (9051), Lake Superior Forest Products Inc. (9305) and Tenax Data Inc. (5913). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1155 Metcalfe Street, Suite 800, Montreal, Quebec H3B 5H2, Canada.

2. The members of the Group hold approximately $773 million in aggregate face amount of the Notes.

3. Bracewell was approached by certain members of the Group to discuss treatment of holders of the Notes prior to the filing of these chapter 11 cases. The Group has also requested that Counsel represent it in connection with these chapter 11 cases.

4. The undersigned hereby verify under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Counsel reserves the right to revise and supplement these statements.

Dated: Hartford, Connecticut
June 1, 2009

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: /s/ *Kurt A. Mayr*
Kurt A. Mayr
Mark E. Dendinger
225 Asylum Street, Suite 2600
Hartford, Connecticut 06103
Telephone: (860) 947-9000
Facsimile: (860) 246-3201

-and-

**STEVENS & LEE P.C.**

By: /s/ *Maria Aprile Sawczuk*
Joseph H. Huston, Jr. (Bar No. 4035)
Maria Aprile Sawczuk (Bar No. 3320)
1105 North Market Street, Suite 700
Wilmington, Delaware 19801
Telephone: (302) 654-5180
Facsimile: (302) 654-5181

*Co-Counsel for the Group*

## Schedule A

| | Group Member Name and Address |
|---|---|
| 1. | Avenue Capital Group<br>535 Madison Avenue, 14th Floor<br>New York, New York 10022 |
| 2. | Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, California 90067 |
| 3. | Citigroup Global Mkts Inc.<br>390 Greenwich Street, 4th Floor<br>New York, New York 10013 |
| 4. | Contrarian Capital Management, L.L.C.<br>411 West Putnam Avenue, Suite 425<br>Greenwich, Connecticut 06830 |
| 5. | Morgan Stanley & Co., Inc.<br>1585 Broadway, 2nd Floor<br>New York, NY 10036 |
| 6. | Paulson & Co. Inc.<br>1251 Avenue of the Americas, 50th Floor<br>New York, New York 10020 |

-3-

SL1 926471v1/104737.00001