## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ABITIBIBOWATER INC., *et al.* | ) | Case No. 09-11296 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Mark E. Dendinger, of Bracewell & Giuliani LLP, to represent an *ad hoc* group of certain holders of notes issued by Bowater Incorporated and Bowater Canada Finance Corporation (the "**Group**"), in this action.

**STEVENS & LEE P.C.**

Dated: June 1, 2009

By: /s/ *Maria Aprile Sawczuk*
Joseph H. Huston, Jr. (Bar No. 4035)
Maria Aprile Sawczuk (Bar No. 3320)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 654-5180

*Co-Counsel for the Group*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Connecticut and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

**BRACEWELL & GIULIANI LLP**

By: /s/ *Mark E. Dendinger*
Mark E. Dendinger
225 Asylum Street, Suite 2600
Hartford, Connecticut 06103
Telephone: (860) 947-9000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
The Honorable Kevin J. Carey

SL1 926570v1/104737.00001