IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABITIBIBOWATER INC., *et al.*, | ) | Case No. 09-11296 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Ref. Docket No. 18, 115** |

## NOTICE OF FILING OF AMENDMENT NO. 1 TO SENIOR SECURED SUPERPRIORITY DEBTOR IN POSSESSION CREDIT AGREEMENT DATED AS OF APRIL 21, 2009

PLEASE TAKE NOTICE that attached hereto as Exhibit 1 is Amendment No. 1 (the "Amendment") to that certain Senior Secured Superpriority Debtor In Possession Credit Agreement dated as of April 21, 2009 (the "Credit Agreement").

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit 2 is a redlined version of the modified provisions of the Credit Agreement, based upon the modifications to the Credit Agreement to be made by the Amendment.

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT & TAYLOR, LLP
June 3, 2009

/s/ Sean T. Greecher
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and –

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Kelley A. Cornish
Jeffrey D. Saferstein
Claudia R. Tobler
Samantha G. Amdursky
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel for the Debtors and Debtors-in-Possession*