ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ABITIBIBOWATER INC, *et al.*, | Case No. 09-11296(KJC) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Angela Somers of Allen & Overy LLP to represent Ernst & Young Inc. as Canadian monitor in this action.

*/s/ Mary Calwary*
Mary F. Caldway (No. 3059)
Peter J. Duhig (No. 4024)
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295          Date: June 2, 2009

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to District Court Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Angela Somers*
Angela Somers
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 610-6300
Fax: (212) 610-6399

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: JUNE 3, 2009          _____
                            United States Bankruptcy Judge

DKT. NO. 373
DT. FILED 6/3/09