**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|                              |    |                          |
|------------------------------|----|--------------------------|
| In re:                       | )  | Chapter 11               |
|                              | )  |                          |
| ABITIBIBOWATER INC., *et al.*,[1] | )  | Case No. 09-11296 (KJC)  |
|                              | )  |                          |
| Debtors.                     | )  | Jointly Administered     |
|                              | )  |                          |
|                              | )  | **Ref. Docket No. 654**  |

**ORDER EXTENDING THE DEADLINE FOR THE DEBTORS TO ASSUME OR
REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

Upon the Motion[2] of the above-captioned Debtors for entry of an order pursuant to

section 365(d)(4) of the Bankruptcy Code extending the Assumption/Rejection Period by ninety

(90) days, through and including November 12, 2009; and upon consideration of the Motion and

all pleadings related thereto; and the Court finding that (a) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the

meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the

circumstances; and it appearing that the relief requested in the Motion is in the best interests of

---

[1]   The debtors-in-possession in these cases, along with the last four digits of each Debtor's federal or Canadian tax identification number, are: AbitibiBowater Inc. (6415), AbitibiBowater US Holding 1 Corp. (6050), AbitibiBowater US Holding LLC (N/A), AbitibiBowater Canada Inc. (3225), Abitibi-Consolidated Alabama Corporation (4396), Abitibi-Consolidated Corporation (9050), Abitibi-Consolidated Finance LP (4528), Abitibi Consolidated Sales Corporation (7144), Alabama River Newsprint Company (7247), Augusta Woodlands, LLC (0999), Bowater Alabama LLC (7106), Bowater America Inc. (8645), Bowater Canada Finance Corporation (8810), Bowater Canadian Forest Products Inc. (2010), Bowater Canadian Holdings Incorporated (6828), Bowater Canadian Limited (7373), Bowater Finance Company Inc. (1715), Bowater Finance II LLC (7886), Bowater Incorporated (1803), Bowater LaHave Corporation (5722), Bowater Maritimes Inc. (5684), Bowater Newsprint South LLC (1947), Bowater Newsprint South Operations LLC (0186), Bowater Nuway Inc. (8073), Bowater Nuway Mid-States Inc. (8290), Bowater South American Holdings Incorporated (N/A), Bowater Ventures Inc. (8343), Catawba Property Holdings, LLC (N/A), Coosa Pines Golf Club Holdings LLC (8702), Donohue Corp. (9051), Lake Superior Forest Products Inc. (9305) and Tenex Data Inc. (5913). The corporate headquarters of the debtors-in-possession is located at, and the mailing address for each debtor-in-possession is, 1155 Metcalfe Street, Suite 800, Montreal, Quebec H3B 5H2, Canada.

[2]   Capitalized terms used but not defined herein shall have the meanings assigned to them in the Motion.

the Debtors' estates, their creditors and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted.

2. Pursuant to section 365(d)(4) of the Bankruptcy Code, the Assumption/Rejection Period is hereby extended by ninety (90) days, through and including November 12, 2009.

3. This Order shall be subject to and without prejudice to the rights of the Debtors to seek a further extension of the Assumption/Rejection Period with the consent of the affected Lessors.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
_____ , 2009

_____
Honorable Kevin J. Carey
Chief United States Bankruptcy Judge