## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ABITIBIBOWATER INC., *et al.,* | ) Case No. 09-11296 (KJC) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                          ) SS
NEW CASTLE COUNTY   )

Kassandra A. Riddle, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors and Debtors in Possession in the within captioned matter, and that on October 12 2009, she caused a copy of the following pleading(s):

**Second Motion to Extend the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property With Prior Written Consent Pursuant to Section 365(d)(4) of the Bankruptcy Code [Docket No. 1093]**

to be served upon the parties identified on the attached service list as indicated.

_____
Kassandra A. Riddle

SWORN TO AND SUBSCRIBED before me this __15__ day of October, 2009.

_____
Notary Public
DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 21, 2012

Regis Realty I, LLC
Continental Indcon Corporation
1800 Valley View Lane
Suite 200
Dallas, TX 75324
*Federal Express*

# 2002 SERVICE LIST
## AbitibiBowater Inc., et al.
### 10/12/2009

David G. Aelvoet, Esq.
Linebarger Goggan Blair & Sampson LLP
711 Navarro, Suite 300
Travis Building
San Antonio, TX 78205
(Counsel for Bexar County and Judson ISD)
*FedEx*

M. Joseph Allman
Allman Spry Leggett & Crumpler, P.A.
380 Knollwood Street  Suite 700
P.O. Box 5129
Winston-Salem, NC 27113
(Counsel for Camperdown Falls Limited Partnership)
*FedEx*

Arlington Independent School District
c/o Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094
*FedEx*

Daniel K. Astin, Esq.
Mary E. Augustine, Esq.
Mary E. Augustine, Esq.
Ciardi Ciardi & Astin, P.C.
919 N. Market Street, Suite 700
Wilmington, DE 19801
(Counsel for Atmos Energy Corporation)
*FedEx*

David J. Baldwin, Esq
Theresa V. Brown-Edwards, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Counsel for Norfolk Southern Corporation)
*Hand Delivery*

Salvatore A. Barbatano, Esq.
Foley & Lardner LLP
One Detroit Center, 500 Woodward Avenue, Suite 2700
Detroit, MI 48226
(Counsel for Computershare Trust Company of Canada)
*FedEx*

Douglas P. Bartner, Esq.
Fredric Sosnick, Esq.
Carl B. McCarth, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(Counsel to Fairfax Financial Holdings Ltd.)
*FedEx*

BCF LLP
Attn: Hubert Sibre
1100 Rene-Levesque West Blv.
Montreal, Quebec, CANADA H3B 5C9
*FedEx (International)*

Mr. Anthony A. Bocchino, Jr.
Vice President
HSBC Bank USA, National Association
10 East 40th Street
New York, NY 10016
(Trustee for HSBC Bank USA, National Association)
*FedEx*

Timothy Bortz
Commonwealth of Pennsylvania
Department of Labor and Industry
Office of Unemployment Tax Services, 625 Cherry Street,
Room 203
Reading, PA 19602
*FedEx*

# 2002 SERVICE LIST
## AbitibiBowater Inc., et al.
## 10/12/2009

William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(Counsel for Sonoco Products Company and Sonoco
Canada; and York County Natural Gas Authority)
*Hand Delivery*

David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675
*FedEx*

Amy Brown, Esq
Margolis Edelstein
750 Shipyard Drive, Ste. 102
Wilmington, DE 19801
(Counsel for SafeRack  LLC)
*FedEx*

Charles J. Brown, Esq
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
(Counsel for Advance Publications Inc. and the Herald
Publishing Company, LLC)
*Hand Delivery*

Joseph N. Callaway, Esq.
Battle, Winslow, Scott & Wiley, P.A.
2343 Professional Drive
P.O. Box 7100
Rocky Mount, NC 27804
(Counsel for Canal Wood, LLC)
*FedEx*

James C. Carignan, Esq.
Pepper Hamilton LLP
1313 Market Street, Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(Counsel for supplyFORCE.com, LLC)
*Hand Delivery*

John M. Chatalian, Esq.
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005-4026
*FedEx*

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Franciso, CA 94105
(Counsel for Oracle USA, Inc. and Oracle Credit
Corporation)
*FedEx*

Mr. Quincy Chumley
BNSF Railway Company
3001 Western Center Boulevard
Fort Worth, TX 76131
*FedEx*

