IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABITIBIBOWATER INC., et al., | ) | Case No. 09-11296 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Related Docket No.: 1270**

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Edmund M. Emrich of Shearman & Sterling LLP to represent Fairfax Financial Holdings Ltd. in these proceedings.

Dated: 11/9, 2009

Timothy P. Cairns, Esquire (Bar No. 4228)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and U.S. District Court, Eastern and Southern Districts of New York; U.S. Court of Appeals, Second Circuit, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these proceedings. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund, effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Edmund M. Emrich, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: edmund.emrich@shearman.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: November 10 2009

Honorable Kevin J. Carey
United States Bankruptcy Judge

DOCS_DE:154371.1