# Schedule 1

**SCHEDULE 1**

1.  The following real property:

Parcel 1

PROPERTY DESCRIPTION

COMMENCE AT A CONCRETE MARKER FOUND AT THE ACCEPTED NORTHWEST CORNER OF THE SOUTHWEST CORNER OF SECTION 8, TOWNSHIP 7 NORTH, RANGE 6 EAST, RUN THENCE SOUTH FOR 1852.03 FEET TO A POINT, RUN THENCE EAST FOR 1235.34 FEET TO A SET RAILROAD SPIKE, SAID SPIKE BEING THE POINT OF BEGINNING OF THE PARCEL HEREIN DESCRIBED, RUN THENCE S 01°35'42" W FOR 589.47 FEET TO AN EXISTING METAL FENCE CORNER, RUN THENCE S 71°16'23" W FOR 58.82 FEET TO AN EXISTING METAL FENCE CORNER, RUN THENCE S 00°39'46" W FOR 81.94 FEET TO AN EXISTING MATAL FENCE CORNER, RUN THENCE N 88°33'32" W FOR 9.56 FEET TO AN EXISTING METAL FENCE CORNER, RUN THENCE S 00°15'04" W FOR 306.41 FEET TO A FOUND METAL FENCE CORNER, RUN THENCE S 87°52'31" E FOR 9.66 FEET TO AN EXISTING METAL FENCE CORNER, RUN THENCE S 00°25'31" E FOR 269.97 FEET TO AN IRON PIN SET, RUN THENCE S 89°45'02" E FOR 427.27 FEET TO A FOUND RAILROAD SPIKE, RUN THENCE N 00°15'19" E FOR 1405.19 FEET TO A POINT, RUN THENCE S 61°42'27" W FOR 77.14 FEET TO A POINT, RUN THENCE S 11°42'10" W FOR 102.34 FEET TO A POINT, RUN THENCE WEST 272.54 FEET TO THE POINT AND PLACE OF BEGINNING, SAID PARCEL BEING PARTLY IN THE SOUTHWEST QUARTER, SECTION 8, AND PARTLY IN THE NORTHWEST QUARTER, SECTION 17, ALL IN TOWNSHIP 7 NORTH, RANGE 6 EAST, MONROE COUNTY, ALABAMA, AND CONTAINING 11.93 ACRES MORE OR LESS.

And Also

Parcel 2

PROPERTY DESCRIPTION

COMMENCE AT A CONCRETE MARKER FOUND AT THE ACCEPTED NORTHWEST CORNER OF THE SOUTHWEST CORNER OF SECTION 8, TOWNSHIP 7 NORTH, RANGE 6 EAST, RUN THENCE SOUTH FOR 881.46 FEET TO A POINT, RUN THENCE EAST FOR 1600.28 FEET TO A SET IRON STAKE, SAID STAKE BEING THE POINT OF BEGINNING OF THE PARCEL HEREIN DESCRIBED; RUN THENCE S 00°15'19" W FOR 523.14 FEET TO AN EXISTING METAL FENCE CORNER, RUN THENCE N 57°20'14" W FOR 60.59 FEET TO AN EXISTING METAL FENCE CORNER, RUN THENCE N 00°18'47" W FOR 144.31 FEET TO AN EXISTING MATAL FENCE CORNER, RUN THENCE N 03°35'57" E FOR 165.12 FEET TO AN EXISTING METAL FENCE CORNER, RUN THENCE N 17°25'02" E FOR 137.76 FEET TO A FOUND METAL FENCE CORNER, RUN THENCE N 01°05'31" E FOR 49.89 FEET TO THE POINT AND PLACE OF BEGINNING, SAID PARCEL BEING IN THE SOUTHWEST QUARTER, SECTION 8, TOWNSHIP 7 NORTH, RANGE 6 EAST, MONROE COUNTY, ALABAMA, AND CONTAINING 0.43 ACRE MORE OR LESS.

Together with all improvements and fixtures on Parcels 1 and 2 and all easements and other appurtenances thereto.

2. The following equipment:

| Equipment Number (if available) | Description |
| --- | --- |
| 09-2121007 | #1 Mill service Pump |
| 09-2221006 | #4 EQ Pump |
| 09-2254017 | #3 Sludge Press |
| 09-2203004 | #3 Primary Clarifier |
| 09-2221003 | #4 Primary Sludge Pump |
| 09-2221004 | #5 Primary Sludge Pump |
| 09-2221005 | Primary Sludge Sump Pump |
| 07-2260001 | #2 Sludge Press |

| 09-2221008 | Bio Nutrient Pump #1 |
|---|---|
| 09-2221018 | Bio Nutrient Pump #2 |
| 09-2221025 | #2 Sludge Holding Tank Pump |
| 09-2229001 | Purge Blower #1 |
| 09-22290002 | Purger Blower #2 |
| 09-2127001 | Sand Cyclone #1 |
| 09-2127002 | Sand Cyclone #2 |
| 09-2127003 | Sand Cyclone #3 |
| 09-2131008 | River Air Compressor |
| 09-2222001 | Bio-Nutrient Tank |
| 09-2222003 | ARN Cooling Tower Defoamer Tank |
| 09-2256001 | #2 Cooling Tower |
| 09-2231012 | #1 Fan |
| 09-2231013 | #2 Fan |
| 09-2253001 | Aeration Basin |
| 09-2228001 thru 008 | 8 Aerators |
|  | #3 Secondary Clarifier |
| 09-2221009 | #5 Secondary Recycle Pump |
| 09-2221022 | Secondary Wastage Pump |
| 09-2254018 | #4 Sludge Press |
| 07-2226001 | Sludge Press Conveyor |
| 09-2122001 | #2 Mill Water Storage Tank |
|  | All Transformers and Switchgear |

|  | (2) Fire Pumps and Auxiliary Equipment |
|  | Bark Conveying System including R-2, R-5, R-6, R-7, R-8, R-10, R-11, R-13, and 312679 |
|  | All Transformers and Switchgear |
|  | Cation Unit #4 System and Auxiliary Equipment |
|  | All Transformers and Switchgear |
|  | That certain N-Package Boiler that is the subject of that certain Boiler Service / Operating Agreement between Alabama River Newsprint Company and Alabama River Pulp Company, Inc. dated as of June 2, 2004 |
|  | That certain Lift Station and associated equipment located on a portion of the real property to be deeded to Purchaser pursuant to this Agreement |

3.  Any easement, lease or license to occupy, cross or in any other way utilize for the benefit of any property owned or leased by ARN any of the real property owned or leased by ARP or ARN in Monroe County, Alabama; provided, however, that the Easements exclude any easements in favor of or for the benefit of anyone other than ARN, it being understood that ARN shall not be responsible for releasing easements in favor of unaffiliated third parties.