# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| ABITIBIBOWATER INC., *et al.*,[1] | ) | |
|  | ) | Case No. 09-11296 (KJC) |
|  | ) | |
| Debtors. | ) | (Jointly Administered) |
|  | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 25, 2010 AT 10:00 A.M. (ET)

### UNCONTESTED MATTERS – CERTIFICATIONS FILED

1.      Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 2186, 5/21/10]

   Response Deadline:                    June 15, 2010 at 4:00 p.m. (ET)

   Responses/Objections Received:    None.

   Related Documents:

   A.      Certification of Counsel [Docket No. 2457, 6/22/10]

   B.      Proposed Order

   Status:    No objections have been received, and a Certification of Counsel has been filed.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AbitibiBowater Inc. (6415), AbitibiBowater US Holding 1 Corp. (N/A), AbitibiBowater US Holding LLC (N/A), AbitibiBowater Canada Inc. (N/A), Abitibi-Consolidated Alabama Corporation (4396), Abitibi-Consolidated Corporation (9050), Abitibi-Consolidated Finance LP (4528), Abitibi Consolidated Sales Corporation (7144), Alabama River Newsprint Company (7247), Augusta Woodlands, LLC (9050), Bowater Alabama LLC (7106), Bowater America Inc. (8645), Bowater Canada Finance Corporation (N/A), Bowater Canadian Forest Products Inc. (N/A), Bowater Canadian Holdings Incorporated (N/A), Bowater Canadian Limited (N/A), Bowater Finance Company Inc. (1715), Bowater Finance II LLC (7886), Bowater Incorporated (1803), Bowater LaHave Corporation (N/A), Bowater Maritimes Inc. (N/A), Bowater Newsprint South LLC (1947), Bowater Newsprint South Operations LLC (0168), Bowater Nuway Inc. (8073), Bowater Nuway Mid-States Inc. (8290), Bowater South American Holdings Incorporated (N/A), Bowater Ventures Inc. (8343), Catawba Property Holdings, LLC (N/A), Coosa Pines Golf Club Holdings LLC (8702), Donohue Corp. (9051), Lake Superior Forest Products Inc. (9305) and Tenex Data Inc. (5913). On December 21, 2009, ABH LLC 1 (2280) and ABH Holding Company LLC (2398) (the "SPV Debtors") commenced chapter 11 cases, which cases are jointly administered with the above-captioned Debtors. The Debtors' and SPV Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1155 Metcalfe Street, Suite 800, Montreal, Quebec H3B 5H2, Canada.

2. Debtors' Motion for an Order Pursuant to Sections, 363 and 365(a) of the Bankruptcy Code (i) Authorizing the Debtors to Renew or Enter Into New Post-Petition Insurance Policies and Related Agreements With The Travelers Indemnity Company and Its Affiliates, (ii) Approving Stipulation, (iii) Authorizing the Debtors to Assume The Travelers Insurance Program, and (iv) Granting Related Relief [Docket No. 2287, 6/4/10]

Response Deadline: June 15, 2010 at 4:00 p.m. (ET)

Responses/Objections Received: None.

Related Documents:

A. Certificate of No Objection [Docket No. 2466, 6/23/10]

B. Proposed Order

Status: No objections have been received, and a Certificate of No Objection has been filed.

## UNCONTESTED MATTERS GOING FORWARD

3. Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 2187, 5/21/10]

Response Deadline: June 15, 2010 at 4:00 p.m. (ET)

Responses/Objections Received:

A. J&L Fiber Services [Docket No. 2250, 5/28/10]

B. Robinson Building Center, a/k/a Robinson Ace Hardware [Docket No. 2380, 6/15/10]

Related Documents:

C. Notice of Submission of Copies of Proofs of Claim [Docket No. 2307, 6/8/10]

D. Certification of Counsel [Docket No. 2458, 6/21/10]

E. Proposed Order

Status: A Certification of Counsel has been filed. This matter has been continued as to the response of J&L Fiber Services, and the response of Robinson Building Center has been resolved. This matter is going forward with respect to the remainder of the relief requested in the Objection.

