IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ABITIBIBOWATER INC., *et al.*,[1] | ) | Case No. 09-11296 (KJC) |
|  | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | **Auction: August 2, 2010 at 10:00 a.m.(ET)** |
|  | ) | **Sale Objection Deadline: July 28, 2010 at 4:00 p.m. (ET)** |
|  | ) | **Sale Hearing: August 4, 2010 at 1:00 p.m. (ET)** |

## NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that on June 17, 2010, AbitibiBowater Inc. ("AbitibiBowater") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases filed their motion for entry of (A) an order (the "Bid Procedures Order") approving procedures (the "Bid Procedures") with respect to the sale (the "Sale") of the Debtors' assets associated with the paper mill (the "Lufkin Mill") located in Lufkin, Angelina County, Texas (altogether and inclusive of the Lufkin Mill, the "Lufkin Property") and owned by Abitibi-Consolidated Corporation ("ACC"); (ii) scheduling a hearing (the "Sale Hearing") on the Sale and setting objection and bidding deadlines with respect to the Sale; (iii) directing that notice of the Bid Procedures and the Sale be given; and (iv) granting related relief; and (B) an order (i) authorizing the Sale of the Lufkin Property free and clear of liens, claims encumbrances, and other interests pursuant to the terms of the form Purchase Sale Agreement, attached as Exhibit 2 to the proposed order approving the Bid Procedures (the "Purchase Sale Agreement"), or such other form as the Debtors find acceptable in their business judgment; (ii) authorizing and approving the Purchase Sale Agreement; (iii) approving the assumption and assignment of executory contracts and unexpired leases, as necessary in connection with the Sale; and (iv) granting related relief (the "Motion") [Docket No. 2429] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on July 6, 2010, the Bankruptcy Court entered the Bid Procedures Order [Docket No. 2603] Pursuant to the Bid Procedures Order, the Auction shall take place on August 2, 2010, **at 10:00 a.m. (prevailing Eastern Time)** at the offices of Young

---

[1] The debtors-in-possession in these cases, along with the last four digits of each Debtor's federal or Canadian tax identification number, are: AbitibiBowater Inc. (6415), AbitibiBowater US Holding 1 Corp. (6050), AbitibiBowater US Holding LLC (N/A), AbitibiBowater Canada Inc. (3225), Abitibi-Consolidated Alabama Corporation (4396), Abitibi-Consolidated Corporation (9050), Abitibi-Consolidated Finance LP (4528), Abitibi Consolidated Sales Corporation (7144), Alabama River Newsprint Company (7247), Augusta Woodlands, LLC (0999), Bowater Alabama LLC (7106), Bowater America Inc. (8645), Bowater Canada Finance Corporation (8810), Bowater Canadian Forest Products Inc. (2010), Bowater Canadian Holdings Incorporated (6828), Bowater Canadian Limited (7373), Bowater Finance Company Inc. (1715), Bowater Finance II LLC (7886), Bowater Incorporated (1803), Bowater LaHave Corporation (5722), Bowater Maritimes Inc. (5684), Bowater Newsprint South LLC (1947), Bowater Newsprint South Operations LLC (0186), Bowater Nuway Inc. (8073), Bowater Nuway Mid-States Inc. (8290), Bowater South American Holdings Incorporated (N/A), Bowater Ventures Inc. (8343), Catawba Property Holdings, LLC (N/A), Coosa Pines Golf Club Holdings LLC (8702), Donohue Corp. (9051), Lake Superior Forest Products Inc. (9305) and Tenex Data Inc. (5913). On December 21, 2009, ABH LLC 1 (2280) and ABH Holding Company LLC (2398) (together, the "SPV Debtors") commenced chapter 11 cases, which cases are jointly administered with the above-captioned Debtors. The corporate headquarters of the debtors-in-possession is located at, and the mailing address for each debtor-in-possession is, 1155 Metcalfe Street, Suite 800, Montreal, Quebec H3B 5H2, Canada.

Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801.  Only parties that have submitted a Qualified Bid (as defined in the Bid Procedures attached to the Bid Procedures Order) by no later than **July 28, 2010 at 12:00 p.m. (Eastern Time)** (the "Bid Deadline") may participate in the Auction.  Any party that wishes to take part in this process and submit a bid for the Lufkin Property must submit their competing bid prior to the Bid Deadline and in accordance with the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Court also scheduled a hearing to consider approval of the Sale of the Lufkin Property to the Successful Bidder (as defined in the Bid Procedures) free and clear of all liens, claims, and encumbrances before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, 824 North Market Street, Wilmington, Delaware 19801 on **August 4, 2010 at 1:00 p.m. (prevailing Eastern Time)**, or at such other time thereafter as counsel may be heard.  The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Sale, or the relief requested in the Motion must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Bankruptcy Rules; (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **4:00 p.m. (prevailing Eastern Time) on July 28, 2010**, or such later date and time as the Debtors may agree and (d) be served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) Abitibi-Consolidated Corporation, 1155 Metcalfe Street, Suite 800, Montreal, Quebec H3B 5H2 (Attn:  Luc Lachapelle); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.:  Sean T. Greecher), counsel to the Debtors; and (iii) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York  10019-6064 (Attn:  Claudia Tobler); (iv) counsel to the Official Committee of Unsecured Creditors; and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801

**PLEASE TAKE FURTHER NOTICE** that this Notice of Auction and Sale Hearing is subject to the fuller terms and conditions of the Motion, the Bid Procedures Order and the Bid Procedures, which shall control in the event of any conflict and the Debtors encourage parties in interest to review such documents in their entirety.  Copies of the Motion, the Purchase Sale Agreement, the Bid Procedures and/or the Bid Procedures Order may be obtained by written request to counsel to the Debtors, c/o Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Attention: Andrew L. Magaziner.  In addition, copies of the aforementioned pleadings may be found on the Bankruptcy Court's website, www.deb.uscourts.gov, and are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801.

| Dated:  Wilmington, Delaware<br>July 8, 2010 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>_/s/ Sean T. Greecher_<br>Pauline K. Morgan (No. 3650)<br>Sean T. Greecher (No. 4484)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>- and - |
|---|---|

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Kelley A. Cornish
Claudia R. Tobler
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Counsel for the Debtors and Debtors-in-Possession*