## EXHIBIT B

**Projected Financial Information**

The Company[1] prepared the Reorganized ABH Pro Forma Balance Sheet, Reorganized ABH Projected Balance Sheet, Reorganized ABH Projected Income Statement, Reorganized ABH Projected Cash Flow Statement and ACI, Donohue (for the purposes of this Exhibit, "D-Corp"), Bowater (for the purposes of this Exhibit, "BI"), Bowater Newsprint South Operations LLC (for the purposes of this Exhibit, "BNS") and BCFPI Projected Financials (collectively, the "Financial Projections") for the years 2010 through 2014 (the "Projection Period"). The Financial Projections are based on a number of assumptions made by management with respect to the future performance of the Company's operations. The Financial Projections and related assumptions in this Exhibit B are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Although management has prepared the Financial Projections in good faith and believes the assumptions to be reasonable, it is important to note that the Company can provide no assurance that such Financial Projections and assumptions will be realized. As described in detail in the Disclosure Statement, a variety of risk factors could affect the Company's actual financial results and must be considered. You are encouraged to read these risk factors in their entirety. *See* Article VIII of the Disclosure Statement. The Financial Projections should be reviewed in conjunction with a review of these assumptions, including the accompanying qualifications and footnotes. Should actual results or conditions differ from such assumptions, the actual results and financial condition of the Company may differ materially from those presented in these Financial Projections. The Company did not prepare the Financial Projections with a view toward compliance with published guidelines of the Securities and Exchange Commission or guidelines established by the FASB, particularly for reorganization accounting.

All dollar amounts in the Financial Projections are U.S. dollars unless otherwise indicated and any reference to "GAAP" refers to the generally accepted accounting principles in the United States of America.

A.   **Accounting Policies**

The Financial Projections have been prepared using accounting policies that are materially consistent with those applied in the Debtors' historical financial statements (GAAP consolidated basis). The Financial Projections do not reflect the formal implementation of reorganization accounting pursuant to Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") 852 Reorganizations ("FASB ASC 852"). In addition, for comparative presentation purposes, the operations and cash flows for 2010 combine the predecessor company (January 1, 2010 through the Effective Date / Implementation Date) and successor company (assumed Effective Date / Implementation Date through December 31, 2010) to allow for a full year presentation.

---

[1]   Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Disclosure Statement or the Plan, as applicable.

1

### B. General Assumptions

#### 1. Methodology

The consolidated Financial Projections have been prepared by management and are based upon the Company's detailed operating forecast for 2010 – 2014. The Financial Projections reflect various strategic reviews and restructuring initiatives, including mill idling decisions, overhead rationalization and other initiatives implemented prior to the Effective Date and Implementation Date (as defined in the CCAA Plan).

#### 2. Plan Consummation

The Financial Projections assume the Effective Date / Implementation Date will occur on October 1, 2010.

#### 3. Macroeconomic and Industry Environment

The Financial Projections are based upon management's view of supply and demand dynamics in both North American and international markets as well as corresponding assumptions regarding pricing, operating rates and changes in the cost of material inputs for the key pulp and paper grades which the Company produces. Management's views are in part based upon the forecasts of RISI, a leading information provider for the global forest products industry and Wall Street equity research as appropriate.

#### 4. Exchange Rate

The CAD / USD exchange rate is assumed to be $.99 for the balance of 2010, falling to $.98 in 2011, $.96 in 2012, $.93 in 2013 and $.91 in 2014. As of July 8, 2010, the CAD / USD exchange rate was $.96. For each $.01 change in the CAD / USD exchange rate, the Company's projected EBITDA changes by approximately $15-$20 million.

