# Exhibit A

## Legal Description of Land

### The Mill Property:

**Fieldnote Description of 871.646 Acres, Houston Jacobs Survey, A-387, Lewis Holloway Survey, A-310, Miguel Torres Survey, A-607, J. H. Ridgeway Survey, A-531 Nathan Briscoe Survey, A-98, John Evans Survey, A-221 and Ephriam Finley Survey, A-264, Angelina County, Texas.**

Fieldnotes to all that certain lot, tract, or parcel of land being 871.646 acres, more or less, situated in the Houston Jacobs Survey, A-387, the Lewis Holloway Survey, A-310, the Miguel Torres Survey, A-607, the J. H. Ridgeway Survey, A-531, the Nathan Briscoe Survey, A-98, the John Evans Survey, A-221, and the Ephriam Finley Survey, A-264, all in Angelina County, Texas, being a portion of the called 970.082 acre tract described as Tract 1 in a Special Warranty Deed from Champion International Corporation to Donohue Industries Inc., dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and being more particularly described as follows:

BEGINNING at a 1/2-inch iron pipe found in the northerly right-of-way of the Angelina & Neches River Railroad for the southern corner of a 0.8899 acre tract described as Tract Eleven in a Deed from Champion Realty Corporation to Donohue Industries Inc. recorded in Volume 1211, Page 536 RPRACT, same being in the northwesterly limits of Peoples Street;

THENCE North 50° 16' 18" East 179.98 feet, along the southeasterly line of said tract and with the northwesterly margin of said street, to a concrete monument found for the eastern corner of said tract and the southern southeast corner of a 3.557 acre tract described as Tract Seven in the said Deed from Champion International Corporation to Donohue Industries Inc. recorded in Volume 1211, Page 536 RPRACT;

THENCE North 50° 30' 11" East 1141.26 feet along the southeasterly line of tracts described as Tracts Eight, Three, Nine, Twelve, Thirteen and Ten in Volume 1211, Page 536 RPRACT and Tracts One and Two in Volume 1204, Page 684 RPRACT, and Tracts One and Two in Volume 1204, Page 702 RPRACT to a concrete monument found for corner;

THENCE North 02° 46' 15" West 200.50 feet along a westerly line of the said 970.082 acre tract, in part with an easterly line of the said Tract Twelve in Volume 1211, Page 536 RPRACT, and in part with the easterly line of a called 4.70 acre tract described in a Deed from J. W. Peoples et al to Texas Power and Light Company, recorded in Volume 213, Page 299 RPRACT to a 1/2-inch iron rod found for an ell corner of the said 970.082 acre tract and the northeast corner of said 4.70 acre tract;

THENCE South 79° 12' 09" East 200.00 feet to a 1/2-inch iron rod set for corner;

THENCE North 45° 49' 17" East 288.35 feet to a 1/2-inch iron rod set for corner;

THENCE North 40° 03' 16" East 95.43 feet to a 1/2-inch iron rod set for corner;

THENCE North 01° 18' 45" East 71.36 feet to a 1/2-inch iron rod set for corner;

THENCE North 53° 08' 47" West 159.55 feet to a 1/2-inch iron rod set for corner;

THENCE South 78° 56' 21" West 47.69 feet to a 1/2-inch iron rod set for corner;

THENCE North 26° 57' 51" West 85.94 feet to a 1/2-inch iron rod set for corner;

THENCE North 89° 16' 40" West 275.18 feet to a 1/2-inch iron rod set for corner

THENCE North 02° 41' 27" West 283.08 feet to a concrete monument found for corner;

THENCE North 02° 43' 10" West 2535.24 feet to a concrete monument found for corner;

THENCE North 02° 34' 50" West 1965.65 feet, long the easterly line of lands conveyed to Bill Windsor et ux by deeds of record in Volume 182, Page 508 RPRACT and Volume 355, Page 446 RPRACT and a westerly line of the said 970.082 acre tract, to a 3/4-inch iron pipe found for the southern corner of a 2.94 acre tract described in a Deed from Champion International Corporation to Martha Windsor recorded in Volume 1066, Page 306 RPRACT.

THENCE North 22° 01' 37" East 858.16 feet, along the eastern line of the said 2.94 acre tract, to a point for the northeast corner of said tract in the southerly line of a called 0.556 acre tract described in a Deed from Michael Windsor to Windco Inc. recorded in Volume 1292, Page 018 RPRACT. From which corner a 1/2-inch iron rod found for the southeasterly corner of the said 0.556 acre tract bears North 87□ 32' 55" East 8.01 feet;

THENCE North 87° 32' 55" East 983.07 feet, along a northerly line of the said 970.082 acre tract and in part with the southerly line of the said 0.556 acre tract, in part with the southerly line of a called 3.196 acre tract described in a Deed from Fred Buster Nicholas et ux to James T. Stevens et ux recorded in Document No. 235676 RPRACT and in part with the southerly line of the residue of the called 18.7 acre tract described in a Release of Lien from Viola Berry to Fred Buster Nicholas et ux recorded in Volume 343, Page 351 RPRACT, to a concrete monument found for corner;

THENCE North 04° 00' 45" West 705.91 feet, along a westerly line of the said 970.082 acre tract and the easterly line of the said 18.7 acre tract, to a concrete monument found for corner at the southeasterly corner of a called 2.257 acre tract described in a Deed from Michael W. Windsor et ux to Marion Jack Watson et ux recorded in Volume 1127, Page 430 RPRACT;

THENCE North 02° 50' 01" West 314.02 feet, along the common line of the said 970.082 acre tract and the said 2.257 acre tract, to a 1/2-inch iron rod found for the northeasterly corner of the said 2.257 acre tract and the southeasterly corner of a called 0.468 acre tract described in a Deed from Thomas G. Flournoy to Richard A. Kouts et ux recorded in Volume 1527, Page 73 RPRACT;

THENCE North 03° 57' 52" West 257.79 feet, along the common line of the said 0.468 acre tract and the said 970.082 acre tract, to a concrete monument found for corner in the southeasterly right-of-way of Farm to Market Road 842;

THENCE North 44° 16' 25" East 89.33 feet, along the said southeasterly right-of-way, to a 1/2-inch iron pipe found for corner;

THENCE North 87° 27' 24" East 602.41 feet, along a northerly line of the said 970.082 acre tract, in a part with the southerly line of a called 1.00 acre tract described in a Deed from Robert E. Boles to Alton Inman and Pamela J. Inman recorded in Document No. 223341 RPRACT and in part with the southerly line of a called 17.76 acre tract described in a Deed of Life Estate from Roxie Berry and Reuel M. Berry to Clyde V. Boles recorded in Volume 809, Page 828 RPRACT, to a 2-inch iron pipe found for corner;

THENCE North 87° 00' 33" East 459.18 feet, along the southerly line of the said 17.76 acre tract and a northerly line of the said 970.082 acre tract, to a concrete monument stamped "A574A" found for corner;

THENCE North 03° 16' 41" West, along a westerly line of the said 970.082 acre tract, at 665.20 feet pass 22.10 feet West of an axle found, at 665.38 feet pass 0.19 feet West of a 1/2-inch iron rod found, at 1321.26 feet pass 5.63 feet East of an axle found, at 1421.46 feet pass 8.95 feet East of a 1/2-inch iron rod found, continuing a total distance of 1823.46 feet to a concrete monument found for corner in the southeasterly right-of-way of Farm to Market Road 842;

THENCE North 24° 02' 23" East 283.22 feet, along said right-of-way, to a concrete monument stamped "A575XB" found for corner;

THENCE North 87° 14' 54" East 360.55 feet, along a northerly line of the said 970.082 acre tract and the southerly line of a called 0.245 acre tract described in a Deed from Cecil A. Berry et ux to James E. Radke et ux recorded in Volume 240, Page 611 RPRACT, to a concrete monument tamped "A576A" found for corner;

THENCE North 02° 56' 52" West, along a westerly line of the said 970.082 acre tract, at 412.28 feet pass 0.63 feet East of a 2-inch iron pipe found for the northeasterly corner of the said 0.245 acre tract and the southeasterly corner of the called 0.88 acre tract described in a Deed from Gordon G. Brashear et ux to Snow-King, Inc. recorded in Volume 225, Page 328 RPRACT, continuing a total distance of 881.80 feet to a concrete monument found in an existing county road for the most northerly northwest corner of the said 970.082 acre tract;

THENCE North 86° 56' 55" East 2741.09 feet, along a northerly line of the said 970.082 acre tract and in part generally along the southerly margin of said county road, to a concrete monument stamped "A-579A" found for the most northerly northeast corner of the said 970.082 acre tract;

THENCE South 03° 21' 38" East, along an easterly line of the said 970.082 acre tract, passing at 83.18 feet a 1/2-inch iron rod found for the most northerly northwest corner of a called 105.273 acre tract described in a Deed from Champion Realty Corporation to Kurt Ulmer and Diane

Ulmer recorded in Volume 1909, Page 215 RPRACT, following said common line a total distance of 482.29 feet to a concrete monument found for a common corner;

THENCE South 86° 45' 41" West 921.54 feet, generally along an existing fence and with the common line of the said 970.082 acre tract and the said 105.273 acre tract, to a concrete monument stamped "A581" found for corner;

THENCE South 03° 08' 43" East 684.48 feet, along the common line of the said 970.082 acre tract and the said 105.273 acre tract, to a concrete monument stamped "A582A" found for corner;

THENCE South 86° 49' 38" West 581.66 feet, along a common line of the said 970.082 acre tract and the said 105.273 acre tract, to a 1/2-inch iron rod found corner in the existing westerly pavement limits of County Road 122;

THENCE South 03° 04' 39" East 1561.46 feet, with the common line of the said 970.082 acre tract and the said 105.273 acre tract, crossing to the easterly side of said road, to a concrete monument found for corner in the northerly line of the Moffett Twin Oaks Addition, of record in Cabinet A, Slide 148-B, Plat Records of Angelina County, Texas from which a 1-inch iron pipe found for the northwest corner of said Addition bears South 87° 26' 45" West 62.12 feet;

THENCE South 87° 26' 45" West 140.36 feet, with a southerly line of the said 970.082 acre tract, to a concrete monument stamped "A584A" found for an ell corner of said tract;

THENCE South 07° 21' 09" West 279.31 feet, along an easterly line of the said 970.082 acre tract, to a concrete monument stamped "A585A" found for an angle corner in said line;

THENCE South 03° 54' 49" East 2371.69 feet along an easterly line of the said 970.082 acre tract, to a 1/2-inch iron rod found for corner in the easterly limits of County Road 122, from which the southwest corner of the said Addition bears North 85° 50' 07" East 13.69 feet;

THENCE North 85° 50' 07" East, along a northerly line of the said 970.082 acre tract in part with the southerly line of the said Addition, passing at 1050.17 feet a 1-inch iron pipe found for the southeast corner of the said Addition and the southwest corner of a called 2.968 acre tract conveyed in a Sheriff's Tax Deed to Bo Lee Kelley recorded in Volume 2208, Page 40 RPRACT (further described in Volume 807, Page 508 RPRACT), continuing in part with the southerly line of the said 2.968 acre tract and in part with the southerly line of a called 3.479 acre tract described in a Deed from Lee Goodman to Albert Kelly et ux recorded in Volume 947, Page 25 RPRACT a total distance of 1770.29 feet to a point for corner in Willis Creek, from which a concrete monument stamped "A-587R" for reference bears South 85° 50' 07" West 59.25 feet;

THENCE in a southeasterly direction along the center of said creek, generally along the following meanders:

