IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ABITIBIBOWATER INC., *et al.*,[1] | ) Case No. 09-11296 (KJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Ref. Docket No. 2796 |

**NOTICE OF FILING OF SUPPLEMENTS TO DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on August 2, 2010, AbitibiBowater Inc. and its affiliated debtors and debtors-in-possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors"), filed the *Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 2796] (the "Plan") and the related *Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement") [Docket No. 2797].

**PLEASE TAKE FURTHER NOTICE** that, as referenced in the Plan, attached hereto are the following Plan Supplements:

- Plan Supplement 1 – Assumed Collective Bargaining Agreements

- Plan Supplement 2 – Assumed Insurance Policies and Agreements

- Plan Supplement 3 – List of Merged or Dissolved Debtors

- Plan Supplement 4A – Form of Amended Certificates of Incorporation for Reorganized Debtors

---

[1] The debtors-in-possession in these cases, along with the last four digits of each Debtor's federal or Canadian tax identification number, are: AbitibiBowater Inc. (6415), AbitibiBowater US Holding 1 Corp. (6050), AbitibiBowater US Holding LLC (N/A), AbitibiBowater Canada Inc. (3225), Abitibi-Consolidated Alabama Corporation (4396), Abitibi-Consolidated Corporation (9050), Abitibi-Consolidated Finance LP (4528), Abitibi Consolidated Sales Corporation (7144), Alabama River Newsprint Company (7247), Augusta Woodlands, LLC (0999), Bowater Alabama LLC (7106), Bowater America Inc. (8645), Bowater Canada Finance Corporation (8810), Bowater Canadian Forest Products Inc. (2010), Bowater Canadian Holdings Incorporated (6828), Bowater Canadian Limited (7373), Bowater Finance Company Inc. (1715), Bowater Finance II LLC (7886), Bowater Incorporated (1803), Bowater LaHave Corporation (5722), Bowater Maritimes Inc. (5684), Bowater Newsprint South LLC (1947), Bowater Newsprint South Operations LLC (0186), Bowater Nuway Inc. (8073), Bowater Nuway Mid-States Inc. (8290), Bowater South American Holdings Incorporated (N/A), Bowater Ventures Inc. (8343), Catawba Property Holdings, LLC (N/A), Coosa Pines Golf Club Holdings LLC (8702), Donohue Corp. (9051), Lake Superior Forest Products Inc. (9305) and Tenex Data Inc. (5913). The corporate headquarters of the debtors-in-possession is located at, and the mailing address for each debtor-in-possession is, 1155 Metcalfe Street, Suite 800, Montreal, Quebec H3B 5H2, Canada.

- Plan Supplement 4B – Form of Amended Bylaws for Reorganized Debtors

- Plan Supplement 5A – Post-Effective Date Board of Directors and Officers of Reorganized ABH

- Plan Supplement 5B – Post-Effective Date Board of Directors and Officers of Reorganized Debtors other than Reorganized ABH

- Plan Supplement 9 – Exit Financing Facility Documentation

- Plan Supplement 12 – Restructuring Transactions

- Plan Supplement 13 – Letters of Credit

Dated: Wilmington, Delaware  
September 1, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew L. Magaziner*  
Pauline K. Morgan (No. 3650)  
Sean T. Greecher (No. 4484)  
Andrew L. Magaziner (No. 5426)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

- and -

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP  
Kelley A. Cornish  
Claudia R. Tobler  
1285 Avenue of the Americas  
New York, New York 10019-6064  
Telephone: (212) 373-3000  
Facsimile: (212) 757-3990

*Counsel for the Debtors and Debtors-in-Possession*