Management Compensation and Incentive Plans
to be Continued Post-Effective Date

Plan Supplement 6A-4

<u>Reorganized ABH Short-Term Incentive Plan (2010)</u>



**COMPENSATION FACT SHEET**
# 2010 Short-Term Incentive Plan

| | | |
|---|---|---|
| **Purpose** | | As a means of special recognition for the contribution of employees toward the success of the Company, a 2010 Short-Term Incentive Plan (STIP) has been instituted. It is designed to link a portion of employees' total compensation to the attainment of specific, measurable, and bottom-line oriented key company performance indicators. |
| **Eligibility** | | The employee's role, level of responsibilities, and job grade determine eligibility to the 2010 Short-Term Incentive Plan (STIP). The Plan applies to all non-unionized, regular, employees of the Company in grades 25 and above. There are approximately 550 eligible employees. |
| **Performance Period** | | The 2010 STIP relates to the achievement of performance goals over the period from July 1, 2010 to December 31, 2010. |
| **Bonus Payouts** | | The amount of award a participant is eligible to receive is expressed as a certain percentage of the employee's base salary (after giving effect to the Company-wide salary reduction program) as determined by his or her grade level. The threshold, target and maximum award bonus payouts to participants under the STIP as a percentage of such participant's base salary are as follows: |

|  | Treshold | Target | Maximum |
|---|---|---|---|
| **CEO and Direct Reports (Grades 43-46)** | 25% | 50% | 75% |
| **Grades 40-42** | 15% | 30% | 45% |
| **Grades 29-32** | 12.5% | 25% | 37.5% |
| **Grades 26-28** | 8.75% | 17.5% | 26.25% |
| **Grades 25** | 5% | 10% | 15% |

The Human Resources and Compensation/Nominating and Governance Committee of the Board of Directors of the Company (the "Committee") will approve all awards before payments are made. Award payments will be made in cash no later than March 15, 2011.

**Performance Metric**

Payout potential for the 2010 STIP is based on Operating Profit (EBITDA) results, for the last six months of 2010 compared with the EBITDA forecast. The design provides for the calculation factors to apply as follows to participant categories:

|  | Operating Profit Payout Schedule | | |
|---|---|---|---|
|  | 50% | 100% | 150% |
| **EBITDA** | $200 million | $273 million | $346 million |

The threshold and maximum performance targets and payouts under the STIP are subject to ratification by the Board of Directors of the Company post-emergence.

The Company reserves the right to reduce or even cancel the bonus payment in the event an employee has demonstrated a lower level of performance than expected.

Full provisions described in Plan Text

Next page ▶





SUMMARY OF MATERIAL TERMS
# 2010 Short-Term Incentive Plan

**Cost**  Overall cost of the plan at target is $11 million.

**Administrative Guidelines**

**New Hires**

An employee hired into a regular position after October 1, 2010 is not eligible to participate in the Plan.

**Promotion or Status Changes After October 1, 2010**

- If an employee is promoted into one of the grade levels covered by this plan, the employee will be eligible to participate pro rata for time spent in that grade.
- If an employee is promoted to a position covered by a higher target level, the individual's salary and position for the award calculation will be prorated for time spent in respective positions.
- If an employee's status changes from temporary to regular, the employee will be eligible to participate prorated for time as a regular employee.

**Termination**

- An employee who elects to retire, is terminated for reasons other than cause, or who dies during the performance period prior to the payment date will be eligible to participate pro rata for his or her time during the performance period as an active employee.
- An employee who voluntarily resigns or is terminated for cause from the Company during the performance period prior to payment date will forfeit their award under the STIP.

**Other leaves**

- Maternity/parental/adoption leave: The date at which the leave starts defines the date at which the calculation of the bonus ends.
- Leave without pay: The bonus is calculated on a prorated basis based on number of months actively at work during the year.
- Short-term absence due to illness: The length of the absence is included in the calculation of the bonus if it is a bona fide absence as mentioned in the disability medical leave procedure.
- Long-term absence due to illness (time on long-term disability): The length of the absence is not included in the calculation of the bonus.

**Plan Administration**

- The Committee has the right to adjust any or all awards; this includes the right to eliminate any or all awards for any year despite achievement of performance measures. The Board of Directors of the Company may alter, amend or terminate the STIP at any time.

August 2010

Page 2

Full provisions described in Plan Text

