

Clerk of the Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington,
Delaware 19801

September 10, 2010

Dear Sir/Madam

We return your communication in connection with a Corporate Bankruptcy in accordance with our current practice.

Lloyd's is the operator of an internationally acknowledged Insurance Market.   Lloyd's has no central index of policies placed within that market. The various insurance businesses keep their own records.  The terms "Lloyd's, Lloyd's of London, Underwriters at Lloyd's" "Certain Lloyd's Underwriters 25%" etc do not enable identification of any particular insurance policy, insurer or broker.  As such we cannot identify which of the many entities in the Lloyd's Market place you are attempting to contact.

Lloyd's itself is a non Insuring entity.  Underwriters are represented by managing agents of which there are some 45 responsible for numerous underwriting syndicates (for a list see www.lloyds.com (market directories)).

From our experience of these matters we anticipate firstly that you will have no further information and secondly that you are under a duty to mail these items.  We can only say that for our part we cannot for real and practical reasons identify an interested underwriter based simply on the name of a Corporate entity in Bankruptcy.  For that reason your communication is returned - with all courtesy - as being insufficiently addressed.

This communication is not to be treated as an acknowledgment of claim nor as confirmation as to the existence of Insurance with underwriters at Lloyd's.

Naturally if you have any communication or information which would enable us to identify a particular entity at Lloyd's or an individual or department within Lloyd's, we would be pleased to hear from you.

Please return to me if I can assist further.

Yours faithfully

Sean Murphy
Vice President, Lloyd's Canada
Attorney In Fact in Canada, Lloyd's Underwriters
200 Bay Street, Suite 2930
Royal Bank Plaza, South Tower
Toronto, ON
M5J 2J2
416 360 1512 / 514-864-5484