# BOOTH, DENNEHY LLP

BARRISTERS & SOLICITORS ◊ AVOCATS & NOTAIRES

387 Broadway
Winnipeg, Manitoba
R3C 0V5

G. MICHAEL DENNEHY*  DONALD B. ERNST, Q.C.  BRIAN J. KELSCH••
J.R. NORMAN BOUDREAU•  ROLAND E. RIVALIN, Q.C.  DEREK ALEXANDER
SAM MALAMUD  GREGORY J. WELCH ***  RAYMOND P. OAKES ***
JANET JARDINE  ANDREW P. KELLY  BRENT C. A. KANESKI
ANGELA L. EVANS •  HAFEEZ A. KHAN**  JAMES BENSON (Articling Student-at-Law)
KARAMJIT DHILLON (Articling Student-at-Law)

Phone: (204) 957-1717
Fax: (204) 943-6199

Legal services provided through
• Norman Boudreau Law Corporation
•• Brian Kelsch Law Corporation

* Also of the Saskatchewan Bar
** Also of the New York Bar
*** Also of the Ontario Bar

D.A. YANOFSKY, O.C., Q.C. (1925-2000)
EDWARD PARFENIUK (1931 - 2006)
NORMAN GOULD (Retired)

E-mail: rrivalin@boothdennehy.com

File No.: 08-0929-RER

September 8, 2010

Clerk of the United States
Bankruptcy Court
District of Delaware
3rd Floor - 824 North Market Street
Wilmington, Delaware
USA 19801

Dear Sir/Madam:

Re:   Estate of Elizabeth Gissing
      Abitibi- Consolidated Inc.
      Abitibibowater Inc.
      Case No. 09-11296 (KJC)
      Share Certificate No. AC010620

Please be advised that we act for the executors of the above captioned estate, Edgar Gissing and Roland E. Rivalin, Q.C.

The deceased held a Share Certificate for 246 shares of Abitibi-Consolidated Inc., as shown on the enclosed copy of Share Certificate No. AC010620.

The executors take no objection to the proposed plan pursuant to the above noted Case Number. However, if there is additional information, claim forms or documentation you require regarding the 246 shares, please advise.

Yours truly,
BOOTH, DENNEHY LLP
Per:

ROLAND E. RIVALIN, Q.C.
RER/jf/encl.

# ABITIBI-CONSOLIDATED INC.

(CONSTITUÉE EN VERTU DE LA LOI SUR LES CORPORATIONS COMMERCIALES CANADIENNES)
(INCORPORATED UNDER THE CANADA BUSINESS CORPORATIONS ACT)

CUSIP 003924 10 7

ACTIONS / SHARES

NUMBER 10620

FULLY PAID AND NON-ASSESSABLE COMMON SHARES IN THE CAPITAL STOCK OF

ABITIBI-CONSOLIDATED INC.

A transfer of the shares represented by this certificate will not be registered except upon surrender of this certificate duly endorsed by the appropriate person or accompanied by a properly executed transfer. This certificate is not valid until countersigned by the Transfer Agent and by the Registrar of the Corporation.

In Witness Whereof the Corporation has caused this certificate to be signed by its duly authorized officers.

Un transfert des actions représentées par ce certificat ne sera inscrit que sur remise de ce certificat dûment endossé par la personne compétente ou accompagné d'une formule de transfert dûment signée. Ce certificat ne sera valide que s'il est contresigné par l'agent des transferts et l'agent chargé de la tenue des registres de la Corporation.

En Foi De Quoi la Corporation a fait signer ce certificat par ses dirigeants dûment autorisés.

Date le/Dated 25 JUN 1997

ACTIONS ORDINAIRES, ENTIÈREMENT LIBÉRÉES ET NON-COTISABLES, DU CAPITAL-ACTIONS DE

Président opérationnel du conseil d'administration  Président et chef de la direction  Secrétaire
Operating Chairman  President and Chief Executive Officer  Secretary

CONTRESIGNÉ ET ENREGISTRÉ : COUNTERSIGNED AND REGISTERED
COMPAGNIE MONTRÉAL TRUST DU CANADA / MONTREAL TRUST COMPANY OF CANADA
MONTREAL HALIFAX REGINA
TORONTO CALGARY VANCOUVER
WINNIPEG
NEW YORK
AGENT DES TRANSFERTS ET AGENT CHARGÉ DE LA TENUE DES REGISTRES
TRANSFER AGENT AND REGISTRAR
OU - OR
THE BANK OF NOVA SCOTIA TRUST COMPANY OF NEW YORK
CO-AGENT DES TRANSFERTS ET CO-AGENT CHARGÉ DE LA TENUE DES REGISTRES
CO-TRANSFER AGENT AND CO-REGISTRAR

PAR - BY:  REPRÉSENTANT AUTORISÉ - AUTHORIZED OFFICER

CES ACTIONS SONT TRANSFÉRABLES AUX BUREAUX PRINCIPAUX DE COMPAGNIE MONTRÉAL TRUST DU CANADA À TORONTO, MONTRÉAL, HALIFAX, WINNIPEG, REGINA, CALGARY ET VANCOUVER OU AU BUREAU PRINCIPAL DE LA BANQUE DE NOUVELLE-ÉCOSSE TRUST DE NEW YORK DANS LA VILLE DE NEW YORK.

THESE SHARES ARE TRANSFERABLE AT THE PRINCIPAL OFFICE OF MONTREAL TRUST COMPANY OF CANADA IN TORONTO, MONTREAL, HALIFAX, WINNIPEG, REGINA, CALGARY AND VANCOUVER OR AT THE PRINCIPAL OFFICE OF THE BANK OF NOVA SCOTIA TRUST COMPANY OF NEW YORK IN THE CITY OF NEW YORK.


