# NOTICE OF CLAIMS PURCHASE AGREEMENT

**ALTERNATIVE PEST CONTROL**, a(n) _____ (State of Incorporation), _____ (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto Archer - SPV FCI, a Delaware Limited Liability Company, its successors and assigns ("Buyer") all rights, title and interest in and to the all rights of Seller in the principal amount of $378.46 (proof of claim amount, defined as the "Claim") against **Abitibi** Bowater Inc. (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **District of Delaware**, or any other court with jurisdiction over the proceedings (the "Court"), Administered at Case Number **09-11296** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative date the _____ day of _SEPTEMBER_, 2010.

Witness: _____
(signature)

VALERIE SCHROEDER / BUSINESS
(Print Name and Title of Witness)   OWNER

Witness: _____
(signature)

ALTERNATIVE PEST CONTROL
(Company Name)

_Terry B. Schroeder_
(Signature of Corporate Officer)

TERRY B SCHROEDER / OWNER
(Print Name and Title of Corporate Officer)

Archer - SPV FCI

(Archer - SPV FCI)

Exhibit "A"