# NOTICE OF CLAIMS PURCHASE AGREEMENT

ST MARY CATHOLIC SCHOOL, a(n) _Non For Profit_ (State of Incorporation), _K-8 Primary School_ (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **Archon - SPV K1**, a Delaware Limited Liability Company, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$331.59** (proof of claim amount, defined as the "Claim") against **Abitibi Bowater Inc.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **District of Delaware**, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number **09-11296** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the ___27___ day of ___September___, 2010.

OFFICIAL SEAL
BRYCE A. LANG
Notary Public - State of Illinois
My Commission Expires May 25, 2014

_St. Mary School_
(Company Name)

Witness: _____
(Signature)

(Signature of Corporate Officer)

_Bryce A Lang_
(Print Name and Title of Witness)

_Mike Nadeau, Principal_
(Print Name and Title of Corporate Officer)

**Archon - SPV K1**

Witness: _____
(Signature)

(Archon - SPV K1)

Exhibit "A"