# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| ABITIBIBOWATER INC., *et al.*,[1] | ) | |
| | ) | Case No. 09-11296 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 7 AND OCTOBER 8, 2010 AT 10:00 A.M. (ET)

### <u>MATTERS GOING FORWARD</u>

1.      Bowater Incorporated's Motion for Order Unsealing the Report of the Special Advisor to Bowater Canada Finance Corporation [Docket No. 3487, 9/30/10]

<u>Response Deadline</u>:                       October 7, 2010 at 10:00 a.m. (ET)

<u>Related Documents</u>:

    A.      Order Shortening Notice on Motion [Docket No. 3500, 10/1/10]

<u>Responses/Objections Received</u>:        None at this time.

<u>Status</u>:        This matter is going forward.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  AbitibiBowater Inc. (6415), AbitibiBowater US Holding 1 Corp. (N/A), AbitibiBowater US Holding LLC (N/A), AbitibiBowater Canada Inc. (N/A), Abitibi-Consolidated Alabama Corporation (4396), Abitibi-Consolidated Corporation (9050), Abitibi-Consolidated Finance LP (4528), Abitibi Consolidated Sales Corporation (7144), Alabama River Newsprint Company (7247), Augusta Woodlands, LLC (9050), Bowater Alabama LLC (7106), Bowater America Inc. (8645), Bowater Canada Finance Corporation (N/A), Bowater Canadian Forest Products Inc. (N/A), Bowater Canadian Holdings Incorporated (N/A), Bowater Canadian Limited (N/A), Bowater Finance Company Inc. (1715), Bowater Finance II LLC (7886), Bowater Incorporated (1803), Bowater LaHave Corporation (N/A), Bowater Maritimes Inc. (N/A), Bowater Newsprint South LLC (1947), Bowater Newsprint South Operations LLC (0168), Bowater Nuway Inc. (8073), Bowater Nuway Mid-States Inc. (8290), Bowater South American Holdings Incorporated (N/A), Bowater Ventures Inc. (8343), Catawba Property Holdings, LLC (N/A), Coosa Pines Golf Club Holdings LLC (8702), Donohue Corp. (9051), Lake Superior Forest Products Inc. (9305) and Tenex Data Inc. (5913). On December 21, 2009, ABH LLC 1 (2280) and ABH Holding Company LLC (2398) (the "SPV Debtors") commenced chapter 11 cases, which cases are jointly administered with the above-captioned Debtors.  The Debtors' and SPV Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1155 Metcalfe Street, Suite 800, Montreal, Quebec H3B 5H2, Canada.

2.     Motion for Order Pursuant to the Court-to-Court Protocol Authorizing Bowater
       Incorporated to Seek Advice and Direction from the Canadian Court [Docket No. 3091,
       9/1/10]

       Response Deadline:                     September 13, 2010 at 12:00 noon (ET)

       Related Documents:

              A.     Amended Notice of Motion [Docket No. 3112, 9/30/10]

              B.     Order Shortening Notice on the Motion  [Docket No. 3113, 9/3/10]

              C.     Objection of Bowater Incorporated Seeking Entry of an Order Disallowing
                     and Expunging In Its Entirety the Contribution Claim, or, in the Alternative,
                     the Guarantee Claim [Docket No. 3217, 9/13/10]

       Responses/Objections Received:

              D.     Limited Objection of Wilmington Trust Company, Solely as Successor
                     Indenture Trustee for the 7.95% Notes Due 2011 Issued by Bowater Canada
                     Finance Corporation [Docket No. 3200, 9/13/10]

              E.     Response of Bowater Canada Finance Corporation [Docket No. 3246,
                     9/13/10]

              F.     Corrected Objection of Aurelius Capital Management, LP and Contrarian
                     Capital Management, LLC [Docket No. 3248, 9/14/10]

       Status:   This matter has been continued from the September 14th hearing at the
                 Court's direction.


