B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In re:  AbitibiBowater Inc., et al., Jointly Administered,          Case No.  09-11296

## TRANSFER OF CLAIM OTHER THAN SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


Equity Trust Company                                GEORGE C PARIS CO INC

    Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee      Name and Address where notices to transferor
should be sent:                                    should be sent:

Equity Trust Company                               GEORGE C PARIS CO INC
225 Burns Road                                     P O BOX 22100
Elyria, Ohio 44035                                 KNOXVILLE, TN 37933-0100
(888)-382-4727                                     Phone: _____
                                                   Court Claim # (if known)    1861
                                                   Amount of Claim: $832.80
                                                   Date Claim Filed:   10/1/2009

                                                   Phone: _____
                                                   Last Four Digits of Acct. #:_____

Name and Address where transferee payments
Should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: /s/ Robert J. Tannor                           Date:   6/17/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.§§152 & 3571.*

## Evidence of Transfer

**GEORGE C PARIS CO INC** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504**, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of **$832.80** as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **AbitibiBowater Inc., et al.**, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), **Case no. 09-11296** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 17 day of June, 2010

By: _____
(Signature of Authorized Party)

GEORGE C PARIS CO, Inc
(Company Name)

HARRY PARIS
(Print name of Authorized Party)

By: ___/s/ Robert J. Tannor___
Robert J. Tannor

_____Creditor Liquidity, LP_____

_____914-514-8300_____
(Telephone Number)