# SIGN-IN-SHEET

CASE NAME: Abitibibowater, Inc.
CASE NO. 09-11296-KJC

COURTROOM LOCATION: 5
DATE: October 19, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kelley Cornish, Moses Silverman | Paul, Weiss, Rifkind, Wharton & Garrison | Debtors |
| Alice Eaton, Brende Guerrala, Neil Lieberman | | |
| Pauline Morgan, Sean Beecher | Young Conaway | " |
| Paul Leake | Jones Day | Bowater Inc. |
| Dennis A. Meloro | Greenberg Traurig, LLP | Aurelius Contrarian |
| John Ase | " | " |
| Gary Ticoll | " | " |
| William J.F. Roll, III | Shearman & Sterling LLP | Fairfax Financial Holdings LTD |
| Douglas P. Baetner | " | " |
| Edmund M. Emrich | " | " |
| Neil Glassman | Bayard | Creditors Committee |
| Leigh-Anne Raport | Ashby & Geddes | Ad hoc group of noteholders |

# SIGN-IN-SHEET

**CASE NAME:** Abitibibowater, Inc.
**CASE NO.** 09-11296-KJC
**COURTROOM LOCATION:** 5
**DATE:** October 19, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Curtis Miller | Morris Nichols | Wilmington Trust solely as Indenture trustee for the 7.95% notes |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Ken Coleman | Allen Ovey | Monitor |
| Rowena White | " | " |
| Philip Lee | " | " |
| Mona Parikh | Buchanan Ingersoll | " |
| Mike Romanczuk | Richards Layton + Finger | Citibank |
| Sally Veghte | Klehr Harrison | Bank of Nova Scotia |
| Bruce Grohsgal | Pachulski Stang | Fairfax |
| Christina Thompson | Connolly Bove | Wells Fargo / Brankovic |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 10/19/2010
Calendar Time: 10:00 AM ET

Amended Calendar 10/18/2010 04:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3800519 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & | Debtor, Abitibi / LISTEN ONLY |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3804742 | Mark Barbau | (514) 397-3340 | Stikeman Elliott, LLP | Debtor, AbitibiBowater Inc. / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3806281 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3808610 | Derek Bulas | 212-455-7355 | Goodmans, LLP | Creditor, Ad Hoc Committee of Bond Holders / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3808612 | Robert J. Chadwick | 416-597-4285 | Goodmans, LLP | Creditor, Ad Hoc Committee of Bond Holders / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3804714 | Nikhil Daftary | (212) 583-5000 | The Blackstone Group | Debtor, AbitibiBowater Inc. / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3800916 | Raniero D'Aversa | (212) 506-5000 | Orrick Herrington & Sutcliffe | Creditor, Bank of Nova Scotia / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3807290 | Luc Despins | (212) 318-6001 | Paul, Hastings, Janofsky & Walker | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3803397 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, DK Partners / LISTEN ONLY |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3807315 | Jeffrey Diener | (213) 683-6115 | Paul, Hastings, Janofsky & Walker | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3803107 | Glenn Dombeck | 707-479-4704 | Ascend Innovations | Representing, Glenn Dombeck / Certain Equity Security Holders / LISTEN ONLY |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3804627 | Lisa Donahue | 212-297-6329 ext. 00 | AlixPartners | Interested Party, Advisor to the Debtors, AbitibiBowater Inc. / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3806515 | Bonnie Dye | (212) 408-1136 | Chadbourne & Park, LLP | Creditor, HSBC / LISTEN ONLY |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3808737 | Richard Engman | (212) 326-7839 | Jones Day | Debtor, Bowater, Inc. / LISTEN ONLY |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3803445 | Alan Gover | 212-819-8595 | White & Case LLP | Interested Party, Law Debenture Trust Co. of New York / LIVE |

