Honorable Kevin J. Carey

I would like to thank you for reading this letter opposing the Abitibibowater bankruptcy. I like most people are suffering because of the recession.

I have worked at Ponderay Newsprint Company in Usk, Wa. for over 21 years since startup. We make Newsprint Paper. I have worked my way up in operations to one of the many lead operators. We are a team concept mill in operations, we do all our own scheduling, training, work force direction, discipline, payroll etc. We have no managers on shift because we are a 24/7/365 day operation. We are self guided and highly motivated workforce who are multi skilled and work with maintenance. We our leaders and members on our process management teams, safety committees etc. In 2007 I was the lead on a 2½ million dollar winder rebuild. This is just 1 example of operator involvement.

In 2000 Bowater purchased 40% and operating control of PNC. We have lost wages and benefits since 2000.

When Abibow merged it got worse. In 2008 we lost our 40k match, CPC and No wage increase.

March 11, 2009 the mill was paid in full with NO DEBT AT ALL! This is at least 10 MILLION PER YEAR NOT being paid to the debt. The last quarter of 2008 thru March 11, 2009 the mill paid off 23+ MILLION IN DEBT PLUS INTEREST. SHOULD HAVE BEEN A CELEBRATION.

In June 2009 our mill manager Paul Machtoff announced more pay and benefit cuts. Didn't make sense because we are profitable. Paul said he was directed to save more money. Paul said he was preparing to take away all our benefits except our medical and up to a 35% wage cut. We currently pay 38% of our premiums now and the mills savings for 2009 & 2010 is currently at a rate of $2060⁰⁰ per employee. All operations employees have lost from 20 to 30% of their total compensation. Operations immediately contacted the AWPPW union for protection. This has stopped the cuts for Now. We have been fair in negotiations, Not so for the Company

We have monthly financial meetings and we are currently profiting about 40 MILLION DOLLARS PER YEAR. Not bad in a recession. If Bowater owned 100% of PNC I'm sure we would be loosing money.

Please don't allow the leadership at AbiBow to remain in control. They have already proven they can't be profitable as a company. They have no regard for people or communities. Why would they even consider having a fund of 6 million Dollars for Bonus's.

As a Stock holder I believe that if the stock goes to zero then I believe they should liquidate the company and pay all there bills. Then hopefully better companys will take AbiBows place in the wood and paper company.

Thank you again for your time and consideration,

Cell Phone
208-610-6939
Call anytime

Robert Wallis
Box 305
Newport, Wa 99156