IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ABITIBIBOWATER INC., et al.,[1] | ) ) ) | Case No. 09-11296 (KJC) |
| Debtors. | ) ) ) | Jointly Administered<br>**Ref. Docket Nos. 208 and 406** |

## CERTIFICATION OF COUNSEL REGARDING AGREED FINAL ORDER MODIFYING REPORTING REQUIREMENTS OF BANKRUPTCY RULE 2015.3(a) PURSUANT TO BANKRUPTCY RULE 2015.3(d) FOR CERTAIN ENTITIES

On May 8, 2009, AbitibiBowater Inc. and its affiliated debtors and debtors-in-possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors") filed their *Motion for an Order Modifying the Reporting Requirements of Bankruptcy Rule 2015.3(a) for Cause Pursuant to Bankruptcy Rule 2015.3(d)* [Docket No. 208] (the "Motion"),[2] whereby the Debtors requested entry of an order modifying the reporting requirements of Bankruptcy Rule 2015.3(a) for the Non-Filing Entities.

On June 4, 2009, the Court entered that certain *Interim Order Modifying Reporting Requirements of Bankruptcy Rule 2015.3(a) Pursuant to Bankruptcy Rule 2015.3(d) for Certain Entities* (the "Interim Order") [Docket No. 406], thereby granting the relief requested

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal or Canadian tax identification number, are: AbitibiBowater Inc. (6415), AbitibiBowater US Holding 1 Corp. (6050), AbitibiBowater US Holding LLC (N/A), AbitibiBowater Canada Inc. (3225), Abitibi-Consolidated Alabama Corporation (4396), Abitibi-Consolidated Corporation (9050), Abitibi-Consolidated Finance LP (4528), Abitibi Consolidated Sales Corporation (7144), Alabama River Newsprint Company (7247), Augusta Woodlands, LLC (0999), Bowater Alabama LLC (7106), Bowater America Inc. (8645), Bowater Canada Finance Corporation (8810), Bowater Canadian Forest Products Inc. (2010), Bowater Canadian Holdings Incorporated (6828), Bowater Canadian Limited (7373), Bowater Finance Company Inc. (1715), Bowater Finance II LLC (7886), Bowater Incorporated (1803), Bowater LaHave Corporation (5722), Bowater Maritimes Inc. (5684), Bowater Newsprint South LLC (1947), Bowater Newsprint South Operations LLC (0186), Bowater Nuway Inc. (8073), Bowater Nuway Mid-States Inc. (8290), Bowater South American Holdings Incorporated (N/A), Bowater Ventures Inc. (8343), Catawba Property Holdings, LLC (N/A), Coosa Pines Golf Club Holdings LLC (8702), Donohue Corp. (9051), Lake Superior Forest Products Inc. (9305) and Tenex Data Inc. (5913). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1155 Metcalfe Street, Suite 800, Montreal, Quebec H3B 5H2, Canada.

[2] Capitalized terms not defined herein shall have the meanings provided to them in the Motion.

in the Motion on an interim basis. Pursuant to the Interim Order, and subject to the entry of a final order on the Motion, the Court stayed the Debtors' reporting requirements under Rule 2015.3 for all of the Non-Filing Entities pursuant to Rule 2015.3(f).

Subsequent to the entry of the Interim Order, the Debtors consulted with the Office of the United States Trustee (together with the Debtors, the "Parties") regarding the appropriate scope of the Debtors' reporting obligations under Bankruptcy Rule 2015.3. In conjunction therewith, the Parties have agreed to a form of final order (the "Final Order"), attached hereto as Exhibit A, granting the relief requested in the Motion on a final basis.

Accordingly, it is hereby respectfully requested that the Final Order, attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
November 8, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean T. Greecher*
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
Andrew L. Magaziner (No. 5426)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

– and –

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Kelley A. Cornish
Claudia R. Tobler
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel for the Debtors and Debtors-in-Possession*