# Court Conference

Calendar Date: 11/09/2010
Calendar Time: 03:00 PM ET

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Kevin J. Carey
#5

Amended Calendar 11/09/2010 08:55 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | AbitibiBowater Inc. | 09-11292 | Hearing | 3848850 | Thomas F. Driscoll | 302-225-7600 | Bifferato, LLC | Creditor, Committee of Unsecured Creditors / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3847350 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & | Debtor, Abitibi / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3847211 | John Bae | (212) 801-2216 | Greenberg Traurig, LLP | Creditor, Aurelius Capital / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3847674 | Marc Barbeau | (514) 397-3212 | Stikeman Elliott, LLP | Debtor, AbitibiBowater Inc. / LISTEN ONLY |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3848889 | Douglas Bartner | 212-848-8190 | Shearman & Sterling | Interested Party, Fairfax Financial / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3848730 | Micheal Bathon | (302) 661-7617 | Bloomberg News | Interested Party, Bloomberg News / LISTEN ONLY |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3847349 | Rebecca Bodony | (212) 819-8640 | White & Case | Interested Party, Law Dedenture Trust Co. / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3848481 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3847250 | Derek Bulas | (212) 455-7355 | Goodmans, LLP | Creditor, Ad Hoc Committee of Bond Holders / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3847252 | Robert J. Chadwick | 416-597-4285 | Goodmans, LLP | Creditor, Ad Hoc Committee of Bond Holders / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3847716 | Alexis V. Chapin | (212) 756-2765 | Schulte, Roth & Zabel LLP | Representing, ACCC Lender Group / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3850269 | Timothy Chen | (212) 896-2841 | Puma Capital | Representing, Puma Capital / LISTEN ONLY |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3847210 | Kenneth Coleman | (212) 610-7300 | Allen & Overy, LLP | Monitor, Ernt & Young / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3847317 | Kelley Cornish | 212-373-3493 | Paul Weiss Rifkind Wharton & | Debtor, AbitibiBowater Inc. / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3847612 | Michael Custer | (302) 777-6500 | Pepper Hamilton, LLP | Creditor, e Plus / LISTEN ONLY |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3847659 | Nikhil Daftary | (212) 583-5000 | The Blackstone Group | Debtor, AbitibiBowater Inc. / LIVE |
| | | AbitibiBowater Inc. | 09-11296 | Hearing | 3848056 | Elan Daniels | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Avenue Capital Management / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| AbitibiBowater Inc. | 09-11296 | Hearing | 3846547 | Raniero D'Aversa | (212) 506-5000 | Orrick Herrington & Sutcliffe | Creditor, Bank of Nova Scotia / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847353 | Luc Despins | (212) 318-6001 | Paul, Hastings, Janofsky & Walker | Creditor, Official Committee of Unsecured Creditors / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3850153 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, DK Partners / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847356 | Jeffrey Diener | (213) 683-6115 | Paul, Hastings, Janofsky & Walker | Creditor, Official Committee of Unsecured Creditors / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847178 | Glenn Dombeck | 707-479-4704 | Ascend Innovations | Representing, Glenn Dombeck / Certain Equity Security Holders / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847592 | Lisa Donahue | 212-297-6329 ext. 00 | AlixPartners | Interested Party, Special Advisor to the Debtors, AbitibiBowater Inc. / LISTEN ONLY |
| AbitibiBowater, Inc. | 09-11296 | Hearing | 3850228 | Lance Duroni | (610) 888-1699 | Law 360.com | Interested Party, Lance Duroni / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847330 | Alice B. Eaton | 212-373-3125 | Paul Weiss Rifkind Wharton & | Debtor, AbitibiBowater, Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3848915 | Edmund Emrich | (212) 848-4000 | Shearman & Sterling | Interested Party, Fairfax Financial / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847421 | Scott Friedman | 212-326-3682 | Jones Day | Interested Party, Jones Day / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847694 | Anouck Giovanola | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Debtor, AbitibiBowater Inc. / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847376 | Neil Glassman | 302-429-4224 | Bayard P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847366 | Avi Goldenberg | 212-819-7832 | White & Case LLP | Interested Party, Law Debenture Trust Company / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847358 | Alan Gover | 212-819-8595 | White & Case LLP | Interested Party, Law Debenture Trust Co. of New York / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847369 | Sean Greecher | 302-571-6557 | Young, Conaway Stargatt & Taylor, | Debtor, Abitibi Bowater / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3849027 | Bruce Grohsgal | 302-652-4100 | Pachulski Stang Ziehl & Jones | Interested Party, Fairfax Holdings / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847264 | Dan Gropper | (302) 661-7000 | Aurelius Capital Management | Interested Party, Dan Gropper / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3846616 | Adam Harris | 212-756-2253 | Schulte Roth & Zabel | Representing, ACCC Lender Group / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847493 | William Harvey | (864) 282-9413 | AbitibiBowater | Debtor, AbitibiBowater, Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3848147 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3848622 | Sandra Horwitz(Client) | 212-525-1358 | HSBC | Creditor, HSBC / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847489 | Joseph Johnson | (514) 394-3271 | AbitibiBowater | Debtor, AbitibiBowater Inc. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| AbitibiBowater Inc. | 09-11296 | Hearing | | | 312-832-4393 Foley & Lardner LLP - Chicago Office | 3847893 Harold Kaplan | Creditor, Computer Share / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | 302-573-6491 United States Trustee Department | 3850276 David Klauder | Trustee, United States Trustee Department / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (302) 467-4444 Landis Rath & Cobb, LLP | 3846597 Adam G. Landis | Creditor, ACCC Leander Group / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | 212-326-3482 Jones Day | 3847364 Paul Leake | Debtor, Bowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (514) 394-3642 AbitibiBowater | 3847485 Stephanie LeClaire | Debtor, AbitibiBowater, Inc. / LIVE |
| AbitibiBowater, Inc | 09-11296 | Hearing | | | (800) 362-2520 Veritext | 3847867 Debbie Leonard | Interested Party, Debbie Leonard / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (212) 373-3148 Paul Weiss Rifkind Wharton & | 3847681 Neil Lieberman | Debtor, AbitibiBowater Inc. / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (212) 728-8000 Willkie Farr & Gallagher LLP | 3847687 Alan Lipkin | Creditor, Wilmington Trust Company / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (212) 715-9313 Kramer Levin Naftalis & Frankel, LLP | 3848039 Douglas H. Mannal | Interested Party, Avenue Capital Management / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (302) 425-7116 Edwards Angell Palmer Dodge, LLP | 3847402 Michelle Marino | Interested Party, Law Debenture Trust / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (212) 801-6906 Greenberg Traurig, LLP | 3847236 Paul Martin | Creditor, Aurelius / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (215) 963-5000 Morgan Lewis & Bockius LLP | 3847245 Rachel Mauceri | Creditor, Wachovia National Bank / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | 302-661-7395 Greenberg Traurig, LLP | 3847248 Dennis A. Meloro | Interested Party, Aurelius Capital Management, LP / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | 212-506-5149 Orrick Herrington & Sutcliffe | 3846552 Laura Metzger | Creditor, Bank of Nova Scotia / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (212) 594-5000 Togut, Segal & Segal LLP ext. 00 | 3848230 Richard K. Milin | Debtor, Bowater Canada Finance Corp. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (212) 270-3211 JP Morgan | 3848120 Christopher M. Miller | Creditor, JP Morgan / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | 302-351-9412 Morris Nichols Arsht & Tunnell, LLP | 3847445 Curtis S. Miller | Interested Party, Wilmington Trust / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (212) 801-3085 Greenberg Traurig, LLP | 3847216 Nancy A. Mitchell | Creditor, Aurelius Capital Mgmt. & Contrarian Capital Mgmt. / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (212) 610-6300 Thornton Grout Finnigan LLP | 3847218 Rachelle Moncur | Monitor, Ernest & Young / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | 302-571-6707 Young, Conaway Stargatt & Taylor, | 3847374 Pauline Morgan | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | 416-941-7743 Ernst & Young | 3847222 Alex Morrison | Monitor, Ernst & Young / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | 302-467-4414 Landis Rath & Cobb, LLP | 3846603 Kerri K. Mumford | Representing, ACCC Lender Group / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (212) 583-5000 The Blackstone Group | 3847667 Kenneth Nguyen | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (212) 583-5553 The Blackstone Group | 3847357 Michael O'Hara | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | | | (302) 576-2603 AbitibiBowater | 3847471 Duane Owens | Debtor, AbitibiBowater Inc. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| AbitibiBowater Inc. | 09-11296 | Hearing | 3850145 | Richard Paige | (212) 583-4000 Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| AbitibiBowater, Inc | 09-11296 | Hearing | 3847228 | Mona A. Parikh | (302) 552-4214 Buchanan Ingersoll & Rooney | Monitor, Ernest & Young / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847981 | David Paterson | (514) 875-2160 AbitibiBowater | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847257 | Leigh-Anne Raport | (302) 654-1888 Ashby & Geddes | Creditor, Ad Hoc Committee of Bond Holders / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3848070 | Jason Rappaport | (212) 715-9100 Kramer Levin Naftalis & Frankel, LLP | Interested Party, Avenue Capital Management / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3848126 | Scott Ratner | 212-594-5000 Togut, Segal & Segal LLP | Debtor, Bowater Canada Finance Corp. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3848600 | Christy Rivera | 212-408-5530 Chadbourne & Park, LLP | Creditor, HSBC / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847487 | Bruce Robertson | (514) 234-6459 AbitibiBowater | Debtor, AbitibiBowater, Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3848926 | William J. F. Roll | (212) 848-4000 Shearman & Sterling | Interested Party, Fairfax Financial / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847304 | Michael Romanczuk | (302) 651-7887 Richards, Layton & Finger, P.A. | Creditor, Citibank N.A. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847548 | Henry Romero | (281) 770-5370 Henry Romero - In Pro Per/Pro Se | Creditor, Henry Romero / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847496 | Allison E. Ross | (312) 853-0497 Sidley Austin | Creditor, Smurfit Stone Container Corp. / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847127 | David E. Ross | (212) 723-1401 CitiGroup | Interested Party, 09-11296 AbitibiBowater Inc. / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847336 | Jeffrey Saferstein | (212) 373-3347 Paul Weiss Rifkind Wharton & | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847253 | Ethan Schwartz | (203) 862-8272 Contrarian Capital Management | Creditor, Contrarian Capital Management / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847194 | Peter Shah | (908) 431-9797 Peter Shah` - In Pro Per/Pro Se | Interested Party, Peter Shah / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847343 | Lauren Shumejda | (212) 373-3559 Paul Weiss Rifkind Wharton & | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3848921 | Kerri Silver | (212) 848-4249 Shearman & Sterling | Interested Party, Fairfax Financial / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847327 | Moses Silverman | 212-373-3355 Paul Weiss Rifkind Wharton & | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3849285 | Kevin Starke | 203-569-6421 CRT Capital Group, LLC | Interested Party, Kevin Starke / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847229 | Christina M. Thompson | (302) 884-6592 Connolly Bove Lodge & Hutz LLP | Creditor, Wachovia Bank / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847215 | Robert Thornton | (212) 610-6300 Thornton Grout Finnigan LLP | Monitor, Ernst & Young / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847226 | Gary Ticoll | (212) 801-3113 Greenberg Traurig, LLP | Creditor, Aurelius Capital / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847339 | Claudia Tobler | 202-223-7354 Paul Weiss Rifkind Wharton & | Debtor, AbitibiBowater Inc. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847240 | Richard Toder | (212) 309-6052 Morgan Lewis & Bockius LLP | Creditor, Wachovia National Bank / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3848161 | Albert Togut | 212-594-5000 ext. 00 Togut, Segal & Segal LLP | Debtor, Bowater Canada Finance Corp. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847495 | Jaques Vachon | (514) 394-3642 AbitibiBowater | Debtor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3850176 | Sally Veghte | (302) 429-1189 Klehr, Harrison, Harvey & Branzburg | Creditor, The Bank of Novascotia / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847295 | Eli Vonnegut | 650-752-2000 Davis Polk & Wardwell LLP | Creditor, Citibank, N.A. / LIVE |
| AbitibiBowater, Inc. | 09-11296 | Hearing | 3847841 | Ross Waetzman | (214) 773-7035 NHB | Interested Party, NHB / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847393 | Robert Winter | (202) 551-1700 Paul, Hastings, Janofsky & Walker | Creditor, Official Committee of Unsecured Creditors / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3850187 | Arin J. Wolfson | (203) 719-1349 UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3850144 | Shaun Wong | 908-229-0315 Credit Suisse | Interested Party, Credit Suisse / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847354 | Steven Zelin | 212-583-5886 The Blackstone Group | Financial Advisor, AbitibiBowater Inc. / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847242 | Menachem Zelmanovitz | (212) 309-6000 Morgan Lewis & Bockius LLP | Creditor, Wachovia Bank / LIVE |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847583 | Claire Zikovsky | (514) 397-3340 Stikeman Elliott, LLP | Debtor, AbitibiBowater Inc. / LISTEN ONLY |
| AbitibiBowater Inc. | 09-11296 | Hearing | 3847220 | Bruce Zirinsky | (212) 801-9200 Greenberg Traurig, LLP | Creditor, Aurelius Capital Management / LIVE |
| AbitibiBowater Inc. | 09-11926 | Hearing | 3847422 | Jamie Edmonson | 302-429-4234 Bayard P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |