# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABITIBIBOWATER, INC., et al., | ) | Case No. 09-11296 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## REQUEST FOR REMOVAL FROM MAILING LIST

Please remove Douglas N. Candeub from receiving ECF notifications in the above referenced bankruptcy case.

Dated: November 18, 2010

**MORRIS JAMES LLP**

_/s/ Douglas N. Candeub_
Douglas N. Candeub (DE Bar No. 4211)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: dcandeub@morrisjames.com