Ken Coleman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
(Counsel for Ernst & Young Inc., as Monitor)
*FedEx*

# 2002 SERVICE LIST
## AbitibiBowater Inc., et al.
### 10/12/2009

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards Layton & Finger
One Rodney Square, 920 North King Street
P.O. Box 551
Wilmington, DE 19801
(Counsel for Citibank N.A.)
*Hand Delivery*

Thomas W. Corbett, Jr., Attorney General
Denis A. Kuhn, Sr. Deputy
Office of the Attorney General
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107
(Commonwealth of PA, Dept. of Revenue, Bureau of
Accounts Settlement)
*FedEx*

Kelley Cornish, Esq.
Jeffrey D. Saferstein, Esq.
Claudia R. Tobler, Esq.
Samantha G. Amdursky, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Counsel for Debtors)
*FedEx*

Scott D. Cousins, Esq
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(Counsel for Aurelius Capital Management, LP)
*Hand Delivery*

Michael A. Cox, Esq
Julius O. Curling, Esq.
Unemployment Tax Office
Department of Labor & Economic Growth,
Unemployment Insurance Agency
3030 W. Grand Boulevard, Cadillac Place, Ste. 10-200
Detroit, MI 48202
*FedEx*

Raniero D'Aversa, Jr., Esq.
Laura Metzger, Esq.
Weston T. Eguchi, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001
(Counsel for Bank of Nova Scotia, Bowater Canada
Secured Bank Facility)
*FedEx*

Robert J. Dehney
Curtis S. Miller, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Counsel for Wilmington Trust Company, as Indenture
Trustee)
*Hand Delivery*

Mark L. Desgrosseilliers, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Counsel for Andritz Inc., Andritz Ltd., Andritz Separation
Inc., and Andritz Automation Inc.)
*Hand Delivery*

Luc A. Despins, Esq.
Paul Harner, Esq.
Kristine Shryock, Esq.
James T. Grogan, Esq.
Paul, Hastings, Janofsky & Walker LLP
77 East 55th Street
New York, NY 10022
(Counsel for Official Committee of Unsecured
Creditors)
*FedEx*

Martin Desrosiers, Esq.
Osler, Hoskin & Harcourt LLP
1000 De La Gauchetiere Street West, Suite 2100
Montreal, Quebec, Canada H3B 4W5
(Counsel for Canadian Prepetition Secured Lenders)
*FedEx (International)*

# 2002 SERVICE LIST
## AbitibiBowater Inc., et al.
## 10/12/2009

Tracy Dewar, Esq
ERCO Worldwide
302 The East Mall, Suite 200
Toronto, Ontario, CANADA M9B 6C7
(Counsel for ERCO Worldwide)
*FedEx (International)*

John E. Diaz, Esq
FLSmidth Dorr-Oliver Eimco Inc.
2850 South Decker Lake Drive
Salt Lake City, UT 84119
(Counsel for FLSmidth Minerals)
*FedEx*

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
(Counsel for Harris County, Harris Co WCID #21, and
Angelina County)
*FedEx*

Peter J. Duhig, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel for Caterpillar Financial Services Corporation)
*Hand Delivery*

EPA
Ariel Rios Building
Attn: Lisa Jackson, Administrator
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*FedEx*

EPA Region 4
Sam Nunn Atlanta Federal Center
Attn: Bankruptcy Coordinator, Kevin Beswick
61 Forsyth Street, SW, 13th Fl.
Atlanta, GA 30303
*FedEx*

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(Counsel to Interstate Supply Company, Inc. and
Cheney Lime & Cement Company)
*Hand Delivery*

Bonnie Glantz Fatell, Esq.
Blank Rome Comisky & McCauley
1201 Market Street, Suite 800
Wilmington, DE 19801
(Counsel for Wintrhop Resources Corporation)
*Hand Delivery*

John V. Fiorella, Esq
Archer & Greiner, PC
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
(Counsel for Automotive Rentals, Inc.)
*Hand Delivery*

Scott W. Foley, Esq
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, MD 21201
(Counsel for OFC Capital Corporation)
*FedEx*

# 2002 SERVICE LIST
## AbitibiBowater Inc., et al.
### 10/12/2009

Heather M. Forrest, Esq
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
(Counsel for Reliant Energy Retail Services, LLC)
*FedEx*