4.      Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure Authorizing Bowater Incorporated to Employ and Retain Jones Day as Conflicts Counsel, *Nunc Pro Tunc,* to June 2, 2010 [Docket No. 2302, 6/7/10]

> Response Deadline:                    June 15, 2010 at 4:00 p.m. (ET) [Extended until June 17, 2010 at 4:00 p.m. (ET) for the Committee, Aurelius Capital Management, LP, Contrarian Capital Management, LLC and Wilmington Trust Company]
>
> Responses/Objections Received:       None.
>
> Related Documents:                   None.
>
> Status:   No objections have been received.  This matter is going forward.

## CONTESTED MATTERS GOING FORWARD

5.      Debtors' Amended Motion For Entry of Orders: (I) (A) Approving Bid Procedures and Bid Protections With Respect to an Auction in Connection With the Debtors' Rights Offering; (B) Scheduling an Auction and Hearing; (C) Approving the Form and Manner of Notice Thereof; and (D) Approving the Release of Certain Claims Pursuant to Bankruptcy Rule 9019; and (ii) Authorizing the Debtors to (A) Enter Into a Backstop Commitment Agreement and (B) Make Certain Payments Thereunder [Docket No. 2201, 5/24/10]

> Response Deadline:                    June 18, 2010 at 4:00 p.m. (ET)
>
> Responses/Objections Received:

A.      Objection of Aurelius Capital Management, LP and Contrarian Capital Management, LLC to Bid Procedures Including Objection to Debtors' Release of Avoidance Claims Contemplated in Debtors' Bid Procedures Motion [Docket No. 2297, 6/7/10]

B.      Objection of Wilmington Trust, Solely as Successor Indenture Trustee for the 7.95% Notes, Issued By Bowater Finance Corporation [Docket No. 2298, 6/7/10]

C.        Joinder of Certain Equity Shareholders to the Objections of (I) Aurelius Capital Management, LP and Contrarian Capital Management, LLC to Bid Procedures Including Objection to Debtors' Release of Avoidance Claims Contemplated in Debtors' Bid Procedures Motion, and (II) Wilmington Trust Company, Solely as Successor Indenture Trustee for the 7.95% Notes Issues by Bowater Canada Finance Corporation, to Debtors' Motion for Entry of Order, Inter Alia: (A) Approving Bid Procedures and Bid Protections with Respect to an Auction in Connection with the Debtors' Rights Offering; and (B) Approving the Release of Certain Claims [Docket No. 2313, 6/9/10]

D.        Supplement to Objection of Wilmington Trust, Solely as Successor Indenture Trustee for the 7.95% Notes, Issued By Bowater Finance Corporation [Docket No. 2401, 6/16/10]

Related Documents:

E.        Motion for Leave to File Reply to Objections [Docket No. 2318, 6/9/10]

F.        Notice of Hearing [Docket No. 2354, 6/11/10]

G.        Order (A) Approving Bid Procedures and Bid Protections with Respect To an Auction in Connection With the Debtors' Rights Offering; (B) Scheduling an Auction and Hearing, (C) Approving the Form and Manner of Notice Thereof, and (D) Approving a Stipulation Regarding Certain Claims [Docket No. 2452, 6/22/10]

<u>Status</u>:     This matter is going forward.

6.        Debtors' Application for Entry of an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment and Retention of Togut, Segal & Segal LLP as Conflicts Counsel to Bowater Canada Finance Corporation, *Nunc Pro Tunc* to April 30, 2010 [Docket No. 2097, 5/7/10]

Response Deadline:        May 19, 2010 at 4:00 p.m. (ET) [Extended until June 17, 2010 at 4:00 p.m. (ET) for Aurelius Capital Management, LP, Contrarian Capital Management, LLC and Wilmington Trust Company]

Responses/Objections Received:

A.        Objection of Peter I. Shah [Docket No. 2227, 5/25/10]

B.        Objection of Aurelius Capital Management, LP and Contrarian Capital Management, LLC [Docket No. 2427, 6/17/10]

        

Related Documents:

C.     Debtors' Omnibus Reply to Objections to the Debtors' Motions (A) for an Order (i) Authorizing Bowater Canada Finance Corporation to Employ and Retain AP Services, LLC as Special Advisor and (ii) Designating Lisa Donahue as Bowater Canada Finance Corporation's Vice President – Restructuring; (B) for Entry of an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment and Retention of Togut, Segal & Segal LLP as Conflicts Counsel to Bowater Canada Finance Corporation, *Nunc Pro Tunc* to April 30, 2010; and (C) Authorizing the Debtors to Enter Into the Ninth Consent To the Bowater Debtor-In-Possession Credit Agreement [Docket No. 2459, 6/22/10]

D.     Response of Togut, Segal & Segal LLP to Objection By Peter I. Shah [Docket No. 2461, 6/22/10]

Status:     This matter is going forward.

7.     Debtors' Application for an Order (i) Authorizing Bowater Canada Finance Corporation to Employ and Retain AP Services, LLC as Special Advisor and (ii) Designating Lisa Donahue as Bowater Canada Finance Corporation's Vice President - Restructuring [Docket No. 2301, 6/7/10]

Response Deadline:               June 15, 2010 at 4:00 p.m. (ET) [Extended until June 17, 2010 at 4:00 p.m. (ET) for the Committee, Aurelius Capital Management, LP, Contrarian Capital Management, LLC and Wilmington Trust Company]

Responses/Objections Received:

A.     Limited Objection of Wilmington Trust Company, Solely as Successor Indenture Trustee for the 7.95% Notes Issued By Bowater Canada Finance Corporation [Docket No. 2425, 6/17/10]

B.     Objection of Aurelius Capital Management, LP, Contrarian Capital Management, LLC [Docket No. 2427, 6/17/10]

YCST01:9678554.1                                                                                                    068104.1001

Related Documents:

    C.    Debtors' Omnibus Reply to Objections to the Debtors' Motions (A) for an Order (i) Authorizing Bowater Canada Finance Corporation to Employ and Retain AP Services, LLC as Special Advisor and (ii) Designating Lisa Donahue as Bowater Canada Finance Corporation's Vice President – Restructuring; (B) for Entry of an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment and Retention of Togut, Segal & Segal LLP as Conflicts Counsel to Bowater Canada Finance Corporation, *Nunc Pro Tunc* to April 30, 2010; and (C) Authorizing the Debtors to Enter Into the Ninth Consent To the Bowater Debtor-In-Possession Credit Agreement [Docket No. 2459, 6/22/10]

Status:    This matter is going forward.

8.    Debtors' Motion for an Order Authorizing the Debtors to Enter Into the Ninth Consent To the Bowater Debtor-In-Possession Credit Agreement [Docket No. 2309, 6/8/10]

Response Deadline:    June 17, 2010 at 4:00 p.m. (ET)

Responses/Objections Received:

    A.    Limited Objection of Aurelius Capital Management, LP and Contrarian Capital Management, LLC [Docket No. 2426, 6/17/10]

Related Documents:

    B.    Order Shortening the Time for Notice of the Hearing to Consider the Debtors' Motion [Docket No. 2321, 6/9/10]

    C.    Debtors' Omnibus Reply to Objections to the Debtors' Motions (A) for an Order (i) Authorizing Bowater Canada Finance Corporation to Employ and Retain AP Services, LLC as Special Advisor and (ii) Designating Lisa Donahue as Bowater Canada Finance Corporation's Vice President – Restructuring; (B) for Entry of an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment and Retention of Togut, Segal & Segal LLP as Conflicts Counsel to Bowater Canada Finance Corporation, *Nunc Pro Tunc* to April 30, 2010; and (C) Authorizing the Debtors to Enter Into the Ninth Consent To the Bowater Debtor-In-Possession Credit Agreement [Docket No. 2459, 6/22/10]

Status:    This matter is going forward.

Dated: Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
June 23, 2010

_____*/s/ Sean T. Greecher*_____
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

– and –

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Kelley A. Cornish
Claudia R. Tobler
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Counsel for the Debtors and Debtors-in-Possession*