### C. Projected September 30, 2010 Balance Sheet and Reorganized ABH Pro Forma Balance Sheet

The Projected September 30, 2010 Balance Sheet was developed using the Company's actual December 31, 2009 audited balance sheet adjusted to reflect management's projected operating results from December 31, 2009 through September 30, 2010. On the Effective Date / Implementation Date, actual results may differ due to a variety of risk factors as discussed in Article 8 of the Disclosure Statement. Pro forma adjustments consistent with consummation of the Plan and the CCAA Plan were then layered in to construct the Reorganized ABH Pro Forma Balance Sheet as of September 30, 2010. The Reorganized ABH Pro Forma Balance Sheet does not reflect, among other things, the formal implementation of reorganization accounting pursuant to FASB ASC 852. The estimated pro forma adjustments regarding the reorganized equity value of the

Company, its assets, or its liabilities pursuant to FASB ASC 852 will be based upon the fair value of the assets and liabilities as of the Effective Date / Implementation Date.

As described more fully below, the Reorganized ABH Balance Sheet reflects Reorganized ABH's pro forma capital structure resulting from consummation of the Plan and CCAA Plan. Specifically, and consistent with the Company's emergence funding requirements, the Reorganized ABH Balance Sheet assumes the Company will have pro forma funded indebtedness of approximately $1.5 billion consisting of (a) a Term Loan Exit Financing Facility of approximately $700 million as described more fully in Article VI.E of the Disclosure Statement, (b) $500 million of Rights Offering Notes issued pursuant to the Rights Offering, as described more fully in Article I.F and VI.E of the Disclosure Statement, and (c) other indebtedness of approximately $250 million relating primarily to existing indebtedness at certain of the Company's subsidiaries. In addition, the Company plans to have undrawn availability under an ABL Exit Financing Facility of approximately $500-$600 million as of the Effective Date / Implementation Date. The Company's pro forma capital structure may change depending upon market conditions with respect to the Company's capital raise efforts, operating performance and other sources of cash that may be available to the Company.

**Reorganized ABH – Pro Forma Balance Sheet**

| In US$ million unless otherwise noted | Projected September 30, 2010 | Exit Financing (A) | Cash Settlement (B) | Non-Cash Settlement (C) | Accounting Adjustments (D) | Pro Forma September 30, 2010 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Current Assets: | | | | | | |
| Cash and cash equivalents | $707 | ($419) | ($138) | - | - | $150 |
| Accounts receivable | 879 | - | - | - | - | 879 |
| Inventories, net | 588 | - | - | - | - | 588 |
| Other current assets | 121 | - | - | - | - | 121 |
| Total current assets | $2,296 | ($419) | ($138) | - | - | $1,738 |
| Fixed assets, net | $3,763 | - | - | - | ($1,119) | $2,644 |
| Goodwill | 53 | - | - | - | (53) | - |
| Intangible assets, net | 311 | - | - | - | (311) | - |
| Other non-current assets | 353 | 70 | - | - | (47) | 376 |
| Pension assets | 149 | - | - | - | - | 149 |
| Total assets | $6,925 | ($349) | ($138) | - | ($1,530) | $4,907 |
| **LIABILITIES** | | | | | | |
| Current liabilities not subject to compromise: | | | | | | |
| Accounts payable and accrued liabilities | $297 | - | - | - | - | $297 |
| Short-term bank debt | 496 | (496) | - | - | - | - |
| Debtor-in-possession financing | 206 | (206) | - | - | - | - |
| Liabilities associated with assets held for sale | 35 | - | - | - | - | 35 |
| Administrative Claims | 138 | - | (138) | - | - | - |
| Total current liabilities not subject to compromise | $1,173 | ($702) | ($138) | - | - | $332 |
| Debt not subject to compromise | 1,079 | (837) | - | - | - | 241 |
| Pension and OPEB | - | - | - | 391 | - | 391 |
| Other long-term liabilities | 55 | - | - | - | - | 55 |
| Exit Financing Facilities | - | 1,191 | - | - | - | 1,191 |
| **Liabilities Subject to Compromise (E)** | | | | | | |
| A/P Trade subject to compromise | 251 | - | - | (251) | - | - |
| Rejected Exec Contracts subject to comp. | 646 | - | - | (646) | - | - |
| Pension and OPEB subject to compromise | 391 | - | - | (391) | - | - |
| Employee Claims and other LSTC | 663 | - | - | (663) | - | - |
| 3rd party debt subject to compromise | 5,685 | - | - | (5,685) | - | - |
| Total LSTC | $7,636 | - | - | ($7,636) | - | - |
| Total liabilities | $9,942 | ($349) | ($138) | ($7,245) | - | $2,210 |
| Shareholders' equity / (deficit) | ($3,133) | - | - | $7,245 | ($1,684) | $2,428 |
| Non-controlling interests | $116 | - | - | - | $154 | $269 |
| Total liabilities and shareholders' equity | $6,925 | ($349) | ($138) | - | ($1,530) | $4,907 |