South 31° 58' 36" East          143.37 feet,

South 76° 06' 37" East          77.69 feet,

| | |
|---|---|
| South 50° 14' 51" East | 40.62 feet, |
| South 06° 13' 00" East | 142.69 feet, |
| South 39° 07' 34" East | 53.55 feet, |
| South 64° 47' 09" East | 78.20 feet, |
| South 06° 20' 40" East | 61.60 feet, |
| South 59° 23' 32" East | 146.78 feet, |
| South 54° 43' 45" East | 124.19 feet, |
| South 88° 37' 59" East | 30.05 feet, |
| North 46° 22' 52" East | 101.40 feet, |
| North 32° 46' 40" East | 62.11 feet, |
| South 62° 11' 00" East | 49.00 feet, |
| South 04° 21' 53" East | 93.30 feet, |
| South 27° 19' 40" East | 253.59 feet, |
| South 56° 41' 13" East | 94.55 feet, |
| South 17° 06' 59" West | 41.06 feet, |
| South 49° 33' 13" West | 88.61 feet, |
| South 51° 37' 12" East | 170.69 feet, |
| South 20° 08' 14" West | 42.25 feet, |
| South 06° 00' 32" East | 90.38 feet, |
| South 69° 27' 39" East | 87.04 feet, |
| South 53° 33' 39" East | 64.33 feet, and |

South 68° 14' 18" East        101.52 feet to a point in said centerline for corner, from which a 3/4-inch iron pipe found for reference bears South 88° 27' 52" West 24.66 feet;

THENCE South 88° 27' 52" West 1375.52 feet, along a southerly line of the said 970.082 acre tract and the northerly line of a called 32 acre tract described in a Deed from James Fred Albritton to James Michael White recorded in Volume 986, Page 623 RPRACT, to a concrete monument stamped "A-589" found for corner;

THENCE South 03° 49' 25" East 962.49 feet, along an easterly line of the said 970.082 acre tract, to a concrete monument found for an angle corner, same being the northwesterly corner of a called 15.59 acre tract described in a Deed from James Michael White to Paula M. White recorded in Document no. 219266 RPRACT;

THENCE South 01° 53' 37" East 271.07 feet, continuing along said easterly line and with the westerly line of the said 15.59 acre tract, to a concrete monument stamped "A590" found for a southeasterly corner of the said 970.082 acre tract, same being a northeasterly corner of a called 15.59 acre tract described in a Deed from Paula Massey White to James Michael White recorded in Document No. 214526 RPRACT;

THENCE South 87° 46' 09" West 821.53 feet, along a southerly line of the said 970.082 acre tract and the northerly line of the said 15.59 acre tract, to a concrete monument found for the northeasterly corner of a called 40.239 acre tract described in a Deed from Champion Realty Corporation to Mac A. Mitchell recorded in Volume 1730, Page 79 RPRACT;

THENCE South 86° 55' 16" West 2724.66 feet, continuing along a southerly line of the said 970.082 acre tract, in part with the northerly line of the said 40.239 acre tract and in part with the northerly line of a called 30.54 acre tract described in a Deed from Bertha Louise Merritt and Ronald E. Merritt to Fabian Lopez and Rosa Lopez recorded in Document No. 219234 RPRACT, to a 1/2-inch iron rod found for corner in the westerly limits of County Road 122;

THENCE South 02° 59' 08" East 624.63 feet, generally along and within said road, to a 1/2-inch iron rod found for corner;

THENCE North 86° 58' 16" East 138.92 feet, to a point for corner, from which a 1/2-inch iron rod bears South 02° 04' 08" East 2.72 feet and another 1/2-inch iron rod found bears North 64□ 34' 26" East 6.25 feet;

THENCE South 02° 04' 08" East 2562.88 feet, generally continuing within the limits of said road, to a 1/2-inch iron pipe found for corner in the westerly margin of said road;

THENCE South 86° 53' 27" West 98.92 feet, along a southerly line of the said 970.082 acre tract, to a concrete monument stamped "A-583X" found for corner;

THENCE South 23° 41' 11" East 943.97 feet, continuing generally along the southwesterly limits of said road, to a 1/2-inch iron pipe found for corner;

THENCE South 37° 27' 48" West 466.83 feet, continuing generally along the northwesterly limits of the said road, to a 1/2-inch iron rod found for corner in the northerly right-of-way of the Angelina & Neches River Railroad;

THENCE in a northwesterly direction along said railroad right-of-way as follows:

North 75° 15' 52" West 356.93 feet to a concrete monument found,

North 75° 15' 58" West 766.20 feet to a 1/2-inch iron rod found,

South 89° 13' 30" West 53.94 feet to a 1/2-inch iron rod found,

North 75° 20' 47" West 94.20 feet to a 1/2-inch iron rod found,

North 73° 34' 48" West 104.60 feet to a 1/2-inch iron rod found,

North 74° 40' 45" West 67.13 feet to a 1/2-inch iron rod found,

North 66° 02' 58" West 67.39 feet to a 1/2-inch iron rod found,

North 75° 43' 17" West 314.12 feet to a concrete monument found,

North 66° 20' 49" West 20.15 feet to a concrete monument found, and

North 75° 14' 15" West 1251.38 feet to a concrete monument found for the beginning of a curve to the right;

THENCE continuing in a northwesterly direction along the said northerly right-of-way and with the said curve (having a central angle of 06° 17' 10", a radius of 1867.43 feet, and a long chord of North 72° 20' 52" West 204.78 feet) at 204.88 feet the PLACE OF BEGINNING and containing 871.646 acres.

## Fieldnote Description of 0.305 Acre, Lewis Holloway Survey, A-310, Angelina County, Texas.

Fieldnotes to all that certain lot, tract, or parcel of land being 0.305 acre, more or less, situated in the Lewis Holloway Survey, A-310 in Angelina County, Texas, being all of the called 0.305 acre tract described as Tract 22 in a Special Warranty Deed from Champion International Corporation to Donohue Industries Inc., dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and being more particularly described as follows:

BEGINNING at a 1/2-inch rod found for corner in the curving southerly right of way of the Angelina & Neches River Railroad (100' ROW), from which a 1-inch iron pipe found for the most southwesterly corner of the called 970.082 acre tract described as Tract 1 in the said Deed to Donohue Industries, Inc. bears North 50° 18' 21" East 113.99 feet;

THENCE in a southeasterly direction along the curving southerly right of way of the said railroad (said curve having a radius of 1967.43 feet, a central angle of 7° 55' 18", and a long chord of South 71° 31' 48" East 271.79 feet) 272.01 feet to a 1/2-inch iron rod found;

THENCE South 75° 14' 15" East 104.72 feet to a concrete nail in asphalt found for corner;

THENCE South 37° 21' 33" West 6.45 feet to a concrete nail in asphalt found for corner in the curving northerly right of way of State Highway No. 103;

THENCE in a northwesterly direction along the curving northerly right of way (said curve having a radius of 2950.34 feet, a central angle of 8° 30' 01", and a long chord of North 83° 17' 40" West 437.30 feet) 437.71 feet to a 1/2-inch iron rod found for corner;

THENCE North 50° 18' 21" East 102.69 feet to the PLACE OF BEGINNING and containing 0.305 acre.

## Fieldnote Description of 0.036 Acre, Nathan Briscoe Survey, A-98, Angelina County, Texas

Fieldnotes to all that certain lot, tract, or parcel of land being 0.036 acre, more or less, situated in the Nathan Briscoe Survey, A-98 in Angelina County, Texas, being all of the called 0.036 acre tract described as Tract 42 in a Special Warranty Deed from Champion International Corporation to Donohue Industries Inc., dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and being more particularly described as follows:

BEGINNING at a railroad iron found in a tree for the northwesterly corner of the referenced tract, same being an ell corner of the called 17.76 acre tract described in a Deed from Arthur L. Allen, Jr. and Doris Jean Allen to Jimmy G. Mettlen and Peggy G. Mettlen recorded in Volume 1573, Page 163 RPRACT;

THENCE North 87° 11' 51" East 40.51 feet to a 100d nail found for corner in the northwesterly right of way of FM Highway No. 842;

THENCE South 23° 58' 22" West 88.13 feet along the said northwesterly right of way to a concrete monument found for corner;

THENCE North 03° 23' 37" West 78.68 feet to the PLACE OF BEGINNING and containing 0.036 acre.

## Fieldnote Description of 0.035 Acre, Lewis Holloway Survey, A-310, Angelina County, Texas

Fieldnotes to all that certain lot, tract, or parcel of land being 0.035 acre, more or less, situated in the Lewis Holloway Survey, A-310 in Angelina County, Texas, being all of the called 0.035 acre tract described as Tract 41 in a Special Warranty Deed from Champion International Corporation to Donohue Industries Inc., dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and being more particularly described as follows:

BEGINNING at a 1/2-inch iron rod found for the northwesterly corner of the referenced tract;

THENCE North 87° 26' 18" East 60.32 feet to a 1/2-inch iron rod found for corner in the northwesterly right of way of FM Highway No. 842;

THENCE South 46° 42' 57" West 78.77 feet along the said northwesterly right of way to a 1/2-inch iron rod found for corner;

THENCE North 03° 15' 26" West 51.39 feet to the PLACE OF BEGINNING and containing 0.035 acre.

## Tract 2:

**Fieldnote Description to 0.295 Acre, Houston Jacobs Survey, Abstract No. 387, Angelina County, Texas**

BEING that certain tract or parcel of land situated in the HOUSTON JACOBS SURVEY, A-387, ANGELINA COUNTY, TEXAS, and being all of Tract 2 described in a Deed from Champion International Corporation to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and also being all of that called 0.293 acre tract of land described in a Warranty Deed from David Jasso and wife, Daphna Ann Jasso, to Miguel Alvarez dated December 19, 1996, recorded in Volume 1086, Page 98, RPRACT, to which reference is hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at an "X" cut in the easterly side of a concrete driveway leading to an entrance gate of a plant facility, at the intersection of the east margin of John Cobb Road (this road has been physically closed) with the north right-of-way (ROW) line of the A&NR Railroad (100-ft. ROW) for the southwest corner of the referenced tract;

THENCE N 38°17'59" E, along the easterly margin of John Cobb Road and the west line of the referenced tract, 104.12 feet to a 3/4-inch iron pipe found for the northwest corner of the referenced tract, same being the southwest corner of that called 0.892 acre tract of land, described in a Deed to Lee R. Corley and Dorothy Corley dated March 23, 2007 and recorded as Document No. 227025 of the Official Records of Angelina County, Texas (ORACT);

THENCE S 77°32'59" E, along the common line of the referenced tract and said Corley tract, 129.36 feet to a 1/2-inch iron rod found in the south line of the said Corley tract for the northeast corner of the referenced tract, same being the northwest corner of that called 0.59 acre tract of land described in a Deed to Gracie Smitherman dated September 14, 2000 and recorded in Volume 1302, Page 291 RPRACT;

THENCE S 34°21'51" W, along the common line of the referenced tract and said Smitherman tract, 106.81 feet to a 1/2-inch iron pipe found in the north ROW line of the A&NR Railroad for the southeast corner of the referenced tract, same being the southwest corner of said Smitherman tract;

THENCE N 75°15'36" W, (Basis of Bearings) along the north ROW line of the A&NR Railroad and the south line of the referenced tract, 135.00 feet to the POINT OF BEGINNING and containing 0.295 acre of land.