**CONFIRMATION HEARING**

3.     Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the
       Bankruptcy Code [Docket No. 2796, 8/2/10]

       Response Deadline:                     September 13, 2010 at 12:00 noon (ET) [Extended
                                              until September 13, 2010 at 4:00 p.m. (ET) for
                                              Wilmington Trust and until September 16, 2010 at
                                              4:00 p.m. (ET) for Peter I. Shah]

       Related Documents:

              A.     Notice of Filing of Proposed Letter From Official Committee of Unsecured
                     Creditors in Support of Debtors' Second Amended Plan [Docket No. 2775,
                     8/1/10]

              B.     Disclosure Statement for Debtors' Second Amended Plan [Docket No. 2797,
                     8/2/10]

C.  Corrected Order (I) Approving the Disclosure Statement; (II) Approving the Form and Contents of the Solicitation Package; (III) Approving the Form and Manner of Notice of the Confirmation Hearing; (IV) Approving Procedures for Distribution of Solicitation Packages; (V) Approving Procedures For Vote Tabulations; (VI) Approving the Cross-Border Voting Protocol; (VII) Approving the Form and Contents of the Subscription Packages for a Rights Offering; (VIII)Approving Procedures for Participating in Rights Offering; (IX) Establishing a Record Date, a Voting Deadline for Receipt of Ballots and an Expiration Date for the Rights Offering; (X) Establishing the Deadline and Procedures For Filing Objections to Confirmation Of The Plan And Asserted Cure Amounts for Executory Contracts and Unexpired Leases that May be Assumed as Part of the Plan; and (XI) Granting Related Relief [Docket No. 2824, 8/3/10]

D.  Notice of (i) Approval of Disclosure Statement, (ii) Hearing to Consider Confirmation of the Plan, and (iii) Last Date and Procedures for Filing Objections to Confirmation of the Plan [Docket No. 2864, 8/9/10]

E.  Notice of Filing of Supplements to Debtors' Second Amended Plan [Docket No. 3093, 9/1/10]

F.  Notice of Filing of Supplement 4B to Debtors' Second Amended Plan [Docket No. 3109, 9/2/10]

G.  Notice of Filing of Supplements to Debtors' Second Amended Plan [Docket No. 3122, 9/3/10]

H.  Notice of Filing of Amended Supplement 6A-4 to Debtors' Second Amended Plan [Docket No. 3187, 9/10/10]

I.  Notice of Filing of Amended Supplement 12 to Debtors' Second Amended Plan [Docket No. 3245, 9/13/10]

J.  Notice of Filing of Amended Supplements 11A and 11B to Debtors' Second Amended Plan [Docket No. 3334, 9/17/10]

K.  Notice of Filing of Amended Supplements 7A and 7B to Debtors' Second Amended Plan [Docket No. 3335, 9/17/10]

L.  Declaration of Stephenie Kjontvedt of Epiq Bankruptcy Solutions, LLC Regarding Voting On, and Tabulation of, Ballots Accepting and Rejecting the Second Amended Joint Plan of Reorganization [Docket No. 3354, 9/20/10]

M.  Debtors' Memorandum of Law in Support of Confirmation of Debtors' Second Amended Joint Plan of Reorganization Dated (as Amended)] [Docket No. 3375, 9/21/10]

N.  Declaration of Steven Zelin in Support of Confirmation [Docket No. 3376, 9/21/10]

O.       Declaration of William G. Harvey in Support of Confirmation [Docket No. 3377, 9/21/10]

P.       Debtors' Omnibus Reply to Objections to Confirmation of Debtors' Second Amended Joint Plan of Reorganization (As Amended) [Docket No. 3378, 9/21/10]

Q.       Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Joint Plan of Reorganization [Docket No. 3379, 9/21/10]

R.       Motion for Leave to Exceed Page Limit Requirements With Respect to (i) Debtors' Memorandum of Law in Support of Confirmation, and (ii) Debtors' Omnibus Reply to Objections to Confirmation [Docket No. 3380, 9/21/10]

S.       Joint Memorandum of Law of Fairfax Financial Holdings Limited and Law Debenture Trust Company of New York, In Its Capacity as Indenture Trustee, in Support of Confirmation [Docket No. 3383 - 3389, 9/21/10]

T.       Amended Declaration of Stephenie Kjontvedt of Epiq Bankruptcy Solutions, LLC Regarding Voting On, and Tabulation of, Ballots Accepting and Rejecting the Second Amended Joint Plan of Reorganization  [Docket No. 3396, 9/22/10]

U.       Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of Debtors' Second Amended Joint Plan of Reorganization [Docket No. 3398, 9/22/10]

Responses/Objections Received:

V.       Response of Robert Van Houten [Docket No. 2991, 8/20/10]

W.       Objection of Robert Wallis [Docket No. 3138, 9/7/10]

X.       Objection of The Texas Comptroller of Public Accounts [Docket No. 3145, 9/8/10]

Y.       Objection of Missouri Department of Revenue [Docket No. 3178, 9/10/10]

Z.       Objection of Custom Mechanical Contractors [Docket No. 3192, 9/13/10]

AA.     Objection of Stein Construction Company, Inc. [Docket No. 3193, 9/13/10]