Peggy Drasal     CourtConfCal2009     Page 1 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| AbitibiBowater Inc. | 09-11296 | Hearing | | William Harvey | (864) 282-9413 | AbitibiBowater | Debtor, AbitibiBowater, Inc. / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3803576 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3804549 | Joseph Johnson | (514) 394-3271 | AbitibiBowater | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3808521 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3801072 | Harold Kaplan | 312-832-4393 | Foley & Lardner LLP - Chicago Office | Creditor, Computer Share / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3804554 | Stephanie LeClaire | (514) 394-3642 | AbitibiBowater | Debtor, AbitibiBowater, Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3801991 | Douglas H. Mannal | (212) 715-9313 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Avenue Capital Management / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3810703 | Rachel Mauceri | 215-963-5000 | Morgan Lewis & Bockius LLP | Creditor, Wachovia Bank / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3808665 | Christopher M. Miller | (212) 270-3211 | JP Morgan | Creditor, JP Morgan / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3806063 | Nancy A. Mitchell | (212) 801-3085 | Greenberg Traurig, LLP | Creditor, Aurelius Capital Mgmt. & Contrarian Capital Mgmt. / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3808678 | Alex Morrison | 416-941-7743 | Ernst & Young | Monitor, Ernst & Young / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3800532 | Toby Myerson | (212) 373-3033 | Paul Weiss Rifkind Wharton & | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3804709 | Kenneth Nguyen | (212) 583-5000 | The Blackstone Group | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3804726 | Michael O'Hara | (212) 583-5553 | The Blackstone Group | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3804536 | Duane Owens | (302) 576-2603 | AbitibiBowater | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3804527 | David Paterson | (514) 875-2160 | AbitibiBowater | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3807431 | Neil Rabinovitch | (416) 863-4656 | Fraser Milner | Interested Party, Aureliu's Capital Management LP / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3800634 | Jason Rappaport | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Avenue Capital Management / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3800563 | Brian Resnick | (212) 450-4213 | Davis Polk & Wardwell LLP | Creditor, Citibank / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3809410 | Christy Rivera | 212-408-5530 | Chadbourne & Park, LLP | Creditor, HSBC / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3804514 | Bruce Robertson | (514) 234-6459 | AbitibiBowater | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3804571 | Allison E. Ross | (312) 853-0497 | Sidley Austin | Creditor, Smurfit Stone Container Corp. / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3800529 | Jeffrey Saferstein | (212) 373-3347 | Paul Weiss Rifkind Wharton & | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3807514 | Peter Shah | (908) 431-9797 | Peter Shah` - In Pro Per/Pro Se | Interested Party, Peter Shah / LISTEN ONLY |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| AbitibiBowater Inc. | 09-11296 | Hearing | 3800516 | Lauren Shumejda | (212) 373-3559 | Paul Weiss Rifkind Wharton & | Debtor, AbitibiBowater Inc. / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3808592 | Jay Steen | (214) 965-9100 | Talamod Asset Management, LLC | Creditor, Talamod Asset Management / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3800522 | Maurice Tattnall | 212-373-2843 | Paul Weiss Rifkind Wharton & | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3808683 | Robert Thornton | (212) 610-6300 | Thornton Grout Finnigan LLP | Monitor, Ernst & Young / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3800531 | Claudia Tobler | 202-223-7354 | Paul Weiss Rifkind Wharton & | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3800565 | Eli Vonnegut | 650-752-2000 | Davis Polk & Wardwell LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3808624 | Quentin W Wiest | (212) 848-4000 | Shearman & Sterling | Interested Party, Fairfax Financial / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3810454 | Arin J. Wolfson | (203) 719-1349 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3806039 | Shaun Wong | 908-229-0315 | Credit Suisse | Interested Party, Credit Suisse / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3803756 | Steven Zelin | 212-583-5886 | The Blackstone Group | Financial Advisor, AbitibiBowater Inc. / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3807204 | Menachem Zelmanovitz | (212) 309-6000 | Morgan Lewis & Bockius LLP | Creditor, Wachovia Bank / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3804617 | Claire Zikovsky | (514) 397-3340 | Stikeman Elliott, LLP | Debtor, AbitibiBowater Inc. / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11926 | Hearing | 3806529 | Sandra Horwitz(Client) | 212-525-1358 | HSBC | Creditor, HSBC Bank / LISTEN ONLY |