David M. Fournier, Esq.
Leigh-Anne M. Raport
Pepper Hamilton LLP
Hercules Plaza, Suite 5100, 1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Counsel for U.S. Bank, NA)
*Hand Delivery*

Ellen A. Friedman, Esq
Carrie Daniel, Esq.
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105
(Counsel for Hewlett-Packard Company)
*FedEx*

Timothy M. Gibbons, Esq
Theresa Light Critchfield, Esq.
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building, Two Union Square
Chattanooga, TN 37402
(Counsel for Custom Mechanical Contractors and Stien
Constructions Company, Inc.)
*FedEx*

Neil B. Glassman, Esq.
GianClaudio Finizio, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19801
(Counsel for Official Committee of Unsecured
Creditors)
*Hand Delivery*

Ira H. Goldman, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919
(Counsel for Mr. Ecton Manning)
*FedEx*

Mr. Warren Goshine
The Bank of Nova Scotia Trust Company of New York
165 Broadway # 26th
New York, NY 10006
(Trustee for The Bank of Nova Scotia Trust Company
of New York)
*FedEx*

Alan Gover, Esq
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(Counsel for Law Debenture Trust Company of New
York, solely in its capacity as indenture trustee for)
*FedEx*

William F. Gray, Jr., Esq
Alison D. Bauer, Esq.
Timothy B. Martin, Esq.
Torys LLP
237 Park Avenue
New York, NY 10017
(Counsel for The Woodbridge Company Limited, et al.)
*FedEx*

Samuel Grego, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place - Suite 400
Pittsburgh, PA 15222
(Counsel for Carmeuse Lime & Stone)
*FedEx*

# 2002 SERVICE LIST
## AbitibiBowater Inc., et al.
## 10/12/2009

Whitney Groff, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
(Counsel for Litton Loan Servicing, L.P.)
*FedEx*

Geoffrey Groshong, Esq
Miller Nash LLP
4400 Two Union Square, 601 Union Street
Seattle, WA 98101-2352
(Counsel for James Brinkley Company)
*FedEx*

Brian P. Hall, Esq.
Nicholas J. Roecker, Esq.
Smith Gambrell & Russell, LLP
1230 Peachtree Street, NE, Suite 1300
Promenade II
Atlanta, GA 30309
(Counsel for Metso Paper USA, Inc. and Metso
Automation USA, Inc.)
*FedEx*

Aaron L. Hammer, Esq.
Devon J. Eggert, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(Counsel for Mercer (US) Inc.)
*FedEx*

Adam C. Harris, Esq.
David M. Hillman, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
(Counsel for Wells Fargo Bank, NA, solely as
successor admin. agent to the ACCC Term Lenders)
*FedEx*

Charles B. Hendricks, Esq.
Cavazos Hendricks Poirot & Smitham, P.C.
900 Jackson, Suite 570, Founders Square
Dallas, TX 75202
(Counsel for The City of Winona, Texas)
*FedEx*

Ted W. Hight, III
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Ste 300
Norcross, GA 30092
(Counsel for Rock-Tenn Company)
*FedEx*

Mr. Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Avenue, Suite 400
Anaheim, CA 92806
*FedEx*

Ms. Sandra E. Horwitz
Vice President
HSBC Bank USA, N.A. Corporate Trust and Loan
Agency
10 East 40th Street, 14th Floor
New York, NY 10016
(Successor Trustee)
*FedEx*

Joseph H. Huston, Esq
Maria Aprile Sawczuk, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Suite 700
Wilmington, DE 19801
(Counsel for the Ad Hoc Group of Certain Holders of
Notes Issued by Bowater Incorporated and Bowater)
*FedEx*

## 2002 SERVICE LIST
## AbitibiBowater Inc., et al.
## 10/12/2009

Internal Revenue Service
Insolvency Section
11601 Roosevelt Blvd., Mail Drop N781
PO Box 21126
Philadelphia, PA 19114
*FedEx*

Andrew E. Jillson, Esq
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
(Counsel for ERCO Worldwide)
*FedEx*

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski, Stang, Ziehl, Young & Jones  LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
(Counsel to Fairfax Financial Holdings Ltd.)
*Hand Delivery*

Harold L. Kaplan, Esq.
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
(Counsel for Computershare Trust Company of
Canada)
*FedEx*

Jordan D. Kaye, Esq
Douglas Mannal, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Counsel for Avenue Capital Management, Inc.)
*FedEx*

Thomas Janover, Esquire
John Bessonnette, Esq.
Douglas Mannal, Esq.
Kramer, Levin, Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036
(Counsel for Avenue Capital)
*FedEx*

Sherry Lowe Johnson, Esq.
Lamm Rubenstone LLP
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053
(Counsel for National City Commercial Capital Company,
LLC)
*FedEx*

David R. Jury, Esq
Assistant General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222
*FedEx*

Susan E. Kaufman, Esq.
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19899
(Counsel for United Steelworkers)
*Hand Delivery*

Laurie A. Krepto, Esq.
Montgomery McCracken Walker & Rhoads LLP
1105 N. Market Street, Suite 1500
Wilmington, DE 19801
(Counsel for Brenntag Mid-South Inc. and Brenntag
Southweast, Inc.)
*Hand Delivery*

# 2002 SERVICE LIST
## AbitibiBowater Inc., et al.
### 10/12/2009

KTI Inc.
Attn: Alan Weiner
10301 Wayzata Blvd.
Minnetonka, MN 55305
*FedEx*

Denise A. Kuhn, Esq.
Senior Deputy Attorney General
Office of the Attorney General - Pennsylvania
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107
(Pennsylvania Department of Revenue, Bureau of
Accounts Settlement)
*FedEx*

Carl N. Kunz, III, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(Counsel for CIVF-TX1B01 &2, M02-M05, W04,
W07-W10, L.P.)
*Hand Delivery*

Adam G. Landis
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 North Market Street, Suite 600
Wilmington, DE 19801
(Counsel for Wells Fargo Bank, NA, solely as successor
admin. agent to the ACCC Term Lenders)
*Hand Delivery*

Elaine Lane
Huron Consulting Group
550 W. Van Buren
Chicago, IL 60607
*FedEx*

David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel for HSBCBank USA, N.A. as Successor Trustee)
*FedEx*

Ms. Christie Leppert
The Bank of New York Mellon Global Corporate Trust
10161 Centurion Parkway
Jacksonville, FL 32256
(Trustee for The Bank of New York Mellon Global
Corporate Trust)
*FedEx*

Alan J. Lipkin, Esq.
Steven Z. Szanzer, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(Counsel for Wilmington Trust Company, as Indenture
Trustee)
*FedEx*

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 900
Wilmington, DE 19899
(Counsel for OFC Capital Corporation)
*Hand Delivery*

Stuart M. Maples, Esq
Maples & Ray, PC
401 Holmes Ave., Suite H
Huntsville, AL 35801
(Counsel for McGriff Industries, Inc.)
*FedEx*

# 2002 SERVICE LIST
## AbitibiBowater Inc., et al.
### 10/12/2009

Eric Marcus, Esq
Benjamin Mintz, Esq.
Kaye, Scholer, LLP
425 Park Avenue
New York, NY 10022
(Counsel for Agent and Citibank)
*FedEx*

Joseph E. Marshall, Esq
3800 Lincoln Plaza
Munsch Hardt Kopf & Harr, P.C.
500 North Akard Street
Dallas, TX 75201-6659
(Counsel for Atmos Energy Corporation)
*FedEx*

Guy Martel, Esq
Stikeman Elliott LLP
1155 Rene-Levesque Blvd. West, Suite 4000
Montreal, QC, CANADA H3B 3V2
*FedEx (International)*

R. Craig Martin, Esq
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(Counsel for Law Debenture Trust Company of New
York, solely in its capacity as indenture trustee for)
*Hand Delivery*

Kurt A. Mayr, Esq
Mark E. Dendinger, Esq.
Bracewell & Giuliani LLP
225 Asylum Street, Suite 2600
Hartford, CT 06103
(Counsel for the Ad Hoc Group of Certain Holders of
Notes Issued by Bowater Incorporated and Bowater)
*FedEx*

Kevin McElcheran, Esq
McCarthy Tetrault LLP
Suite 5300, TD Bank Tower
Toronto Dominion Centre, Toronto, Ontario, CANADA
M5K 1E6
(Counsel for Canadian Prepetition Agent)
*FedEx (International)*

Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
(Counsel for Airgas, Inc.)
*Hand Delivery*

Rick S Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(Counsel for Southern Pine Electric Cooperative, Inc.)
*Hand Delivery*