Notes to Reorganized ABH Pro Forma Balance Sheet

A  Represents proceeds of the exit financing raised in connection with the Company's emergence from the Chapter 11 Cases and CCAA Proceedings and the associated repayment of secured debt claims, including the Bowater Secured Bank Claims, BCFPI Secured Bank Claims, DIP Facility Claims, ACCC Term Loan Secured Claims, 13.75% Senior Secured Notes, Securitization Claims and Other Secured Claims. Estimated transaction costs for the exit financing have been capitalized in other non-current assets and are amortized over the term of the financing. Any capitalized transaction costs associated with prepetition secured debt are assumed to be written off.

B  Cash payments required pursuant to the Plan and the CCAA Plan, including payment of Administrative Claims which include professional fees and claims pursuant to section 503(b)(9) of the Bankruptcy Code.

C  Reflects the cancellation or reinstatement of remaining liabilities subject to compromise pursuant to the Plan and the CCAA Plan.

D  Represents illustrative adjustments to book value to reflect the pro forma Equity Value of the Company. The book value adjustments in connection with this Reorganized ABH Pro Forma Balance Sheet do not reflect the formal implementation of reorganization accounting pursuant to FASB ASC 852. The final adjustments will be based upon the fair value of the assets and liabilities as of the Effective Date / Implementation Date and could impact different balance sheet accounts or be materially different than the values assumed in the foregoing estimates.

E  Claims levels are as reflected in the Plan and CCAA Plan, as applicable.

### D.  Reorganized ABH Projected Income Statement

| Reorganized ABH - Projected Income Statement | 3 Months Ended December 31, | Projected Year Ending December 31 | | | | |
|---|---|---|---|---|---|---|
| | 2010E | 2010E Full-Year | 2011E | 2012E | 2013E | 2014E |
| *In US$ million unless otherwise noted* | | | | | | |
| Sales | $1,222 | $4,663 | $5,341 | $5,480 | $5,416 | $5,474 |
| Cost of sales, excluding depreciation, amortization and cost of timber harvested | (918) | (3,651) | (3,793) | (3,841) | (3,828) | (3,826) |
| Depreciation, amortization, and cost of timber harvested | (66) | (465) | (272) | (279) | (285) | (292) |
| Distribution costs | (140) | (544) | (563) | (568) | (570) | (572) |
| Selling and administrative expenses | (41) | (168) | (146) | (139) | (135) | (132) |
| Net gain on disposition of assets | - | 55 | - | - | - | - |
| Operating income / (loss) | $58 | ($110) | $568 | $653 | $597 | $653 |
| Interest expense | (42) | (381) | (166) | (166) | (166) | (162) |
| Interest income | 1 | 6 | 9 | 17 | 26 | 37 |
| Partnership earnings (equity investments) | (0) | (2) | 7 | 8 | 10 | 10 |
| Income before reorganization items, income taxes and noncontrolling interests | $17 | ($488) | $418 | $511 | $467 | $538 |
| Reorganization items, net | (4) | (141) | - | - | - | - |
| Income before income taxes and noncontrolling interests | $13 | ($629) | $418 | $511 | $467 | $538 |
| Income tax benefit / (expense) | (31) | 199 | (89) | (91) | (51) | (62) |
| Net loss / (income) attributable to noncontrolling interests | (2) | 3 | (34) | (33) | (32) | (31) |
| Net (loss) income | ($20) | ($427) | $295 | $387 | $384 | $445 |