## Tract 3:

**Fieldnote Description to 0.180 Acre, Houston Jacobs Survey, Abstract No 387, Angelina County, Texas.**

BEING that certain tract or parcel of land situated in the HOUSTON JACOBS SURVEY, A-387, ANGELINA COUNTY, TEXAS, and being all of Tract 3 described in a Deed from Champion International Corporation to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and also being all of that tract of land described in a Deed from Mark P. Woney, et al, to Artemio Diosdado dated June 23, 1993, recorded in Volume 922, Page 432, RPRACT, and also being all of that tract of land described in a Deed from Mark P. Toney, et al, to Artemio Diosdado dated October 29, 1991, recorded in Volume 853, Page 352, RPRACT, to which references are hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 1/2-inch iron rod found in the southwest margin of County Road 122, Twin Oaks Road (also known as John Kolb Road) for the southeast corner of the referenced tract, same being the northeast corner of that called 0.59 acre tract of land described in a Deed to Gracie Smitherman dated September 14, 2000 and recorded in Volume 1302, Page 291, RPRACT;

THENCE N 76°40'21" W, along the common line of the referenced tract and said 0.59 tract, 79.97 feet to a 1/2-inch iron rod found for the southwest corner of the referenced tract;

THENCE N 21°38'42" W, along the west line of the referenced tract, and the southerly east line of a called 0.892 acre tract described in a Deed to Lee R. Corley and Dorothy Corley dated March 23, 2007 and recorded as document No, 227025 of the Official Records of Angelina County, Texas (ORACT), passing at 60.00 feet a 1/2-inch iron rod found, and in all 120.00 feet to a 1/2-inch iron rod found for the northwest corner of the referenced tract;

THENCE S 76°40'21" E, along the north line of the referenced tract, and the easterly southern line of said 0.892 acre tract, 79.97 feet to a 1/2-inch iron rod found in the west margin of Twin Oaks Road for the northeast corner of the referenced tract same being the northerly southeast corner of the said 0.892 acre tract;

THENCE S 21°38'42" E, (Basis of Bearings) along the southwest margin of Twin Oaks Road and the east line of the referenced tract, passing at 60.00 feet a 1/2-inch iron rod found and in all 120.00 feet to the POINT OF BEGINNING and containing 0.180 acre of land.

## Tract 4:

### Fieldnote Description for 0.583 Acre, J.T. Williams Survey, Abstract No. 671, Angelina County, Texas

BEING all that certain tract or parcel of land situated in the J.T. WILLIAMS SURVEY, ABSTRACT NO. 671, ANGELINA COUNTY, TEXAS, and being all of Tract 4 described in a Deed from Champion International Corporation to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) also being part of those tracts of land described as Tract No. One and Tract No. Two in a Deed from B.R. Wilson and wife, Elaine Wilson, to Inez Foster, recorded September 18, 1980, in Volume 508, Page 470,

RPRACT, to which reference is hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 1/2-inch iron rod found at the intersection of the southerly margin of County Road 136 also known as John Kolb Road and the easterly margin of County Road 122, Twin Oaks Road (also known as John Kolb Road) for the northwest corner of the reference tract;

THENCE N 86°37'17"E, (Basis of Bearings) along the northerly line of the referenced tract, 152.39 feet to a 1/2-inch iron rod found for the northeast corner of the herein described tract, same being the northwest corner of that tract of land described in a Deed to Cathryn Hill, recorded in Volume 1039, Page 153 RPRACT, said point also bears S86° 37'17" W 82.22 feet from a 1-inch iron pipe found;

THENCE S 03°27'37"E, along the westerly line of said Cathryn Hill tract, 201.33 feet to a 1-1/4-inch iron pipe found in the south line of the referenced tract, same being the north line of a called 0.227 acre tract of land described as Tract 5 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 RPRACT, for the southeast corner of the herein described tract;

THENCE S 82°12'16"W, along the common line of the referenced tract and said 0.227 acre tract, 94.86 feet to a 1/2-inch iron rod set in the easterly margin of County Road 122, Twin Oaks Road (also known as John Kolb Road), for the southwest corner of the referenced tract, same being the northwest corner of said 0.227 acre tract,

THENCE N 18°56'18"W, along the westerly line of the referenced tract, 216.57 feet to the POINT OF BEGINNING and containing 0.583 acre of land.

## Tract 5:

**Fieldnote Description To 0.227 Acre, J.T. Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING that certain tract or parcel of land situated in the J. T. WILLIAMS SURVEY, ABSTRACT NO. 671 ANGELINA COUNTY, TEXAS, and being all of Tract 5 described in a deed from Champion International Corporation to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and also being a portion of that called 0.456 acre tract of land described in a Deed from Hershel H. Dixon and wife, Kathleen Hinson Dixon, to Inez Foster, recorded February 16, 1989, in Volume 753, Page 146, RPRACT, to which reference is herby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at the 1/2-inch iron rod found at the point of intersection of the easterly margin of County Road 122, Twin Oaks Road (also known as John Kolb Road) and the northerly margin of McShan Circle for the southwest corner of the reference tract;

THENCE N 26°46'00"W, along the westerly line of the referenced tract, 147.92 feet to a 1/2-inch iron rod set for the northwest corner of the referenced tract, same being the southwest corner of a called 0.583 acre tract of land described as Tract No. Four in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE N 82°12'16"E, along the common line of the referenced tract and said 0.583 acre tract, passing as 94.86 feet a 1-1/4-inch iron pipe found for the southwest corner of that tract of land described in a Deed to Cathryn Hill, recorded in Volume 1039, Page 153, RPRACT, and in all 101.25 feet to a 1/2-inch iron pipe found for the northwest corner of a called 0.227 acre tract of land described as Tract 6 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT, same being the northeast corner of the herein described tract;

THENCE S 03°15'20"E, (Basis of Bearings) along the westerly line of said Tract 6, 135.46 feet to a 1/2-inch iron rod found in the north margin of said McShan Circle and the south line of the referenced tract for the southwest corner of said 0.227 acre tract, same being the southeast corner of the herein described tract;

THENCE S 75°40'47"W, along the south line of the reference tract, 42.72 feet, to the POINT OF BEGINNING and containing 0.227 acre of land.

## Tract 6:

**Fieldnote Description For 0.227 Acre, J.T. Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING that certain tract or parcel of land situated in the J.T. WILLIAMS SURVEY, ABSTRACT NO. 671, ANGELINA COUNTY, TEXAS, and being all of Tract 6 described in a Deed from Champion International Corporation to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and also being all of that tract of land described in a Warranty Deed from Inez Foster to Ruby Mott dated February 25, 1991, recorded in Volume 827, Page 361, RPRACT, to which reference is hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 1/2-inch iron rod found in the north margin of McShan Circle for the southwest corner of the referenced tract, same being the southeast corner of that called 0.227 acres tract of land described as Tract 5, in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT and which bears N 75°40'47" E 42.72 feet from a 1/2-inch iron rod found at the intersection of the north margin of said McShan Circle with the east margin of County Road 122, Twin Oaks Road (also known as John Kolb Road), for the southwest corner, Tract 5;

THENCE N 03°15'20" W (Basis of Bearings) along the common line of the referenced tract and said Tract 5, 135.46 feet to a 1/2-inch iron pipe found in the south line of that tract of land described in a Deed to Cathryn Hill, recorded in Volume 1039, Page 153, RPRACT, and which

bears N 82°12'16" E 6.39 feet from a 1 ¼-inch iron pipe found for the southwest corner of said Hill tract;

THENCE N 82°12'16" E, along the common line of the referenced tract and said Cathryn Hill tract, 75.79 feet to a 1/2-inch iron pipe found in the west line of that 0.501 acre tract of land described as Tract 8 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT, and which bears S 03°22'43" E 59.90 feet from a chainlink fence corner post for the northwest corner of said 0.501 acre tract;

THENCE S 03°22'43" E, along the common line of the referenced tract and said 0.501 acre tract, 126.50 feet to a 1-inch iron pipe found in the north line of said McShan Circle for the southeast corner of the referenced tract, same being the southwest corner of said 0.501 acre tract;

THENCE S 75°35'14" W along the south line of the referenced tract and the north line of said McShan Circle, 77.29 feet to the POINT OF BEGINNING and containing 0.227 acre of land.

## Tract 7:

**Fieldnote Description For 2.006 Acre, J.T. Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING that certain tract or parcel of land situated in the J.T. WILLIAMS SURVEY, ABSTRACT NO. 671, ANGELINA COUNTY, TEXAS, and being all of Tract 7 described in a Deed from Champion International Corporation to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and also being all of that called 2.005 acre tract of land described in a Deed from Jerry O. Swearingen and wife, Donia M. Swearingen, to Dennis R. Netherton dated May 17, 1979, recorded in Volume 489, Page 749, RPRACT, to which reference is hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 1/2-inch iron pipe found in the south margin of County Road 136, also known as John Kolb Road for the northeast corner of the referenced tract, same being the northwest corner of that called 0.914 acre tract of land described as Tract 10 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT and from which bears S 19°43'16" W 0.27 feet from and axle found;

THENCE S 02°56'15" E 136.47 feet to a 1/2-inch iron pipe found for an angle point, same being the southwest of said 0.914 acre tract and also being the northwest corner of that called 0.754 acre tract of land described as Tract 11 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE S 01°55'46" E, along the common line of the referenced tract and said 0.754 acre tract, 149.36 feet to a 1/2-inch iron rod found in the north margin of McShan Circle for the southwest corner of the referenced tract, same being the southwest corner of said 0.754 acre tract;

THENCE S 85°06'14" W, (Basis of Bearings) along the north margin of said McShan Circle and the south line of the referenced tract, 337.49 feet to an axle found for the southwest corner of the

referenced tract, same being the southeast corner of the called 0.501 acre tract of land described as Tract 8 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE N 03°34'42" W, along the common line of the referenced tract and said 0.501 acre tract, 162.66 feet to a 1-inch iron pipe found in the south line of that called 0.664 acre tract of land described as Tract 9 in the aforementioned Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT, for the northeast corner of the 0.501 acre tract;

THENCE easterly and northerly along the common line of the referenced tract and said 0.664 acre tract with the following two calls:

N 86°37'09" E 89.31 feet to a 1/2-inch iron pipe found for corner, and

N 03°24'14 W 134.38 feet to a 1/2-inch iron rod found in the south margin of County Road 136 for the northerly northwest corner of the referenced tract, same being the northeast corner of said 0.664 acre tract and which bears S 88°29'48" E 1.24 feet from a 1/2-inch iron pipe found;

THENCE N 87°08'52" E 253.52 feet to the POINT OF BEGINNING and containing 2.006 acres of land.

**Tract 8:**

**Fieldnote Description For 0.501 Acre, J.T. Williams Survey, Abatract No. 671, Angelina County, Texas.**

BEING that certain tract or parcel of land situated in the J.T. WILLIAMS SURVEY, ABSTRACT NO. 671, ANGELINA COUNTY, TEXAS, and being all of Tract 8 described in a Deed from Champion International Corporation to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and also being all of that tract of land described in a Deed from James Garry Getro and wife, Carolyn Lynn Getro, to Jose Guadalupe Moya, recorded December 2, 1991, in Volume 855, Page 728, RPRACT, to which reference is hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING as 1-inch pipe found in the north margin of McShan Circle for the southwest corner of the referenced tract, and being the southeast corner of that called 0.227 acre tract of land described as Tract 6 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE N 03°22'43" W, in part along the common line of the referenced tract and said 0.227 acre tract passing at 126.50 feet, a 1-1/2-inch iron pipe found for the northeast corner of said 0.227 tract, same being the southeast corner of that called 0.374 acre tract of land described in a Deed to Mrs. Cathryn Hill, recorded in Volume 1039, Page 153, RPRACT, and in all 186.40 feet to a found chainlink fence post for the northwest corner of the referenced tract in the east line of said Hill tract, same being the southwest corner of that called 0.664 acre tract described

as Tract 9 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE N 86°37'09" E, (Basis of Bearings) along the common line of the referenced tract and said 0.664 acre tract, 124.95 feet to a 1-inch iron pipe found for the northeast corner of the referenced tract, same being the west most northwest corner of that called 2.006 acre tract of land described as Tract No. 7 in said Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE S 03°34'42" E, along the common line of the referenced tract and said 2.006 acre tract, 162.66 feet to and axle found in the north line of said McShan Circle for the southeast corner of the referenced tract, same being the southwest corner of said 2.006 acre tract;

THENCE S 75°54'38" W, along the north margin of McShan Circle, 127.75 feet to the POINT OF BEGINNING and containing 0.501 acre of land.