BB.     Objection of Association of Western Pulp and Paper Workers [Docket No. 3194, 9/13/10]

         (i)  Amended Declaration of Greg Jones in Support of Objection [Docket No. 3322, 9/17/10]

CC.     Objection of United States Trustee [Docket No. 3195, 9/13/10]

DD.  Objection of Texas Ad Valorem Taxing Authorities [Docket No. 3196, 9/13/10]

       (i)  Notice of Withdrawal [Docket No. 3347, 9/20/10]

EE.  Limited Objection of Caterpillar Financial Services Corporation [Docket No. 3197, 9/13/10]

FF.  Objection of BASF Corporation to Confirmation and Plan Supplement 10 [Docket No. 3198, 9/13/10]

GG.  Objection of Aurelius Capital Management, LP, Contrarian Capital Management, LLC [Docket No. 3202, 9/13/10]

HH.  Objection of John Haack [Docket No. 3209, 9/13/10]

II.  Objection of Tennessee Department of Revenue [Docket No. 3221, 9/13/10]

JJ.  Limited Objection of Wilmington Trust, solely as indenture trustee for the 7.95% Notes due 2011 [Docket No. 3222, 9/13/10]

KK.  Objection of Certain Equity Shareholders [Docket No. 3224, 9/13/10]

LL.  Limited Objection of Paul Planet and Thor Thorsteinson [Docket No. 3275, 9/14/10]

MM.  Objection of Certain Holders of Common Stock/Peter I. Shah [Docket No. 3293, 9/16/10]

Additional Related Documents:

NN.  Statement of the Monitor of the Canadian Debtors in the Canadian Proceedings in Support of Confirmation of Debtors' Second Amended Joint Plan of Reorganization [Docket No. 3403, 9/22/10]

OO.  Notice of Filing of Summary Chart of Responses to Objections to Debtors' Second Amended Joint Plan of Reorganization [Docket No. 3424, 9/23/10]

PP.  Notice of Filing of Amended Supplements 2, 4A, 4B, and 9 and Second Amended Supplement 11A to Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 3425, 9/23/10]

QQ.  Notice of Filing of the Reasons for Judgment on Sanction Order of the Canadian Court [Docket No. 3427, 9/23/10]

RR.  Notice of Filing of Updated Summary Chart of Responses to Objections to Debtors' Second Amended Joint Plan of Reorganization [Docket No. 3468, 9/28/10]

SS.    Joinder of William Kovach to Objection of Certain Equity Shareholders [Docket No. 3430, 9/23/10]

TT.    Letter from Kelly Nickolson [Docket No. 3431, 9/22/10]

UU.    Response of Dr. Henry Romero and Ms. Romero to Debtors' Omnibus Reply to Objections to Confirmation of Debtors' Second Amended Joint Plan of Reorganization (As Amended) [Docket No. 3434, 9/23/10]

VV.    Joinder of Joel Lambeth to Objections of Certain Equity Shareholders [Docket No. 3435, 9/24/10]

WW.    Joinder of Robert Alan Cameron Gilbertson to Objections of Certain Equity Shareholders [Docket No. 3436, 9/24/10]

XX.    Joinder of Daniel R. Thornton to Objections of Certain Equity Shareholders [Docket No. 3437, 9/24/10]

YY.    Joinder of Tamer Ziady to Objections of Certain Equity Shareholders [Docket No. 3452, 9/27/10]

ZZ.    Joinder of Pratik P. Shah to Objections of Certain Equity Shareholders [Docket No. 3471, 9/28/10]

Further Additional Related Documents:

AAA.    Notice of Proposed Proffered Testimony From Declaration of Steven Zelin in Support of Confirmation [Docket No. 3476, 9/29/10]

Status:    This matter is going forward. The Debtors have filed an updated Summary Chart (Item RR) identifying the status of confirmation objections. The Debtors intend to file a further amended Plan prior to the hearing.