Sheryl L. Moreau, Esq
General Counsel's Office
Missouri Department of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
*FedEx*

Alex Morrison
Ernst & Young LLP
222 Bay Street, Toronto-Dominion Centre
P.O. Box 251
Toronto, Ontario, M5K 1J7 CANADA
(Monitor Appointed in Canadian Proceeding)
*FedEx (International)*

## 2002 SERVICE LIST
## AbitibiBowater Inc., et al.
## 10/12/2009

Christopher B. Mosley, Esq
Senior Assistant City Attorney
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76102
*FedEx*

Richard E. Moyer, Esq
Litigation Manager
Automotive Rentals, Inc.
9000 Midlantic Drive
P.O. Box 5039
Mt Laurel, NJ 08054
*FedEx*

Michael B. Mukasey, Esq
Commercial Litigation Branch
Department of Justice- U. S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
*FedEx*

Kathleen A. Murphy, Esq
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(Counsel for NMHG Financial Services, Inc.)
*Hand Delivery*

Bruce S. Nathan, Esq.
David M. Banker, Esq.
Marianna Udem, Esq.
Lowenstein Sandler, P.C.
1251 Avenue of the Americas
New York, NY 10020
(Counsel for Imerys Clays, Inc. and Imerys Canada
L.P.)
*FedEx*

Tara E. Nauful, Esq.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211
(Counsel for Sonoco Products Company and Sonoco
Canada)
*FedEx*

Ramona Neal, Esq
Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd., Mailstop 314
Boise, ID 83714-0021
*FedEx*

Abigail Nesbitt
Winthrop Resources Corporation
1110 Wayzata Blvd.
Minnetonka, MN 55305
*FedEx*

Office of the Attorney General of Texas
Attn: Attorney General
P.O. Box 12548
Austin, TX 78711
*FedEx*

Office of the United State Trustee
Attn: David Klauder, Esq.
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
(Office of the United States Trustee)
*Hand Delivery*

## 2002 SERVICE LIST
### AbitibiBowater Inc., et al.
### 10/12/2009

Kevin M. Phillips, Esq
Fisher Kanaris, P.C.
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
(Counsel for Central Warehouse Company)
*FedEx*

John C. Phillips, Esq.
Phillips Goldman & Spence PA
1200 N. Broom Street
Wilmington, DE 19806
(Counsel to McAbee Construction, Inc. and Applied
Industrial Technologies, Inc.)
*FedEx*

Ann Pille, Esq.
Reed Smith LLP
10 South Wacker Avenue
Chicago, IL 60606
(Counsel for NMHG Financial Services, Inc.)
*FedEx*

Amos U. Priester, Esq
Anna B. Osterhout, Esq.
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan,
L.L.P.
P.O. Box 2611
Raleigh, NC 27602-2611
(Counsel for Xerium Technologies, Inc.)
*FedEx*

David P. Primack, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801
(Counsel for The Woodbridge Company Limited, et al.)
*Hand Delivery*

Glenn M. Reisman, Esquire
General Electric Company
Two Corporate Drive, Suite 234
Shelton, CT 06484
(Counsel for General Electric Company (GE Energy
Business))
*FedEx*

H. Buswell Roberts, Jr., Esq.
Shumaker Loop & Kendrick, LLP
1000 Jackson Street, North Courthouse Square
Toledo, OH 43604
(Counsel for OMNOVA Solutions, Inc.)
*FedEx*

Michael Rotsztain, Esq
Torys LLP
79 Wellington Street West, Suite 3000
P.O. Box 270
TD Centre, Toronto, CANADA M5K 1N2
(Counsel for DIP Agent)
*FedEx (International)*

Bruce J. Ruzinsky, Esq
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
(Counsel for Reliant Energy Retail Services, LLC)
*FedEx*

Ms. Michelle Samuelson
Litigation Assistant
Deere Credit Services, Inc.
6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131
(Deere Credit Services, Inc., the servicing agent for FPC
Financial, f.s.b.)
*FedEx*

## 2002 SERVICE LIST
## AbitibiBowater Inc., et al.
## 10/12/2009

Mark Schonfeld
Regional Director
Securities and Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279
*FedEx*

Eric D. Schwartz, Esq.
John A. Sensing, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(Counsel for Central Warehouse Company)
*Hand Delivery*