### 1. Sales

Consolidated sales include sales from the Debtors' primary operating segments: coated and specialty papers ("Commercial Printing Papers", or "CPP"), market pulp, newsprint and wood products. The Financial Projections assume CPP demand is projected to increase over the next several years from its current low base, driving price increases from a cyclical trough in 2009. Pulp markets are assumed to remain volatile, with pricing rebounding to peak levels in 2012, then declining thereafter with global economic activity. Domestic newsprint demand is forecast to continue its secular decline over the projected period, partially mitigated by projected increases in export market demand. Newsprint prices are projected to improve from trough levels in 2009 and level off by 2012. Forecasted improvements in lumber demand assume a material recovery from trough levels in 2009 to peak levels in 2012 driven by a recovery in long-term U.S. housing starts.

### 2. Cost of Sales

Cost of Sales, including distribution costs, is projected to be approximately 89% of sales in 2010 and improve to approximately 80% of sales by 2014, driven primarily by the forecasted improvement in market demand and pricing as well as savings from negotiated labor cost reductions.

### 3. Selling, General, & Administrative Expenses

Selling, General & Administrative ("SG&A") expenses are projected to decline to $132 million, or 2.4% of sales in 2014 from $168 million, or 3.5% of sales in 2009. SG&A has declined substantially since the Merger in 2007 ($332 million in 2008 and $198 million in 2009), and further SG&A reductions will result from anticipated

5

reductions in headcount and a simplification of the Company's organizational structure, amongst other efficiency gains.

### 4. Net income (loss)

The net income (loss) is expected to improve from a loss in 2010 to positive net income beginning in 2011. Improvements will be driven by the capital restructuring, which will result in lower interest expense, as well as cost reductions and improving market demand and pricing. These improvements will be partially offset by increased commodity inflation and expenses.

### 5. Reorganization Items

The 2010 Reorganization Items consist of actual and estimated postpetition fees for professional advisors, bank fees directly attributable to the bankruptcy filing and related capital restructuring. This amount excludes any gains or losses associated with the extinguishment of debt and revaluation of assets and liabilities under fresh-start reporting.

### 6. Interest Expense

For 4Q10 through 2014, interest expense projections are based on the Company's estimated post-emergence capital structure assumed to be effective on October 1, 2010. Interest expense in 2010 prior to the Effective Date / Implementation Date is based on interest as disclosed in the Company's financial statements for the first fiscal quarter of 2010 and as estimated for the Predecessor Company debt in accordance with GAAP for the period from April 1 through the Effective Date.

### 7. Income Taxes

Income tax benefit / (expense) was calculated based on the projected applicable statutory tax rates in the countries in which the Company operates. For U.S. operations, the federal tax rate was assumed to be 35%. State taxes were deemed to not be material over the Projection Period. For Canadian operations, the federal tax rate was assumed to be 30% in 2010, stepping down to 28% in 2011 and 26% in each subsequent year of the Projection Period.

U.S. taxable income in each projected year is adjusted downwards for the use of available post-emergence tax attributes preserved by the Company's tax planning efforts. Post-emergence U.S. tax attributes such as net operating losses ("NOLs"), capital losses, tax credits, stock investments in subsidiaries and fixed assets take into account required attribute reduction due to discharge of indebtedness. Projected taxable income after accounting for available tax shields is estimated to be approximately $50-90 million per year over the projected period.

Canadian taxable income in each projected year is projected to be zero after accounting for usage of available post-emergence tax attributes. Post-emergence

Canadian tax attributes take into account required attribute reduction due to discharge of indebtedness under the CCAA Plan. Post-emergence attributes are primarily comprised of undepreciated capital cost ("UCC"), and to a lesser extent, NOLs and Scientific Research and Experimental Development expenses.

All tax-related projections conform to the cash flows used by Blackstone in its Enterprise Valuation of the Company based upon consideration of tax attribute estimates provided by the Debtors and their tax advisors.