## Tract 9:

**Fieldnote Description For 0.664 Acre, J.T. Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING that certain tract or parcel of land situated in the J.T. WILLIAMS SURVEY, ABSTRACT NO. 671, ANGELINA COUNTY, TEXAS, and being all of Tract 9 described in a Deed from Champion International Corporation to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and also being all of that called 0.666 acre tract of land, described as "Tract No. One", in a Deed from Jerry O. Swearingen and wife, Donia M. Swearingen, to Dennis R. Netherton dated May 17, 1979, recorded in Volume 489, Page 749 RPRACT, to which reference is hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 1-inch iron pipe found in the south margin of County Road 136, also known as John Kolb Road, for the northwest corner of the referenced tract, same being the northeast corner of that called 0.374 acre tract of land described in a Deed from Inez Foster to Mrs. Cathryn Hill dated December 20, 1995, recorded in Volume 1039, Page 153, RPRACT;

THENCE N 86°34'12" E, along the south margin of John Kolb Road, and the north line of the referenced tract, 124.48 feet to a 1/2-inch iron rod found for angle point;

THENCE N 87°08'52" E, along the south margin of John Kolb Road, and the north line of the referenced tract, 89.73 feet to a 1/2-inch iron rod found for the northeast corner of the referenced tract, same being the northerly northwest corner of that called 2.006 acre tract of land, described as Tract 7 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT, and which bears S 88°29'48" E 1.24 feet from a 1/2-inch iron pipe found;

THENCE S 03°24'14" E, along the common line of the referenced tract and said 2.006 acre tract 134.38 feet to a 1/2-inch iron pipe found for the southeast corner of the referenced tract, same being an "ell" corner of said 2.006 acre tract;

THENCE S 86°37'09" W, (Basis of Bearings) along the south line of the referenced tract, passing at 89.31 feet a 1-inch iron pipe found for the west most northwest corner of said 2.006 acre tract, same being the northeast corner of that called 0.501 acre tract of land described as Tract 8 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 of the RPRACT, and in all 214.47 feet to a chainlink fence corner post found in the east line of said Hill tract for the southwest corner of the referenced tract, same being the northwest corner of said 0.501 acre tract;

THENCE N 03°22'43" W, along the common line of the referenced tract and said Hill tract, 135.10 feet to the POINT OF BEGINNING and containing 0.664 acre of land.

**Tract 10:**

**Fieldnote Description For 0.914 Acre, J.T. Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING that certain tract or parcel of land situated in the J.T. WILLIAMS SURVEY, ABSTRACT NO. 671, ANGELINA COUNTY, TEXAS, and being all of Tract 10 described in a Deed from Champion International Corporation to Donohue Industries, Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and also being all of that called 0.89 acre tract of land described in a Deed from Lide Kolb to J.H. Wilkerson and wife, Eva Wilkerson, dated September 3, 1966, recorded in Volume 325, Page 484 RPRACT, being comprised of that tract of land described in a Deed from Grace Brevell, et al to Susie Nerren, dated August 19, 1968, recorded in Volume 350, Page 733, RPRACT, and that tract of land described in a Deed from Grace Brevell, et al to Ruth Nix, dated August 19, 1968, recorded in Volume 350, Page 729, RPRACT, to which references are hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 1/2-inch iron pipe found in the south margin of County Road 136, also known as John Kolb Road, for the northwest corner of the referenced tract; same being the northeast corner of that called 2.006 acre tract of land described as Tract 7 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT and which bears S 05°54'59" W 0.37 feet from an axle found;

THENCE N 87°08'52" E, along the south margin John Kolb Road, and the north line of the referenced tract, passing as 136.82 feet a 1/2-inch iron rod found and in all 273.64 feet to a 1/2-inch iron rod found in the south margin of John Kolb Road, for the northeast corner of the referenced tract, same being the northwest corner of that tract of land described in a Deed from Clyde C. Jordan to Mary Delphia Henson, dated October 18, 1967, recorded in Volume 340, Page 790, RPRACT, said point also being in the east margin of a Gulf South Gas Pipeline (Formally United Gas Company);

THENCE S 11°16'33" W, along the common line of the referenced tract and said Henson tract and the east margin of said Gulf South Gas Company Pipeline, 182.50 feet to a 1/2-inch iron rod found for the southeast corner of the referenced tract, same being the northeast corner of that called 0.754 acre tract of land described as Tract 11 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE N 82°48'56" W, (Basis of Bearings) along the common line of the referenced tract and said 0.754 acre tract, passing at 116.23 feet a 1/2-inch iron rod found in all 232.45 feet to a 1/2-inch iron pipe found and for the northwest corner of the 0.754 acre tract in the east line of the aforesaid 2.006 acre tract for the southwest corner;

THENCE N 02°56'15" W, along the common line of the referenced tract and the said 2.006 acre tract, 136.47 feet to the POINT OF BEGINNING and containing 0.914 acre of land.

## Tract 11:

**Fieldnote Description For 0.754 Acre, J.T. Williams Survey, Abstract No 671, Angelina County, Texas.**

BEING that certain tract or parcel of land situated in the J.T. WILLIAMS SURVEY, ABSTRACT NO. 671, ANGELINA COUNTY, TEXAS, and being all of Tract 11 described in a Deed from Champion International Corporation to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and also being all of that called 0.83 acre tract of land described in a Deed from H.A. Mott and wife, Annie Rae Mott, to Kenneth Don McShan and wife, Donna Rae McShan, dated September 29, 1970, recorded in Volume 370 Page 616-A RPRACT, to which reference if hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 3/4-inch iron pipe found at the intersection of the northerly margin of McShan Circle with the easterly margin of Gulf South Pipeline (Formerly United Gas Company Pipeline), for the southeast corner of the referenced tract, same being the southwest corner of that tract of land described in a Deed to M.M. Merritt and wife, Lunda Merritt, dated September 30, 1969, recorded in Volume 361, Page 406, RPRACT;

THENCE N 79°37'48" W, along the northerly margin of said McShan Circle and the south line of the referenced tract, 197.76 feet to a 1/2-inch iron rod found for the southwest corner of the referenced tract, same being the southeast corner of that called 2.006 acre tract of land described as Tract 7 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE N 01°55'46" W, along the common line of the referenced tract and said 2.006 acre tract, 149.36 feet to a 1/2-inch iron pipe found for the northwest corner of the referenced tract, same being the southwest corner of the called 0.914 acre tract of land described in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE S 82°48'56" E, along the north line of the referenced tract, passing a 116.22 feet a 1/2-inch iron rod found and in all 232.45 feet to a 1/2-inch iron rod found in the west line of that tract of land described in a Deed to Mary Delphia Henson dated October 18, 1967, recorded in Volume 340, Page 790, RPRACT, same being the east margin of said Gulf South Pipeline for the northeast corner of the referenced tract, same being the southeast corner of the 0.914 acre tract;

THENCE S 11°16'33" W, along the east line of the referenced tract and the east margin of said Gulf South Pipeline (Formerly United Gas Company Pipeline), in part along said Henson tract, and in part along said Merritt tract, 158.87 feet to the POINT OF BEGINNING and containing 0.754 acre of land.

## Tract 12:

**Fieldnote Description For 0.727 Acre, J.T. Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING that certain tract or parcel of land situated in the J.T. WILLIAMS SURVEY, ABSTRACT NO. 671, ANGELINA COUNTY, TEXAS, and being all of Tract 12 described in a Deed from Champion International Corporation to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and also being all of that called 0.700 acre tract of land described in a Warranty Deed from April Humphries and husband, Steve Humphries, to Jimmy H. Humphries, recorded March 6, 1995, in Volume 1001, Page 429, RPRACT, to which reference is hereby made for any and all purposes, and being particularly described by metes and bounds as follows, to wit:

BEGINNING at a 1/2-inch iron rod found for the southeast corner of the referenced tract, same being the southeast corner of that called 2.04 acre tract of land described in a Deed to C.C. Reynolds, recorded in Volume 313, Page 263, RPRACT, also being the southwest corner of that called 0.5 acre tract of land described in a Deed to Robert L. Hardy and wife, Becky J. Hardy, recorded in Volume 986, Page 275, in the northerly line of a called 3.677 acre tract described as Tract 13 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE N 88°10'29" W, (Basis of Bearings) along the common line of the referenced tract and the 3.677 acre tract same being the south line of said C.C. Reynolds 2.04 acre tract, 147.39 feet to a 1/2-inch iron rod found in the south line of said C.C. Reynolds tract for the southwest corner of the referenced tract, same being in the southeast corner of that called 0.69 acre tract of land described in a Deed to Donald Ray Willis and wife, Vicki Sue Willis, recorded in Volume 847, Page 515, RPRACT, and which bears S 88°10'29" E 258.38 feet from a 1-inch iron pipe found for the southwest corner of said C.C. Reynolds tract;

THENCE N 11°11'02" E, along the common line of the referenced tract and said Willis tract, passing a 2.16 feet a 1-inch iron pipe found, and in all 230.56 feet to a 1/2-inch iron rod found in the south margin of McShan Circle for the northwest corner of the referenced tract, same being the northeast corner of said Willis tract, said point also being in the north line of said 2.04 acre C.C. Reynolds tract;

THENCE S 78°23'09" E, along the southerly margin of said McShan Circle and the north line of the referenced tract, same being the north line of said C.C. Reynolds tract, 145.43 feet to a 1/2-inch iron rod found for the northeast corner of the referenced tract, same being the northeast corner of said C.C. Reynolds tract, said point also being the northwest corner of the aforesaid 0.5 acre Hardy tract;

THENCE S 11°11'02" W 205.50 feet to the POINT OF BEGINNING and containing 0.727 acre of land.

## Tract 13:

**Fieldnote Description For 3.677 Acre, J.T. Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING that certain tract or parcel of land situated in the J.T. WILLIAMS SURVEY, ABSTRACT NO. 671, ANGELINA COUNTY, TEXAS, and being all of Tract 13 described in a Deed from Champion International Corporation to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and also being all of that called 3.217 acre tract of land described in a Warranty Deed from Homer Kent Singletary and wife, Cynde Singletary, to J.T. Runnels dated August 26, 1992, recorded in Volume 886, Page 668, of The RPRACT, and also being all of that called 0.50 acre tract of land described in a Warranty Deed from Charles Benton Steptoe and wife, Inez Steptoe, to Jase T. Runnels dated January 12, 1984, recorded in Volume 554, Page 599, RPRACT, to which references are hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 1/2-inch iron rod set in the southerly margin of McShan Circle for the northwest corner of the referenced 3.217 acre tract, same being the northeast corner of that called 0.203 acre tract of land described as Tract 16 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT, said point bears N 76°37'39" E 159.15 feet from an iron pipe found in asphalt for the intersection of the south margin of said public road with the east margin of County Road 122, Twin Oaks Road (also known as John Kolb Road);

THENCE Easterly, along the north line of the referenced 3.217 acre tract and the south margin of said McShan Circle, the following two calls:

N 74°57'02" E 73.88 feet to a 1/2-inch iron pipe found for angle point, and

S 88°28'09" E 120.04 feet to a 1/2-inch iron rod found for the north most northeast corner of the referenced tract, same being the northwest corner of that called 0.65 acre tract of land described in a Deed for Jimmy L. Dixon to Jimmy L. Dixon and Thomas W. Denton dated April 16, 1984, recorded in Volume 558, Page 563, RPRACT;

THENCE S 11°11'02" W, along the common line of the referenced 3.217 acre tract and said Dixon tract, 210.00 feet to a 1-inch iron pipe found for the southwest corner of said Dixon tract, and from which a 1/2-inch iron pipe found bears N 03°48'53" W 6.58 feet;