4.    Notice of (i) Possible Assumption of Executory Contracts and Unexpired Leases, (ii) Fixing of Cure Amounts, and (iii) Deadline to Object Thereto [Docket No. 3074, 8/30/10]

Response Deadline:    September 17, 2010 at 4:00 p.m. (ET)

Related Documents:

A.    Supplemental Notice of (i) Possible Assumption of Executory Contracts and Unexpired Leases, (ii) Fixing of Cure Amounts, and (iii) Deadline to Object Thereto [Docket No. 3110, 9/2/10]

Responses/Objections Received:

B.    Objection and Reservation of Rights of BASF Corporation [Docket No. 3201, 9/13/10]

C.      Objection of Lloyd's Canada [Docket No. 3206, 9/13/10]

D.      Objection of Woodbridge Company Limited, Woodbridge International Holdings Limited, and Woodbridge International Holdings SA [Docket No. 3284, 9/15/10]

E.      Objection of Springbank, LLC [Docket No. 3306, 9/16/10]

F.      Objection of RWDI AIR, Inc. [Docket No. 3320, 9/17/10]

G.      Objection of VSF Leasing Co. [Docket No. 3321, 9/17/10]

H.      Objection of AstenJohnson, Inc. [Docket No. 3323, 9/17/10]

I.      Objection of ACE Group of Companies [Docket No. 3324, 9/17/10]

J.      Objection of Caterpillar Financial Services Corporation [Docket No. 3325, 9/17/10]

K.      Objection of ePlus Group, Inc. [Docket No. 3330, 9/17/10]

L.      Objection of General Electric Capital Corporation [Docket No. 3349, 9/20/10]

M.      Objection of General Electric Capital Corporation Transportation Finance [Docket No. 3350, 9/20/10]

Status:      This matter is going forward only with respect to Item D. The Debtors have resolved Items B, C, E, F, G, I, J, K, and L. The Debtors are not assuming the contracts at issue in Items H and M; accordingly, those objections are moot.

## HEARING TO SHOW CAUSE

5.      Order to Show Cause [Docket No. 3265, 9/14/10]

Response Deadline:      September 21, 2010 at 4:00 p.m. (ET)

Responses Received:

A.      Response of Aurelius Capital Management, LP and Contrarian Capital Management, LLC [Docket No. 3360, 9/21/10]

B.      Response of Debtors [Docket No. 3363, 9/21/10]

C.      Response of the Monitor of the Canadian Debtors in the Canadian Proceedings [Docket No. 3365, 9/21/10]

D.      Response Of Wilmington Trust Company, Solely As Successor Indenture Trustee For The 7.95% Notes Due 2011 Issued By Bowater Canada Finance Corporation [Docket No. 3368, 9/21/10]

E.      Joinder of Wells Fargo Bank, National Association as successor to Wachovia Bank, N.A. to Debtors' Response [Docket No. 3369, 9/21/10]

F.      Limited Response of Official Committee of Unsecured Creditors [Docket No. 3371, 9/21/10]

G.      Joinder of Fairfax Financial Holdings Ltd. and Law Debenture Trust Company of New York to Debtors Response [Docket No. 3372, 9/21/10]

H.      Statement of Avenue Capital Management, LLC in Support of the Debtors' Response [Docket No. 3373, 9/21/10]

I.      Joinder by the ACCC Term Loan Agent to Debtors' Response to Order to Show Cause [Docket No. 3402, 9/22/10]

J.      Reply of Wilmington Trust Company, Solely As Successor Indenture Trustee For The 7.95% Notes Due 2011 Issued By Bowater Canada Finance Corporation, to Responses and Joinders Filed in Opposition to the Appointment of a Chapter 11 Trustee for Bowater Canada Finance Corporation [Docket No. 3405, 9/22/10]

K.      Debtors' Reply to Responses of Aurelius Capital Management, LP, Contrarian Capital Management, LLC and Wilmington Trust Company, as Successor Indenture Trustee for the 7.95% Notes Due 2011 Issued By Bowater Canada Finance Corporation [Docket No. 3406, 9/22/10]

L.      Omnibus Reply of Aurelius Capital Management, LP and Contrarian Capital Management, LLC to Responses [Docket No. 3407, 9/22/10]

M.      Notice of Filing of Supplemental Exhibit to Debtors' Reply to Responses of Aurelius Capital Management, LP, Contrarian Capital Management, LLC and Wilmington Trust Company, as Successor Indenture Trustee for the 7.95% Notes Due 2011 Issued By Bowater Canada Finance Corporation [Docket No. 3410, 9/23/10]

N.      Notice of Filing of the Reasons for Judgment on Sanction Order of the Canadian Court [Docket No. 3427, 9/23/10]

Status:      This matter is going forward.

Dated: Wilmington, Delaware
October 5, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____*/s/ Sean T. Greecher*_____
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

– and –

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Kelley A. Cornish
Claudia R. Tobler
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Counsel for the Debtors and Debtors-in-Possession*