Secretary of State
Franchise Tax
Division of Corporations
P.O. Box 7040
Dover, DE 19903
*FedEx*

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
P.O. Box 7040
Dover, DE 19903
*FedEx*

Securities & Exchange Commission
Attn:  Christopher Cox
100 F Street, NE
Washington, DC 20549
*FedEx*

Richard M. Seltzer, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
(Counsel for United Steelworkers)
*FedEx*

Joseph E. Shickich, Jr., Esq
Maria Ann Milano, Esq.
Riddell Williams, P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(Counsel for Microsoft Canada, Microsoft Corporation
and Microsoft Licensing, G.P.)
*FedEx*

Kristine M. Shryock, Esq.
Paul Hastings Janofsky & Walker LLP
75 E. 55th Street, First Floor
New York, NY 10022
(Counsel to the Official Committee of Unsecured
Creditors)
*FedEx*

Christopher P. Simon, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Fl.
PO Box 1380
Wilmington, DE 19801
(Counsel for Camperdown Falls Limited Partnership
and Canal Wood, LLC)
*Hand Delivery*

Ramesh Singh
c/o Recovery Manangement Systems Corp.
GE Money Bank
25 SE Second Avenue, Suite 1120
Miami, FL 33131
(Recovery Agent for GE Money Bank)
*FedEx*

## 2002 SERVICE LIST
### AbitibiBowater Inc., et al.
### 10/12/2009

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

Jason A. Starks, Esq
Assistant Attorney General, Bankruptcy & Collections
Division
Comptroller of Public Accounts of the State of Texas
P.O. Box 12548
Austin, TX 78711
*FedEx*

Tennesse Department of Revenue
c/o Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207
*FedEx*

Richard S. Toder, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
(Counsel to the Agents for the Debtors' Prepetition
Secured Bank Facilities)
*FedEx*

Joseph J. Vitale, Esq
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
(Counsel for United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy,)
*FedEx*

Fredric Sosnick, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(Counsel to Agent for the Debtors' Proposed Postpetition
Lenders)
*FedEx*

Robert Szwajkos, Esq.
Curtin & Heefner, LLP
250 North Pennsylvania Ave.
P.O. Box 217
Morrisville, PA 19067
(Counsel for FMC Corporation)
*FedEx*

Robert Thornton, Esq.
Thornton, Grout & Finnigan LLP
3200-100 Wellington Street West
Toronoto, Ontario, Canada M5K 1K7
(Counsel for Ernst & Young Inc., as Monitor)
*FedEx (International)*

Travelers
National Accounts
Attn: Sal Marino, Account Resolution
1 Tower Square - 5MN
Hartford, CT 06183-4044
*FedEx*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
(Counsel for Dallas County)
*FedEx*

# 2002 SERVICE LIST

## 10/12/2009

Rory D. Whelehan, Esq
Womble, Carlylye, Sandridge & Rice PLLC
P.O. Box 10208
Greenville, SC 29603
(Counsel for The Levin Group, L.P.)
*FedEx*

Clark T. Whitmore, Esq.
Brian J. Klein, Esq.
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center, 90 South Seventh Street
Minneapolis, MN 55402
(Counsel for U.S. Bank National Association)
*FedEx*

Joanne B. Wills, Esq.
Steven K. Kortanek, Esq.
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
(Counsel for The Bank of Nova Scotia)
*Hand Delivery*

Jeffrey C. Wisler, Esq.
Kelly M. Conlan, Esq.
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(Counsel for Wachovia Bank, N.A.)
*Hand Delivery*

Constance L. Young, Esq
Johnston, Allison & Hord, P.A.
1065 East Morehead Street
Charlotte, NC 28204
(Counsel for Interstate Supply Company, Inc.)
*FedEx*

Steven Zelin
Blackstone Group
345 Park Avenue
New York, NY 10154
*FedEx*

Menachem O. Zelmanovitz, Esq.
Oksana Lashko, Esq.
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
(Counsel for Wachovia Bank, N.A.)
*FedEx*

Deborah B. Zink, Esq
Andritz (USA) Inc.
115 Northmeadow Parkway
Roswell, GA 30076
*FedEx*

Bruce R. Zirinsky, Esq
Gary D. Ticoll, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
(Counsel for Aurelius Capital Management, LP)
*FedEx*