### E.     Reorganized ABH Projected Balance Sheets

The Reorganized ABH Projected Balance Sheets set forth the projected financial position of the Company, after giving effect to the Projected September 30, 2010 Balance Sheet, the proposed reorganization and related pro forma adjustments in Section 3. The Reorganized ABH Balance Sheets were developed based upon the projected results of operations and cash flows over the Projection Period.

**Reorganized ABH - Projected Balance Sheet**

| In US$ million unless otherwise noted | Pro Forma September 30, 2010 | 2010E | 2011E | 2012E | 2013E | 2014E |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Current Assets: | | | | | | |
| Cash and cash equivalents | $150 | $300 | $618 | $1,070 | $1,578 | $2,104 |
| Accounts receivable | 879 | 872 | 980 | 1,014 | 989 | 1,017 |
| Inventories, net | 588 | 608 | 621 | 620 | 618 | 617 |
| Other current assets | 121 | 115 | 115 | 115 | 115 | 115 |
| Total current assets | $1,738 | $1,895 | $2,335 | $2,820 | $3,300 | $3,854 |
| Fixed assets, net | $2,644 | $2,582 | $2,420 | $2,266 | $2,096 | $1,920 |
| Unconsolidated Investments | 66 | 65 | 65 | 66 | 70 | 75 |
| Other non-current assets | 311 | 306 | 269 | 260 | 250 | 244 |
| Pension assets | 149 | 159 | 227 | 297 | 377 | 453 |
| Total assets | $4,907 | $5,008 | $5,316 | $5,709 | $6,094 | $6,545 |
| **LIABILITIES** | | | | | | |
| Current liabilities not subject to compromise: | | | | | | |
| Accounts payable and other accrued liabilities | $297 | $422 | $428 | $431 | $431 | $434 |
| Liabilities associated with assets held for sale | 35 | 35 | 35 | 35 | 35 | 35 |
| Total current liabilities not subject to compromise | $332 | $456 | $463 | $466 | $466 | $469 |
| Debt | 241 | 241 | 241 | 241 | 241 | 241 |
| Pension and OPEB | 391 | 391 | 391 | 391 | 391 | 391 |
| Other long-term liabilities | 55 | 55 | 55 | 55 | 55 | 55 |
| Exit Financing Facilities | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 |
| Total liabilities | $2,210 | $2,334 | $2,341 | $2,344 | $2,344 | $2,347 |
| Shareholders' equity / (deficit) | $2,428 | $2,408 | $2,703 | $3,090 | $3,473 | $3,919 |
| Non-controlling interests | $269 | $266 | $272 | $275 | $277 | $280 |
| Total liabilities and shareholders' equity | $4,907 | $5,008 | $5,316 | $5,709 | $6,094 | $6,545 |

### F. Reorganized ABH Statement of Cash Flow

The Reorganized ABH Statement of Cash Flow sets forth the Company's forecasted changes in cash, after giving effect to the proposed reorganization.