THENCE S 88°10'29" E, (Basis of Bearings) along the east most north line of the referenced 3.217 acre tract and the south line of said Dixon tract, passing at 128.57 feet the southeast corner of said Dixon tract, same being the southwest corner of that called 0.69 acre tract of land described in a Deed from Carroll D. Hull and wife, Ilene C. Hull, to Donald Ray Willis and wife, Vicki Sue Willis, dated September 4, 1991, recorded in Volume 847, Page 515, RPRACT, and from which a 1-inch iron pipe found bears N 11°11'02" E 4.13 feet, passing 258.38 feet the southeast corner of said Willis tract, same being the southwest corner of that called 0.727 acre tract of land described as Tract 12 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT, and from which a 1-inch iron pipe found bears N 11°11'02" E 2.16 feet, and in all 405.77 feet to a 1/2-inch iron rod found for the east most northeast corner of the referenced 3.217 acre tract and the northwest corner of the referenced 0.50 acre tract, same being the southeast corner of said 0.727 tract and the southwest corner of that called 0.50 acre tract of land described in a Deed from Wilburn J. Sims and wife, Marjorie J. Sims, to Robert L. Hardy and wife, Becky J. Hardy, dated October 12, 1994, recorded in Volume 986, Page 275, RPRACT, said point also being the easterly margin of a Gulf South Pipeline (Formerly United Gas Company Pipeline) easement;

THENCE S 73°04'17" E, along the north line of the referenced 0.50 acre tract and the south line of said hardy tract, passing at 135.50 feet the southeast corner of said Hardy Tract, same being the southwest corner of that called 0.522 acre tract of land of described as Tract 14 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT, and in all 266.78 feet (called 268.00 feet) to a 1/2-inch iron pipe found in the west margin of Floyd Drive for the northeast corner of the referenced 0.50 acre tract, same being the southeast corner of said 0.522 acre tract;

THENCE S 02°34'05" W, along the west margin of said Floyd Drive and the east line of the referenced 0.50 acre tract, 81.53 feet (called 77.59 feet) to a 1/2-inch iron pipe found for the southeast corner of the referenced 0.50 acre tract, same being the northeast corner of that called 0.87 acre tract of land described in a Deed from Sundie D. Purcell to Susan Kate Alanis and Melissa Lynn Alanis, dated March 21, 2007 and recorded as Document No. 226971 of the Official Records of Angelina County, Texas (ORACT);

THENCE N 73°08'12" W, along the common line of the referenced 0.50 acre tract and said Alanis tract, 295.74 feet (called 298.10 feet) to a 1/2-inch iron pipe found in the east line of the referenced 3.217 acre tract for the southwest corner of the referenced 0.50 acre tract, same being the northwest corner of said Purcell tract, and from which a 1-inch pipe found bears S 43°23' W 8.53 feet and a 1/2-inch iron rod found bears N 72°26'10" W 9.26 feet;

THENCE S 16°23'35" W, along the common line of the referenced 3.217 acre tract and in part with the said 0.87 acre tract, passing at 122.88 feet a 1-inch iron pipe found for the southwest corner of said 0.87 tract, same being the northwest corner of that called 1.20 acre tract of land described in a Deed to WM Specialty Mortgage LLC, dated February 5, 2008 and recorded as Document No. 240056 ORACT, and in all 270.86 feet to a 1-inch iron pipe found for the south most

southeast corner of the referenced 3.217 acre tract, same being the southwest corner of said 1.20 acre tract and the northwest corner of that called 1.356 acre tract of land described as Tract 18 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the RPRACT and also being the northeast corner of that called 1 acre tract of land described in a Deed from Jo Love to Angel Acevedo dated May 1, 2006 and recorded as Document No. 212743, said point being the west line of the Gulf South Pipeline (Formerly United Gas Company Pipeline) easement;

THENCE S 67°44'23" W, along the common line of the referenced 3.217 acre tract and said 1.0 acre tract, 164.66 feet to a 1-inch iron pipe found for the south most southwest corner of the referenced 3.217 acre tract, same being the southeast corner of that called 1.973 acre tract of land described as Tract 17 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE N 22°28'08" W, along the common line of the referenced 3.217 acre tract and said 1.973 acre tract, passing at 208.43 feet an iron stake found, and in all 416.58 feet to a 3/4-inch iron pipe found for the northeast corner of said 1.973 acre tract;

THENCE S 67°41'19" W, along the common line of the referenced 3.217 acre tract and said 1.973 tract, 68.02 feet to a 1/2-inch iron pipe found for the west most southwest corner of the referenced 3.217 acre tract, same being the southeast corner of a 0.327 acre (called 0.275 acre) tract of land described as Tract 15 in a Deed from Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE N 18°42'30" W, along the north most west line of the referenced 3.217 acre tract and the east line of said 0.327 acre tract, passing at 80.00 feet a 1/2-inch iron rod found for the northeast corner of said 0.327 acre tract, same being the southeast corner of the residue of a called 0.42 acre tract of land described in a Deed from Walter Mortgage Servicing, Inc. to Hosea Martinez dated March 9, 2006 and recorded as Document No. 211200 ORACT, and from which a 1/2-inch iron pipe found bears S 28°52'21" W 1.55 feet, and a 1-inch iron pipe found bears N 25°42'31" W 4.71 feet, passing at 188.74 feet a 1/2-inch iron rod found for the northeast corner of said 0.42 acre tract, same being the southeast corner of the aforesaid 0.203 acre tract, and from which an axle found bears N 32°16'34" E 0.48 feet, and in all 252.74 feet to the POINT OF BEGINNING and containing 3.677 acres of land.

## Tract 14:

**Fieldnote Description For 0.522 Acre, J.T.Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING all of that certain tract of parcel of land situated in the J.T. WILLIAMS SURVEY, A-671, ANGELINA COUNTY, TEXAS, and being all of Tract 14 described in a Deed from Champion International Inc. to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and also being all of that called 0.5 acre tract of land described in a Warranty Deed from Royce W. Dubose and wife, Sheila Dubose, to Nelda E. Collins, et al dated September 5, 1979, recorded in Volume 495, Page 377, RPRACT, to which reference is hereby

made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 1/2-inch iron rod set at the intersection of the south margin of McShan Circle and the west margin of Floyd Drive for the northeast corner of the referenced tract;

THENCE S 03°25'04" E, along the west margin of Floyd Drive, 199.65 feet to a 1-inch iron pipe found for the southeast corner of the referenced tract, same being the most easterly northeast corner of that called 3.677 acre tract of land described as Tract 13 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE N 73°04'17" W, (Basis of Bearings) along the common line of the referenced tract and said 3.677 acre tract, 131.28 feet to a 1-inch iron pipe found for the southwest corner of the referenced tract, same being the southeast corner of that called 0.50 acre tract of land described in a Deed from Wilburn J. Sims and wife, Marjorie J. Sims, to Robert L. Hardy and wife, Becky J. Hardy, dated October 12, 1994, recorded in Volume 986, Page 275, RPRACT;

THENCE N 03°24'14" E, along the common line of the referenced tract and said Hardy tract, 201.42 feet to a 1/2-inch iron rod found in the south margin of McShan Circle for the northwest corner of the referenced tract, same being the northeast corner of said Hardy tract;

THENCE S 68°32'22" E, along the south margin of McShan Circle, 109.31 feet to the POINT OF BEGINNING and containing 0.522 acre of land.

### Tract 15:

**Fieldnote Description For 0.327 Acre, J.T.Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING all of that certain tract of parcel of land situated in the J.T. WILLIAMS SURVEY, A-671, ANGELINA COUNTY, TEXAS, and being all of Tract 15 (called 0.275 acre) described in a Deed from Champion International Inc. to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT), all of that called 0.33 acre tract of land described in a Deed from United Bilt Homes, Inc. to William H. Calhoun and Penny Calhoun, recorded April 28, 1983, in Volume 543, Page 665, of the RPRACT, to which reference is hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 1/2-inch iron rod found in the easterly margin of County Road 122, Twin Oaks Road, (also known as John Kolb Road), in a branch for the southwest corner of the referenced tract, same being in the northerly line of that called 1.973 acre tract of land described as Tract 17 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680, RPRACT, and from which a 1/2-inch iron rod set for the northwest corner of said 1.973 acre tract this day bears S 65°35'39" W, 3.69 feet;

THENCE N 23°22'21" W, along the easterly margin of County Road 122, Twin Oaks Road, and the westerly line of the referenced tract, 124.00 feet to a 1/2-inch iron rod found for the northwest corner of the referenced tract, same being the southerly line of a called 0.42 acre tract of land described in a Deed to Hosea Martinez recorded as Document No. 211200 of the Official Records of Angelina County, Texas (ORACT);

THENCE N 82°57'30" E, along the north line of the referenced tract, 148.69 feet to a 1/2-inch iron rod found in the north most westerly line of that called 3.677 acre tract of land described as Tract 13 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT, for the northeast corner of the referenced tract, and which bears S 25°42' E 4.7 feet from a 1-inch iron pipe found and N 28°52' E 1.5 feet from a 1/2-inch iron pipe found;

THENCE S 18°42'30" E, along the common line of the referenced tract and said 3.677 acre tract, 80.00 feet to a 1/2-inch iron pipe found in the north line of the aforesaid 1.973 acre tract for the southeast corner of the referenced tract and, same being an "ell" corner of said 3.677 acre tract;

THENCE S 65°35'39" W, (Basis of Bearings) along the common line of the referenced tract and the aforesaid 1.973 acre tract, 136.21 feet to the POINT OF BEGINNING and containing 0.327 acre of land.

### Tract 16:

**Fieldnote Description For 0.203 Acre, J.T.Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING all of that certain tract of parcel of land situated in the J.T. WILLIAMS SURVEY, A-671, ANGELINA COUNTY, TEXAS, and being all of Tract 16 described in a Deed from Champion International Inc. to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT), all of that called 0.20 acre tract of land described in a Deed from United-Bilt Homes, Inc. to Jerry L. Lauderdale and Tine M. Lauderdale, recorded October 29, 1990, in Volume 815, Page 220, RPRACT, to which reference is hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 1/2-inch iron rod pipe found at the intersection of the easterly margin of County Road 122, Twin Oaks Road (also known as John Kolb Road) and the southerly margin of McShan Circle, for the northwest corner of the herein described tract, and from which a 1/2-inch iron pipe found bears S 33°28' E 3.2 feet;

THENCE N 76°37'39" E, along the southerly margin of said McShan Circle, 159.15 feet (Record=158 feet) to a 1/2-inch iron rod set for the northeast corner of the referenced tract, same being the northwest corner of that called 3.677 acre tract of land described as Tract 13 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT;

THENCE S 18°42'30" E, along the common line of the referenced tract and said 3.677 acre tract, 64.00 feet to a 1/2-inch iron rod found for the southeast corner of the referenced tract, same

being the northeast corner of a called 0.42 acre tract of land described in a Deed to Hosea Martinez, recorded as Document No. 211200 of the Official Records of Angelina County, Texas (ORACT), and from which an axle found bears N 32°16'34" E 0.48 feet;

THENCE S 81°55'02" W, (Basis of Bearings) along the south line of the referenced tract, 157.09 feet (Record=154.47 feet) to a 1/2-inch iron rod set for corner of the easterly margin of Twin Oaks Road, same being the northwest corner of said 0.42 acre tract and from which an axle found bears S 24°32' E 4.1 feet;

THENCE N 23°22'21" W, along the easterly margin of County Road 122 and west line of the referenced tract, 50.00 feet to the POINT OF BEGINNING and containing 0.203 acre of land.