**Reorganized ABH – Projected Cash Flow Statement**

| In US$ million unless otherwise noted | 3 Months Ended December 31, 2010E | Projected Year Ending December 31, | | | |
|---|---|---|---|---|---|
| | | 2011E | 2012E | 2013E | 2014E |
| **OPERATING ACTIVITIES** | | | | | |
| Net income / (loss) | ($20) | $295 | $387 | $384 | $445 |
| Adjustments to reconcile to net cash provided by / (used in) operating activities: | | | | | |
| Depreciation, amortization, and cost of timber harvested | 66 | 272 | 279 | 285 | 292 |
| Deferred income taxes | 6 | - | - | - | - |
| Net income / (loss) attributable to noncontrolling interests | 2 | 34 | 33 | 32 | 31 |
| Net pension contributions | 8 | (49) | (52) | (62) | (58) |
| Net OPEB contributions | (18) | (19) | (18) | (18) | (17) |
| Equity investments net income | 0 | (7) | (8) | (10) | (10) |
| Amortization of financing costs | 4 | 18 | 18 | 18 | 13 |
| Changes in working capital: | | | | | |
| Accounts receivable | 6 | (108) | (34) | 25 | (29) |
| Inventories | (19) | (13) | 1 | 2 | 1 |
| Accounts payable | 124 | 7 | 3 | (0) | 3 |
| Net cash provided by / (used in) operating activities | $160 | $429 | $608 | $656 | $671 |
| **INVESTING ACTIVITIES** | | | | | |
| Cash invested in fixed assets | (24) | (110) | (125) | (116) | (115) |
| Dispositions of assets | 20 | - | - | - | - |
| Other investing activities, net | (0) | 27 | (1) | (2) | (2) |
| Net cash provided by / (used in) investing activities | ($5) | ($83) | ($126) | ($117) | ($117) |
| **FINANCING ACTIVITIES** | | | | | |
| Cash distributions attributable to non-controlling interests | (5) | (28) | (30) | (30) | (28) |
| Net cash provided by / (used in) financing activities | ($5) | ($28) | ($30) | ($30) | ($28) |
| Net increase / (decrease) in cash and cash equivalents | $150 | $318 | $452 | $508 | $526 |
| Cash and cash equivalents: | | | | | |
| Beginning of period | $150 | $300 | $618 | $1,070 | $1,578 |
| End of period | $300 | $618 | $1,070 | $1,578 | $2,104 |

### 1. Pension and Other Postretirement Benefit ("OPEB") Contributions Pension

The Company has multiple contributory and non-contributory defined benefit pension plans covering substantially all of its employees. On an accounting basis, as of December 31, 2009 the qualified defined benefit retirement plans maintained by the Company had a funded status of approximately 93% (90% on a Pension Protection Act, or "PPA", basis) and were under-funded by approximately $424 million. This includes a deficit under Canadian defined benefit plans of approximately Cdn$ 1.4 billion as calculated on a solvency basis. The Plan and CCAA Plan confirmed by the Bankruptcy Court and Canadian Court, respectively, provide for the assumption of the qualified defined benefit retirement plans. The Financial Projections assume significant cash contributions will be made to these plans over the next several years following emergence from bankruptcy under applicable U.S. and Canadian laws. The Financial Projections also assume approval of special funding relief regulation with respect to the Company's Canadian defined benefit registered pension plans for prior service costs. All projected contributions referenced below are the amounts in excess of expense embedded

in COGS and SG&A and appear in the Debtors' projected Reorganized Statement of Cash Flow.

The projected contributions stated hereafter were provided by the Company's pension advisors and conform to the cash flows used by Blackstone in its Enterprise Valuation of the Company. These contributions for United States qualified plans are estimated to be approximately $16-27 million per year from 2010-2014 reflecting payments for both current and past service. Projected contributions also appear net of associated tax savings.

In connection with the CCAA Proceedings, the Canadian Court approved certain restrictions on the required cash contributions for the Canadian pension plans such that only current service costs were funded. In the Financial Projections, suspended contributions for past service costs have been resumed at estimated levels currently being negotiated with the relevant government authorities. Projected contributions for Canadian qualified plans are estimated to be approximately $35-44 million per year reflecting payments for both current and past service, net of associated tax savings.

The actual required amounts and timing of all such future cash contributions will be highly sensitive to changes in the applicable discount rates and returns on pension plan assets, and could also be impacted by future changes in the laws and regulations applicable to pension plan funding as well as the ultimate conclusion of the special funding relief regulation with the relevant Canadian Provincial government authorities.

### 2. OPEB

The Company also sponsors a number of OPEB plans for retirees. Projected contributions for U.S. OPEB plans are estimated to be $7-8 million per year from 2010-2014 for both current and past service. These contribution levels assume an annual health care cost increase of 7.2% and a rate of compensation increase of 2.9%.

Projected contributions for Canadian OPEB plans are estimated to be approximately $8-9 million per year from 2010-2014 for both current and past service. These contribution levels assume a health care cost trend rate of 6.5% and a rate of compensation increase of 2.9%.