**Tract 17:**

**Fieldnote Description For 1.973 Acre, J.T.Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING all of that certain tract of parcel of land situated in the J.T. WILLIAMS SURVEY, A-671, ANGELINA COUNTY, TEXAS, and being all of Tract 17 described in a Deed from Champion International Inc. to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT), all of that called 2 acre tract of land described in a Warranty Deed from James V. Hogue and wife, Rayla K. Hogue, to Bob D. Vandagriff and wife, Betty L. Vandagriff, dated August 13, 1983, recorded in Volume 549, Page 277, RPRACT, to which reference is hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at an 8-inch fence corner post in the east margin of County Road 122, Twin Oaks Road (also known as John Kolb Road), for the southwest corner of the referenced tract, same being the northwest corner of a called 1 acre tract of land described in a Deed to Angel Acevedo, recorded as Document No. 212743 of the Official Records of Angelina County, Texas (ORACT);

THENCE N 22°37'24" W, along the west line of the referenced tract and the east margin of Twin Oaks Road, 411.29 feet (Record=417.40 feet) to a 1/2-inch iron rod set for the northwest corner of the referenced tract;

THENCE N 65°35'39" E passing at 3.69 feet a 1/2-inch iron rod found for the southwest corner of that called 0.275 (actually containing 0.327 acre) tract of land described as Tract 15 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT, continuing along the common line of the referenced tract and said 0.275 (0.327) acre tract in all 139.89 feet to a 1/2-inch iron pipe found for the southeast corner of said 0.275 (0.327) acre tract, same being an "ell" corner of that called 3.677 acre tract of land described as Tract 13 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680, RPRACT;

THENCE N 67°41'19" E, along the common line of the referenced tract and said 3.677 acre tract, 68.02 feet to a 3/4-inch pipe found for the northeast corner of the referenced tract;

THENCE S 22°28'08" E, (Basis of Bearings) along the common line of the referenced tract and said 3.677 acre tract, 416.58 feet to a 1-inch iron pipe found in the north line of said Acevedo 1 acre tract for the southeast corner of the referenced tract, same being the southwest corner of said 3.677 acre tract;

THENCE S 67°44'23" W, along the common line of the referenced tract and said Thomas tract, 206.72 feet to the POINT OF BEGINNING and containing 1.973 acre of land.

## Tract 18:

**Fieldnote Description For 1.356 Acre, J.T.Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING all of that certain tract of parcel of land situated in the J.T. WILLIAMS SURVEY, A-671, ANGELINA COUNTY, TEXAS, and being all of Tract 18 described in a Deed from Champion International Inc. to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT), all of that called 1.3 acre tract of land described in a Warranty Deed from James L. Jones and wife, Willie Mae Jones, to Glenda Faye Webster dated October 6, 1978, recorded in Volume 480, Page 700, RPRACT, to which reference is hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 1-inch iron pipe found for the northwest corner of the referenced tract, same being the northeast corner of that called 1.0 acre tract of land described in a Deed from Angel Acevedo dated May 1, 2006 and recorded as Document No. 212743, and the southeast corner of that called 3.677 acre tract of land described as Tract 13 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT, and also being the southwest corner of that called 1.20 acre tract of land described in a Deed to WM Specialty Mortgage LLC dated February 5, 2008;

THENCE S 76°15'39" E, along the common line of the referenced tract and said 1.20 acre tract, 382.82 feet (called 403.77 feet) to a 1-1/2-inch iron pipe found in the west margin of Floyd Drive for the northeast corner of the referenced tract, same being the southeast corner of said 1.20 acre tract;

THENCE S 02°41'45" E, along the west margin of Floyd Drive, 150.52 feet to a 1-inch iron pipe found for the southeast corner of the referenced tract, same being the northeast corner of that called 1.58 acre tract, of land described in a Deed to the County of Angelina dated November 26, 1969, recorded in Volume 363, Page 181, RPRACT;

THENCE N 76°59'18" W, (Basis of Bearings) along the common line of the referenced tract and said Angelina County tract, 419.91 feet (called 435 feet) to a 1/2-inch iron rod found in the east line of the aforesaid Acevedo 1 acre tract for the southwest corner of the referenced tract, same being the northwest corner of said Angelina County tract, from which a 1-inch iron pipe found bears S 76°59'18" E 1.00 feet and a railroad tie fence corner post bears S 11°37'24" W 8.9 feet;

THENCE N 11°37'24" E 149.81 feet to the POINT OF BEGINNING and containing 1.356 acres of land.

**Tract 19:**

**Fieldnote Description For 0.576 Acre, J.T. Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING all of that certain tract of parcel of land situated in the J.T. WILLIAMS SURVEY, A-671, ANGELINA COUNTY, TEXAS, and being all of Tract 19 described in a Deed from Champion International Inc. to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT), that tract of land known as "Tract No. 9" of a survey by E.C. Dominey, dated October 1, 1969, described in a Deed from C.C. Reynolds and wife, Lenora Reynolds, to James T. McShan and wife, Loreta McShan, dated February 10, 1971, and recorded in Volume 374, Page 50, RPRACT, to which reference is hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 3/4-inch galvanized iron pipe found in the east margin of Floyd Drive of the northwest corner of the referenced tract, same being the southwest corner of that tract of land described as "Tract One" in a Deed to James A. Bailey, Jr., dated June 15, 2007, recorded as Document No. 248578;

THENCE S 74°02'53" E, along the common line of the referenced tract and said Bailey Tract One, 168.65 feet to 1/2-inch iron rod set for the northeast corner of the referenced tract and the southeast corner of said Bailey Tract One, same being the northwest corner of that called 0.499 acre tract of land described in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT, and the southwest corner of that tract of land described as "Tract No. 2" in a Deed to John Anthony and Mozelle Anthony dated July 27, 1973, recorded in Volume 404, Page 297, RPRACT,

THENCE S 02°16'20" E, along the common line of the referenced tract and said 0.499 acre tract, 157.04 feet to a 1-inch galvanized iron pipe found for the southeast corner of the referenced tract, same being the southwest corner of said 0.499 acre tract, and also being the northeast corner of that called 0.80 acre tract of land described in a Deed to Esiquio Gonzalez, et ux, dated May 19, 2008 and recorded in Document No. 243759 of the Official Records of Angelina County, Texas (ORACT), and the northwest corner of that tract of land described in a Deed to Mae E. Massey dated August 27, 1987, recorded in Volume 697, Page 272, RPRACT, of which said point bears N 78°35'23" W 0.16 feet from a 5/8-inch iron rod found;

THENCE N 74°09'50" W, (Basis of Bearings) along the common line of the referenced tract and said 0.80 acre tract, 167.82 feet to a 1-1/4-inch galvanized iron pipe found in the east margin of Floyd Drive for the southwest corner of the referenced tract, same being the northwest corner of said 0.80 acre tract, and which bears N 29°59'23" W 0.58 feet from a 5/8-inch iron rod found;

THENCE N 02°31'23" W, along the west line of the referenced tract and the east margin of said Floyd Drive, 157.62 feet to the POINT OF BEGINNING and containing 0.576 acre of land.

**Tract 20:**

**Fieldnote Description For 0.963 Acre, J.T.Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING all of that certain tract of parcel of land situated in the J.T. WILLIAMS SURVEY, A-671, ANGELINA COUNTY, TEXAS, and being all of Tract 20 described in a Deed from Champion International Corporation to Donohue Industries Inc. (Abitibi Consolidated Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) and also being all of that called 0.96 acre tract of land described in a Deed from Joseph H. Calhoun and wife, Betty Calhoun, to Huey M. Cooper and wife, Angela Cooper, dated November 2, 1984, recorded in Volume 568, Page 406, RPRACT, to which reference is hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 3/4-inch iron pipe found in the south margin of Floyd Drive for the northeast corner of the referenced tract, same being the northwest corner of that called 1 acre tract of land described in a Warranty Deed from Tommy Gene Fitzgerald and wife, Linda Delores Fitzgerald, to Ben Aubrey Reeves and wife, Weta Reeves, dated April 5, 1977, recorded in Volume 454, Page 344, RPRACT;

THENCE S 02°23'05" E, along the common line of the referenced tract and said Reeves tract, passing at 304.19 feet a 1/2-inch iron pipe found, and in all 308.15 feet to a 1/2-inch iron rod found in the north right-of-way (ROW) line of the A&NR Railroad (100-ft ROW) for the southeast corner of the referenced tract, same being the southwest corner of said Reeves tract;

THENCE N 75°15'36" W, along the south line of the referenced tract and the north ROW line of the A&NR Railroad, 154.91 feet to a 1/2-inch iron rod found for the southwest corner of the referenced tract, same being the southeast corner of that called 1.453 acre tract of land described in a Deed from Charles Edward Carter and wife, Linda Carter, to Gary H. Milam and wife, Anita M. Milam, dated May 1, 1984, recorded in Volume 559, Page 384, RPRACT;

THENCE N 02°22'24" W, (Basis of Bearings) along the common line of the referenced tract and said Milam tract, passing a 1.15 feet a 1/2-inch iron rod found, passing at 253.29 feet the northeast corner of said Milam tract, and in all 258.82 feet to a 3/4-inch iron pipe found in the south margin of said Floyd Drive for the northwest corner of the referenced tract;

THENCE N 86°10'33" E, along the north line of the referenced tract, 148.04 feet to the POITN OF BEGINNING and containing 0.963 acre of land.

**Tract 21:**

**Fieldnote Description To 0.499 Acre, J.T. Williams Survey, Abstract No. 671, Angelina County, Texas.**

BEING that certain tract or parcel of land situated in the HOUSTON JACOBS SURVEY, A-387, ANGELINA COUNTY, TEXAS, and being all of Tract 21 described in a Deed from Champion International Corporation to Donohue Industries Inc. (Abitibi Consolidated

Corporation) dated June 1, 1998 and recorded in Volume 1155, Page 680 of the Real Property Records of Angelina County, Texas (RPRACT) known as "Tract No. 10" in a survey by E.C. Dominey, dated October 1, 1969, described in a Deed from Jimmy Dale Graham to James T. McShan and wife, Loreta McShan, dated March 30, 1976, and recorded in Volume 437, Page 312, RPRACT, to which reference is hereby made for any and all purposes, and being more particularly described by metes and bounds as follows, to wit:

BEGINNING at a 1-inch iron pipe found (pinched) in the west margin of Anthony Drive for the southeast corner of the referenced tract, same being the northeast corner of that tract of land described in a Deed to Mae E. Massey dated August 27, 1987, recorded in Volume 697, Page 272, RPRACT;

THENCE N 74°17'23" W, (Basis of Bearings) along the common line of the referenced tract and said Massey tract, 126.84 feet (Record = 128 feet) to a 1-inch galvanized iron pipe found for the southwest corner of the referenced tract and the northwest corner of said Massey tract, same being the northeast corner of a called 0.80 acre tract described in a Deed to Esiquio Gonzalez, et ux, dated May 19, 2008 and recorded as Document No. 243759 of the Official Records of Angelina County (ORACT), also being the southeast corner of a 0.576 acre tract described as Tract 19 in a Deed to Donohue Industries Inc. (Abitibi Consolidated Corporation) recorded in Volume 1155, Page 680 RPRACT and which bears N 78°35'23" W 0.16 feet from a 5/8-inch iron rod found;

THENCE N 02°16'20" W, along the common line of the referenced tract and said 0.576 acre tract, 157.04 feet to a 1/2-inch iron rod set in the northwest corner of the referenced tract and the northeast corner of said 0.576 acre tract, and the southeast corner of that called 0.74 acre tract of land described as "Tract One" in a Deed to James A. Bailey, Jr, dated June 15, 2007 and recorded as Document No. 248578 OPRACT, same being the southwest corner of that tract of land described as "Tract No. 2" in a Deed to John Anthony and Mozelle Anthony dated July 27, 1973, recorded in Volume 404, Page 297, RPRACT;

THENCE S 74°17'23" E, along the common line of the referenced tract and said Anthony Tract No. 2, 164.22 feet (Record = 169 feet) to a 1/2-inch iron rod set in the west margin of Anthony Drive for the northeast corner of the referenced tract, same being the southeast corner of said Anthony tract;

THENCE S 11°27'42" W, along the east line of the referenced tract and the west margin of said Anthony Drive, 149.78 feet to the POINT OF BEGINNING and containing 0.499 acre of land.

**Exhibit B**

**Insurance Policy Coverage**

The Insurance Policy will cover among other things:

     (j)    Known pollutants, limited to bodily injury claims.