The actual required amounts and timing of all such future cash contributions will be highly sensitive to changes in the applicable discount rates and rates of compensation increase, among other factors.

### 3. Working Capital

Accounts receivable days sales outstanding ("DSOs") vary based upon product line and destination, averaging approximately 55-60 DSOs. Domestic newsprint, which is approximately 45% of total sales have DSOs range from 33-37 days, while export sales are longer at 120-130 days. Specialty and Pulp DSOs range from 40-57 days

while Lumber has the shortest sales cycle at 12-15 days. Changes in trade accounts receivable at emergence reflect the assumption that ACI's accounts receivable securitization program is terminated at emergence and receivables are no longer-sold through the securitization program.

The current implied number of days for which trade accounts payable are outstanding is approximately 13 days. This is expected to rise gradually to approximately 30 days in the months after emergence from Chapter 11 / CCAA, as the Debtors begin to receive normalized trade terms.

### 4.    Capital Expenditures

Capital expenditures are projected to range from $110 to $125 million per year. The projected capital plan is based on the Company's expectation for average capital requirements through the cycle. Capital expenditures for all periods include spending to maintain equipment, increase operating efficiency and comply with environmental laws. No spending has been budgeted for capacity increases or opportunistic investments that could be made in response to a change in market dynamics.

## G. ACI and D-Corp Summary EBITDA and Unlevered Free Cash Flow

**ACI - EBITDA and Unlevered Free Cash Flow**

| ($ in millions) | 3 Mos. Ended: Dec. 31, 2010 | Projected Year Ending December 31, | | | |
|---|---|---|---|---|---|
| | | 2011E | 2012E | 2013E | 2014E |
| Revenue | $ 527 | $ 2,353 | $ 2,369 | $ 2,419 | $ 2,415 |
| | | | | | |
| EBITDA | $ 44 | $ 353 | $ 355 | $ 424 | $ 436 |
| *% Margin* | *8.4%* | *15.0%* | *15.0%* | *17.5%* | *18.1%* |
| Capital Expenditures | (12) | (52) | (59) | (56) | (58) |
| Pension / OPEB Contributions | (6) | (32) | (34) | (39) | (38) |
| Change in Working Capital | (219) | (58) | (1) | (1) | (6) |
| Cash Dividends to Non-Controlling Interests | 0 | 0 | 0 | (4) | (4) |
| Interest Income | 0 | 2 | 5 | 11 | 17 |
| Taxes | 0 | 0 | 0 | 0 | 0 |
| Other Items | (2) | 27 | (1) | (1) | (1) |
| **Unlevered Free Cash Flow** | $ (194) | $ 239 | $ 265 | $ 335 | $ 347 |

**D-Corp - EBITDA and Unlevered Free Cash Flow**

| ($ in millions) | 3 Mos. Ended: Dec. 31, 2010 | Projected Year Ending December 31, | | | |
|---|---|---|---|---|---|
| | | 2011E | 2012E | 2013E | 2014E |
| Revenue | $ 64 | $ 290 | $ 290 | $ 287 | $ 286 |
| | | | | | |
| EBITDA | $ 9 | $ 82 | $ 74 | $ 76 | $ 81 |
| *% Margin* | *14.1%* | *28.3%* | *25.4%* | *26.6%* | *28.3%* |
| Capital Expenditures | (1) | (4) | (5) | (6) | (7) |
| Pension / OPEB Contributions | 6 | (19) | (19) | (26) | (21) |
| Change in Working Capital | 267 | (23) | (2) | 0 | (2) |
| Cash Dividends to Non-Controlling Interests | (5) | (23) | (22) | (19) | (17) |
| Interest Income | 1 | 7 | 7 | 8 | 9 |
| Taxes | 0 | 0 | 0 | 0 | 0 |
| Other Items | (0) | 0 | 0 | 0 | 0 |
| **Unlevered Free Cash Flow** | $ 277 | $ 21 | $ 34 | $ 33 | $ 43 |