     (k)    Unknown pollutants.

     (l)    Onsite clean-up of pre-existing conditions, that at the time of Closing are not already being addressed by the Seller and the Texas Commission on Environmental Quality.

     (m)    Third-party claims for onsite bodily injury and property damage.

     (n)    Third-party claims for offsite clean-up resulting from pre-existing conditions.

     (o)    Third-party claims for offsite bodily injury and property damage.

     (p)    Third-party claims for onsite bodily injury and property damage or clean-up costs for non-owned locations.

     (q)    Third-party claims for offsite bodily injury and property damage or clean-up costs for non-owned locations.

The Insurance Policy will cover all environmental issues associated with the Property, including but not limited to:

     (a)    All process flows, chemicals, products, co-products and intermediate products, except for known constituents that at the time of Closing are already the subject of remediation conducted by the Seller and overseen by the Texas Commission on Environmental Quality.

     (b)    Soil and groundwater impacts due to leaks or spills.

     (c)    All process lines, sumps, drains, sewers, pumps and tanks.

     (d)    Maintenance materials, solvents, lubricants, degreasers, and the like, except for known constituents that at the time of Closing are already the subject of remediation conducted by the Seller and overseen by the Texas Commission on Environmental Quality.

     (e)    Migration of historical onsite landfills containing waste material, scrap, etc.

     (f)    Onsite fuel use, storage and handling.

(g)     Boiler and cooling tower operation.

(h)     Offsite impact due to particulates, dioxins, etc.

(i)     Asbestos in buildings, limited to bodily injury claims and remediation in
        soil and groundwater.

# Exhibit C

## Excluded Property

### Description of Kurth Lake Reservoir Property

TRACT ONE (Also being known as Tract 23, Tract 27 (Water Well Site "D"), Tract 28 (Care Taker House-Site "E") and Tract 29 (Club House-Site "F") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas said Tract One also includes that certain 724 acre tract referenced in Volume 1186, Page 601, Official Public Records, Angelina County, Texas.): 1674.512 acres, more or less, part of the V. Michelli Survey, Abstract No. 29, being situated in Angelina County, Texas.

TRACT TWO: INTENTIONALLY OMITTED

TRACT THREE (Also known as Tract 24 (Water Well Site "A") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 5.00 acres, more or less, part of the V. Michelli Survey, Abstract No. 29, being situated in Angelina County, Texas.

TRACT FOUR (Also known as Tract 25 (Water Well Site "B") referenced in Volume 1155 Page 600, Official Public Records, Angelina County, Texas.): 5.00 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT FIVE (Also known as Tract 26 (Water Well Site "C") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 5.00 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas

TRACT SIX: INTENTIONALLY OMITTED

TRACT SEVEN: INTENTIONALLY OMITTED

TRACT EIGHT: INTENTIONALLY OMITTED

TRACT NINE (Also known as Tract 30 (Water Well Site "N") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 5.00 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT TEN (Also known as Tract 31 (Tract No. "O") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 5.00 acres, more or less, part of the William Frisby Survey A-209, being situated in Nacogdoches County, Texas.

TRACT ELEVEN (Also known as Tract 32 (Tract No. "Q") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 5.00 acres, more or less, part of the Genio Ramirez Survey A-458, being situated in Nacogdoches County, Texas.

TRACT TWELVE (Also known as Tract 33 (Tract "S") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 5.00 acres, more or less, part of the William T. Martin Survey A-801, being situated in Nacogdoches County, Texas.

TRACT THIRTEEN (Also known as Tract 34 (Tract No. "U") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 5.00 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT FOURTEEN (Also known as Tract 35 (Tract "X") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 5.00 acres, more or less, part of the James H. Sparks A-552, being situated in Angeli na County, Texas.

TRACT FIFTEEN (Also known as Tract 36 (Water Well Site No. "AA") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 5.00 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT SIXTEEN (Also known as Tract 37 (Water Well Site "AB") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 5.00 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT SEVENTEEN (Also known as Tract 38 referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 1.00 acre, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT EIGHTEEN (Also known as Tract 39 referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 0.996 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT NINETEEN (Also known as Tract 40 and Tract 40A referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 3.064 acres, more or less, part of the V. Michelli Survey A-29, being situated in. Angelina County, Texas.

TRACT TWENTY: INTENTIONALLY OMITTED

TRACT TWENTY ONE (Also known as Tract 42-A (Lift Station Tract-Site "AC") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.): 4.985 acre, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT TWENTY TWO (Also known as Tract 43 (Easement "G") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 12.2 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT TWENTY THREE (Also known as Tract 44 (Easement "H") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 10.1 acres, more or less, part of the V. Michelli survey A-29, being situated in Angelina County, Texas.

TRACT TWENTY FOUR (Also known as Tract 45 (Easement "I") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 8.7 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT TWENTY FIVE (Also known as Tract 46 (Easement "J") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 1.47 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT TWENTY SIX (Also known as Tract 47 (Easement "K") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 4.3 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT TWENTY SEVEN (Also known as Tract 48 (Easement "L") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 18.59 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT TWENTY EIGHT (Also known as Tract 49 (Easement "M") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 0.9 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT TWENTY NINE (Also known as Tract 50 (Easement "P") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 3.47 acre, more or less, part of the William Frisby Survey A-209, being situated in Nacogdoches County, Texas.

TRACT THIRTY (Also known as Tract 51 (Easement "R") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 1.68 acre, more or less, part of the Genio Ramirez Survey A-458, being situated in Nacogdoches County, Texas.

TRACT THIRTY ONE (Also known as Tract 52 (Easement "T") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 0.54 acre, more or less, part of the William T. Martin A-801, being situated in Nacogdoches County, Texas.

TRACT THIRTY TWO (Also known as Tract 53 (Easement "V") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 7.55 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT THIRTY THREE (Also known as Tract 54 (Easement "W") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 3.70 acres, more or less, part of the V. Michelli Survey A-29, being situated in Angelina County, Texas.

TRACT THIRTY FOUR (Also known as Tract 55 (Easement "Y") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 9.82

acres, more or less, part of the V. Michelli Survey A-29 and part of the James H. Sparks Survey A-552, being situated in Angelina County, Texas.

TRACT THIRTY FIVE (Also known as Tract 56 (Easement "Z") referenced in Volume 1155, Page 600, Official Public Records, Angelina County, Texas.) (EASEMENT ESTATE): 12.18 acres, more or less, part of the V. Michelli Survey A-29 and part of the James H. Sparks Survey A-552, being situated in Angelina County, Texas.

TRACT THIRTY SIX: 4.216 acres, more or less, part of the Lewis Holloway Survey, Abstract No. 310, being situated in Angelina County, Texas.

TRACT THIRTY SEVEN (EASEMENT ESTATE): Being a Thirty (30) Foot Access and Utility Easement, part of the Lewis Holloway Survey, Abstract No. 310, being situated in Angelina County, Texas.

TRACT THIRTY EIGHT (EASEMENT ESTATE): Being a Twenty (20) Foot Electric Easement, part of the Lewis Holloway Survey, Abstract No. 310, being situated in Angelina County, Texas.

TRACT THIRTY NINE (EASEMENT ESTATE): 0.590 acres, more or less, part of the Lewis Holloway Survey, Abstract No. 310, being situated in Angelina County, Texas.

TRACT FORTY (EASEMENT ESTATE): Being a Seventy Five (75) Foot Utility Easement, part of the Lewis Holloway Survey, Abstract No. 310, being situated in Angelina County, Texas.

TRACT FORTY ONE (EASEMENT ESTATE): Being a Thirty (30) Foot Sewer Easement, part of the Lewis Holloway Survey, Abstract No. 310, being situated in Angelina County, Texas.

TRACT FORTY TWO (EASEMENT ESTATE): Being a Twenty (20) Foot Electric Easement, part of the Lewis Holloway Survey, Abstract No. 310, being situated in Angelina County, Texas.

Easement Rights created by that certain Assignment and Assumption of Utility Easements dated March ____, 2009 by and between Abitibi-Consolidated Corporation and City of Lufkin, Texas, filed for record on March ____, 2009 in the Official Public Records, Angelina County, Texas.

## Exhibit D

## List of Existing Surveys

1.    **Mill Property Survey Plat:** Boundary Survey of 872.022 Total Acres situated in the Houston Jacobs Survey, A-387, Miguel Torres Survey, A-607, Lewis Holloway Survey, A-310, J.H. Ridgeway Survey, A-531, Nathan Briscsoe Survey, A-98 & John Evans Survey, A-221, Angelina County, Texas. March 6, 2009, Gary Brown, RPLS 4654, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901.

2.    **Tract 2 Plat Survey:** Boundary Survey 0.295 Acre Situated in the Houston Jacobs Survey, A-387, Angelina County, Texas. February 10, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901.

3.    **Tract 3 Plat Survey:** Boundary Survey 0.180 Acre Situated in the Houston Jacobs Survey, A-387, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901.

4.    **Tract 4 Plat Survey:** Boundary Survey 0.583 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901.

5.    **Tract 5 Plat Survey:** Boundary Survey 0.180 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901.

6.    **Tract 6 Plat Survey:** Boundary Survey 0.227 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901.

7.    **Tract 7 Plat Survey:** Boundary Survey 2.006 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901.

8.    **Tract 8 Plat Survey:** Boundary Survey 0.501 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 10, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901.

9.    **Tract 9 Plat Survey:** Boundary Survey 0.664 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901.

10.    **Tract 10 Plat Survey:** Boundary Survey 0.914 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901.

11.     **Tract 11 Plat Survey:** Boundary Survey 0.754 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901.

12.     **Tract 12 Plat Survey:** Boundary Survey 0.727 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 10, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901

13.     **Tract 13 Plat Survey:** Boundary Survey 3.677 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901

14.     **Tract 14 Plat Survey:** Boundary Survey 0.522 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 10, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901

15.     **Tract 15 Plat Survey:** Boundary Survey 0.327 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901

16.     **Tract 16 Plat Survey:** Boundary Survey 0.203 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901

17.     **Tract 17 Plat Survey:** Boundary Survey 1.973 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901

18.     **Tract 18 Plat Survey:** Boundary Survey 1.356 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901

19.     **Tract 19 Plat Survey:** Boundary Survey 0.576 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901

20.     **Tract 20 Plat Survey:** Boundary Survey 0.963 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901

21.     **Tract 21 Plat Survey:** Boundary Survey 0.499 Acre Situated in the J.T. Williams Survey, A-671, Angelina County, Texas. February 09, 2009, Morrie L. Apodaca, RPLS 5613, Goodwin-Lasiter, Inc., 1609 S. Chestnut, Suite 202, Lufkin, Texas 75901

## Exhibit E

## Transferred Contracts

| Contract Name | Parties | Effective Date | Cure Amount |
|---|---|---|---|
| MME Midstream Gas Delivery Contract | MME Midstream and Abitibi-Consolidated | 12/9/2005 | $0 |
| Potable Water Supply Agreement | City of Lufkin and Champion International Corporation | 6/1/1997 | $0 |
| Agreement for Meter Electric Delivery Service | TXU Electric Delivery and Abitibi-Consolidated Corporation | N/A | $0 |
| Private Roadway and Crossing Agreement | Angelina & Neches River Railroad and Champion International Corporation | 6/15/1999 | $0 |
| Securitas Security Services | Securitas Security and Abitibi-Consolidated Corp. | N/A | $0 |