11

YCST01:9985910.2                                                                                           068104.1001

## H. BI, BNS and BCFPI Summary EBITDA and Unlevered Free Cash Flow

**BI - EBITDA and Unlevered Free Cash Flow**

| ($ in millions) | 3 Mos. Ended: Dec. 31, 2010 | Projected Year Ending December 31, | | | |
|---|---|---|---|---|---|
| | | 2011E | 2012E | 2013E | 2014E |
| Revenue | $ 346 | $ 1,491 | $ 1,514 | $ 1,473 | $ 1,495 |
| EBITDA | $ 51 | $ 290 | $ 287 | $ 233 | $ 245 |
| *% Margin* | *14.8%* | *19.4%* | *19.0%* | *15.8%* | *16.4%* |
| Capital Expenditures | (5) | (29) | (32) | (26) | (28) |
| Pension / OPEB Contributions | (9) | (3) | (2) | 0 | (1) |
| Change in Working Capital | 56 | (31) | (12) | 14 | (7) |
| Cash Dividends to Non-Controlling Interests | 0 | (5) | (9) | (8) | (7) |
| Interest Income | 0 | 4 | 7 | 11 | 14 |
| Taxes | (21) | (71) | (66) | (42) | (49) |
| Other Items | (2) | (1) | (1) | (1) | (1) |
| **Unlevered Free Cash Flow** | $ 71 | $ 153 | $ 173 | $ 182 | $ 166 |

**BNS - EBITDA and Unlevered Free Cash Flow**

| ($ in millions) | 3 Mos. Ended: Dec. 31, 2010 | Projected Year Ending December 31, | | | |
|---|---|---|---|---|---|
| | | 2011E | 2012E | 2013E | 2014E |
| Revenue | $ 114 | $ 456 | $ 487 | $ 446 | $ 465 |
| EBITDA | $ 12 | $ 69 | $ 98 | $ 51 | $ 62 |
| *% Margin* | *10.4%* | *15.0%* | *20.1%* | *11.5%* | *13.2%* |
| Capital Expenditures | (3) | (14) | (16) | (12) | (8) |
| Pension / OPEB Contributions | (0) | (3) | (3) | (3) | (3) |
| Change in Working Capital | 15 | (2) | (8) | 9 | (5) |
| Cash Dividends to Non-Controlling Interests | 0 | 0 | 0 | 0 | 0 |
| Interest Income | 0 | 1 | 1 | 2 | 3 |
| Taxes | (9) | (18) | (26) | (9) | (13) |
| Other Items | 0 | 0 | 0 | 0 | 0 |
| **Unlevered Free Cash Flow** | $ 15 | $ 33 | $ 47 | $ 37 | $ 36 |

**BCFPI - EBITDA and Unlevered Free Cash Flow**

| ($ in millions) | 3 Mos. Ended: Dec. 31, 2010 | Projected Year Ending December 31, | | | |
|---|---|---|---|---|---|
| | | 2011E | 2012E | 2013E | 2014E |
| Revenue | $ 174 | $ 751 | $ 820 | $ 791 | $ 813 |
| EBITDA | $ 15 | $ 73 | $ 145 | $ 123 | $ 147 |
| *% Margin* | *8.3%* | *9.7%* | *17.6%* | *15.6%* | *18.0%* |
| Capital Expenditures | (3) | (10) | (13) | (15) | (15) |
| Pension / OPEB Contributions | (2) | (11) | (12) | (13) | (13) |
| Change in Working Capital | (5) | 0 | (8) | 5 | (5) |
| Cash Dividends to Non-Controlling Interests | 0 | 0 | 0 | 0 | 0 |
| Interest Income | 0 | 1 | 1 | 2 | 3 |
| Taxes | 0 | 0 | 0 | 0 | 0 |
| Other Items | (1) | 0 | 0 | 0 | 0 |
| **Unlevered Free Cash Flow** | $ 4 | $ 53 | $ 113 | $ 103 | $ 117 |