## CONTRACTS TO BE REJECTED – NOT TRANSFERRED

| Contract Name | Parties | Effective Date |
|---|---|---|
| Consolidated Communications contract for telephone and internet service | Consolidated Communications & Abitibi-Consolidated Corp. | N/A |
| Nextel Contract for cell phone for Securitas Security Services | Nextel and Abitibi-Consolidated Corp. | N/A |
| Arch Wireless Contract for two pagers | Arch Wireless and Abitibi-Consolidated Corp. | N/A |
| Railroad Car Maintenance Agreement | Angelina & Neches River Railroad and Champion International Corporation | 4/22/1992 |
| Electric Energy Sales Agreement | Reliant Energy Solutions LLC and Abitibi-Consolidated Corp. | 12/23/2004; 5/22/2008 |
| Contract for Sale and Purchase of Natural Gas | Cleco Energy LLC and Abitibi-Consolidated | 3/13/2003 |
| Track Use Agreements | Angelina & Neches River Railroad and Champion International Corporation | 11/16/1979; 1/1/1998 |
| Nalcom Communications Agreement for radio tower use | Nalcom Communications and Abitibi-Consolidated Corporation | N/A |

## Exhibit F

## List of AbitibiBowater's Current Range of Products

**AbitibiBowater Pulp and Paper Grades**

Market pulp grades :
Northern Bleached Softwood Kraft  (NBSK)
Southern Bleached Softwood Kraft  (SBSK)
Northern Bleached Hardwood Kraft  (NBHK)
Southern Bleached Hardwood Kraft  (SBHK)

Paper grades :
Newsprint
Uncoated mechanical printing papers (SCA, SCB, SNC, High-Bright, Super-Bright, Book, Directory, plus various other UM grades)
Coated mechanical printing papers (CM#3, CM#4, CM#5)

**Exhibit G**

**Form of Sale Order**

# Exhibit H

## List of Permits and Licenses

**Permits**

1.    Title V Operating Permit, # O - 01622

2.    Permit for Precursor Chemicals and/or Laboratory Apparatus, # 1274]

3.    Emission Sources - Maximum Allowable Emission Rates Permits 88068 and PSD-TX-437

4.    Standard Permit No. 41396 for Air Contaminants Emissions

5.    Air Quality Permit # 56263

6.    Wastewater Treatment Unit Permit # 56262

7.    Texas Permit to Dispose of Wastes, TPDES Permit # WQ0000368000

**Licenses**

1.    Radio Station License File # 9701D067778

2.    Radioactive Material License # L03870

**Exhibit I**

**DEED WITHOUT WARRANTY**

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | KNOW ALL BY THESE PRESENTS |
| COUNTY OF ANGELINA | § | |

THAT **ABITIBI-CONSOLIDATED CORP.**, a Delaware corporation ("*Grantor*"), for and in consideration of the sum of Ten Dollars and No/100 ($10.00) and other good and valuable consideration paid by _____ ("*Grantee*"), the receipt of which is hereby acknowledged, and pursuant to the Order of the United States Bankruptcy Court for the District of Delaware entered on _____, in Case No. _____ styled *In re: ABITIBIBOWATER Inc., et al,* has granted, sold, and conveyed, and by these presents does grant, sell, and convey unto Grantee, all of Grantor's rights, title and interests in and to the following (collectively, the *"Property"*):

(a) those certain tracts of land in Angelina County, Texas, more particularly described in **Exhibit A** attached hereto and made a part hereof located at Highway 103 East, Lufkin, Texas (the "*Land*");

(b) the fixtures, buildings, structures, and improvements located thereon, excluding, however, any piping located within the boundaries of the Land associated with the property described in **Exhibit B** attached hereto and made a part hereof (the "Kurth Lake Reservoir Property"), all water wells located on the Land; and all process water storage facilities (not including the wastewater treatment and the fire protection system, which are part of the Property), wherever situated (collectively, the "*Improvements*"),

together with all of Grantor's rights, privileges, and interests appertaining to such Land which constitute real property interests that run with the Land, including easements, oil and gas, oil and/or gas drilling rights, oil and/or gas exploration rights, mineral and mining rights, development rights and riparian rights, including the rights reserved by Seller under and in accordance with the terms of that certain Water Addendum Contract attached as Exhibit D to that certain Purchase and Sale Contract (Water Purchase) dated February 27, 2009 by and between Grantor and the City of Lufkin, Texas pursuant to which the City of Lufkin agrees to provide up to five million (5,000,000) gallons per day of water from Kurth Lake for a period of twenty (20) years, with two (2) ten-year renewal options (collectively, the "*Appurtenances*").

This conveyance is made and accepted expressly subject to the encumbrances and other matters described in **Exhibit C** attached hereto and made a part hereof, to the extent that they are validly existing and affect the Property.

TO HAVE AND TO HOLD all of Grantor's rights, titles and interests in and to the Property unto Grantee, its successors and assigns forever, so that neither Grantor nor its successors and assigns shall have, claim or demand any right or title to the Property or any part thereof, without any representation or warranty, expressed or implied, including but not limited to any warranties under common law, and without the warranties in Section 5.023 of the Texas Property Code, as the same may hereafter be amended.

Grantee's address is:

_____

_____

_____

**[The remainder of this page is intentionally left blank.]**

EXECUTED effective as of the ____ day of _____, 20__.

GRANTOR:

**ABITIBI-CONSOLIDATED CORP.,**
a Delaware corporation

By: _____

Name: _____

Title: _____

PROVINCE OF QUEBEC                    §
                                      §
DISTRICT OF MONTREAL                  §

This instrument was acknowledged before me on _____ ____, 20___, by
_____, the _____ of Abitibi-Consolidated Corp.,
a Delaware corporation, on behalf of said corporation.

_____
Commissioner of Oaths

My commission expires _____

**EXHIBIT A to Form of Deed**

**<u>Land Description</u>**

**EXHIBIT B to Form of Deed**

**Kurth Lake Reservoir Property Description**

**EXHIBIT C to Form of Deed**

<u>**Permitted Exceptions**</u>

## Exhibit J

## Form of Bill of Sale

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | KNOW ALL BY THESE PRESENTS: |
| COUNTY OF ANGELINA | § | |

THAT **ABITIBI-CONSOLIDATED CORP.**, a Delaware corporation ("*Seller*"), for and in consideration of the sum of Ten and No/100 Dollars ($10.00) cash and other good and valuable consideration to it paid by _____ ("*Buyer*"), the receipt and sufficiency of which are hereby acknowledged, does hereby sell, assign, transfer and set over to Buyer all of its right, title, and interest, in and to the following (the "*Personal Property*"):

(i)  all personal property owned by Seller located in, on, or about the land in Angelina County as described in **Exhibit A** attached hereto and made a part hereof (the "*Land*") or the fixtures, buildings, structures, and improvements located thereon (collectively, the "*Improvements*"), including but not limited to: machinery, equipment, tanks, rail equipment, power station equipment, water treatment equipment, salvage items, scraps, ferrous metals, non-ferrous metals, material handling equipment, cranes, pumps, compressors, components (including items considered scrap), removable fixtures, janitorial and maintenance supplies, office equipment and furniture, and other tangible personal property located in, on or about the Property on _____, 20___, **excluding** piping associated with the property known as the Kurth Lake Reservoir Property, more particularly described on **Exhibit B** attached hereto and made a part hereof, that is located within the boundaries of the Land; all water wells located on the Land; all process water storage facilities (other than the wastewater treatment and the fire protection system located on the Land), wherever situated; all VOC, NOX and other emissions-related credits associated with the historical operation of the Land and Improvements; and the 50 MW turbine stored on the Land; and

(ii)  the rights reserved by Seller under and in accordance with the terms of that certain Water Addendum Contract attached as Exhibit D to that certain Purchase and Sale Contract (Water Purchase) dated February 27, 2009 by and between Grantor and the City of Lufkin, Texas pursuant to which the City of Lufkin agrees to provide up to five million (5,000,000) gallons per day of water from Kurth Lake for a period of twenty (20) years, with two (2) ten-year renewal options.

This conveyance is made and accepted expressly subject to the encumbrances and other matters described in **Exhibit C** attached hereto and made a part hereof, to the extent that they are validly existing and affect the Personal Property.

TO HAVE AND TO HOLD the Personal Property unto Buyer, its successors and assigns, forever, so that neither Buyer nor its successors and assigns shall have, claim or demand any right or title to the Personal Property or any part thereof, without any representation or

warranty, expressed or implied, including but not limited to any warranties under common law, and without the warranties in Section 5.023 of the Texas Property Code, as the same may hereafter be amended.

IN WITNESS WHEREOF, this Bill of Sale has been executed by Seller the _____ day of _____, 20___, to be effective as of the _____ day of _____, 20___ (the "*Effective Date*").

SELLER:

**ABITIBI-CONSOLIDATED CORP.,**
a Delaware corporation

By: _____

Name: _____

Title: _____

**EXHIBIT A to Bill of Sale**

**Land Description**

**EXHIBIT B to Bill of Sale**

**Kurth Lake Reservoir Property Description**

**EXHIBIT C to Bill of Sale**

**Permitted Exceptions**

# Exhibit K

## Form of Assignment of Transferred Contracts, Permits and Licenses

THIS GENERAL ASSIGNMENT ("Assignment") is made as of this ____ day of _____, 20___, by and between **ABITIBI-CONSOLIDATED CORP.**, a Delaware corporation (*"Assignor"*), and _____ (*"Assignee"*), with respect to the following matters:

## WITNESSETH:

WHEREAS, Assignor and _____, entered into that certain Purchase and Sale Agreement dated as of _____ (*"Agreement"*), respecting the sale of certain *"Property"* (as described and defined in the Agreement).

WHEREAS, the United States Bankruptcy Court for the District of Delaware (*"Bankruptcy Court"*) entered an Order on _____, in Case No. _____ styled *In re: ABITIBIBOWATER Inc., et al.* approving the sale of the Property from Assignor to Assignee.

WHEREAS, under the Agreement, Assignor is obligated to assign any and all of its right, title and interest in and to the listed in **Exhibit A** attached hereto and made a part hereof (the *"Transferred Contracts"*).

WHEREAS, under the Agreement, Assignor is obligated to assign any and all of its right, title and interest and in and to the *"Permits and Licenses,"* as such term is defined in the Agreement and as listed in **Exhibit B** attached hereto and made a part hereof, and expressly excluding any permits associated with water wells on the Property, and Assignee desires to accept such assignment and to assume and perform all of Assignor's covenants and obligations in and under the Permits and Licenses arising and accruing from and after the date hereof.

## AGREEMENT

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby agree as follows.

Effective as of the date first above written (the *"Effective Date"*), Assignor hereby assigns, sells, transfers, sets over and delivers unto Assignee all of Assignor's estate, right, title and interest in and to the Transferred Contracts and, to the extent the same are assignable and subject to any required regulatory consents, the Permits and Licenses (from and after the Effective Date only) and Assignee hereby accepts such assignment, and as of the Effective Date, Assignee hereby assumes any and all of Assignor's obligations or responsibilities under the Transferred Contracts, and the Permits and Licenses arising and accruing from and after the Effective Date.

Assignee shall indemnify and hold the Assignor harmless from any cost, damage, liability or expense, including reasonable attorneys' fees arising out of the Transferred Contracts, and the Permits and Licenses and arising and accruing from and after the Effective Date.

This Assignment shall be binding upon and inure to the benefit of the successors, assignees, personal representatives, heirs and legatees of all the respective parties hereto.

This Assignment shall be governed by, interpreted under, and construed and enforceable in accordance with, the laws of the State of Texas.

This Assignment may be executed in counterparts, each of which shall be deemed an original, but all of which, together, shall constitute one and the same instrument.

**[The remainder of this page is intentionally left blank.]**

IN WITNESS WHEREOF, Assignor and Assignee have caused this Assignment to be executed on the date and year first above written.

*Assignor:*  **ABITIBI-CONSOLIDATED CORP.,**
a Delaware corporation

By: _____

Name: _____

Title: _____


*Assignee:*  _____
_____

By: _____

Name: _____

Title: _____

**Exhibit A to Assignment of Transferred Contracts, Permits and Licenses**

**Transferred Contracts**

**Exhibit B to Assignment of Transferred Contracts, Permits and Licenses**

**List of Permits and Licenses**