# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ABITIBIBOWATER INC., *et al*.,[1] | ) ) | Case No. 09-11296 (KJC) |
|  | ) |  |
| Debtors. | ) ) | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON NOVEMBER 23, 2010 AT 11:00 A.M. (ET)

### ADJOURNED MATTERS

1. Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 2187, 5/21/10]

   Response Deadline:        June 15, 2010 at 4:00 p.m. (ET)

   Responses/Objections Received:

   A. Response of J&L Fiber Services [Docket No. 2250, 5/28/10]

   B. Supplemental Response of J&L Fiber Services [Docket No. 2624, 7/12/10]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AbitibiBowater Inc. (6415), AbitibiBowater US Holding 1 Corp. (N/A), AbitibiBowater US Holding LLC (N/A), AbitibiBowater Canada Inc. (N/A), Abitibi-Consolidated Alabama Corporation (4396), Abitibi-Consolidated Corporation (9050), Abitibi-Consolidated Finance LP (4528), Abitibi Consolidated Sales Corporation (7144), Alabama River Newsprint Company (7247), Augusta Woodlands, LLC (9050), Bowater Alabama LLC (7106), Bowater America Inc. (8645), Bowater Canada Finance Corporation (N/A), Bowater Canadian Forest Products Inc. (N/A), Bowater Canadian Holdings Incorporated (N/A), Bowater Canadian Limited (N/A), Bowater Finance Company Inc. (1715), Bowater Finance II LLC (7886), Bowater Incorporated (1803), Bowater LaHave Corporation (N/A), Bowater Maritimes Inc. (N/A), Bowater Newsprint South LLC (1947), Bowater Newsprint South Operations LLC (0168), Bowater Nuway Inc. (8073), Bowater Nuway Mid-States Inc. (8290), Bowater South American Holdings Incorporated (N/A), Bowater Ventures Inc. (8343), Catawba Property Holdings, LLC (N/A), Coosa Pines Golf Club Holdings LLC (8702), Donohue Corp. (9051), Lake Superior Forest Products Inc. (9305) and Tenex Data Inc. (5913). On December 21, 2009, ABH LLC 1 (2280) and ABH Holding Company LLC (2398) (the "SPV Debtors") commenced chapter 11 cases, which cases are jointly administered with the above-captioned Debtors. The Debtors' and SPV Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1155 Metcalfe Street, Suite 800, Montreal, Quebec H3B 5H2, Canada.

Related Documents:

    C.    Order Sustaining Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 2475, 6/23/10]

Status: With respect to the responses of J&L Fiber Services, this matter is adjourned until December 22, 2010 at 1:00 p.m. (ET) to allow the parties additional time to reach a consensual resolution. An Order has been entered with respect to the remainder of the relief requested in the Objection.

2. Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 2921, 8/13/10]

    Response Deadline:    September 7, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:

        A.    Informal Response of Clow Darling

    Related Documents:

        B.    Notice of Filing of Corrected Exhibit [Docket No. 2923, 8/13/10]

        C.    Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 3273, 9/14/10]

    Status: This matter is adjourned solely with respect to Item A until December 22, 2010 at 1:00 p.m. (ET). An order has been entered with respect to the remainder of this matter.

3. Debtors' Eleventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 2922, 8/13/10]

    Response Deadline:    September 7, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:

        A.    Informal response of 6663923 Canada Inc.

    Related Documents:

        B.    Order Sustaining Debtors' Eleventh Omnibus (Substantive)Objection to Claims [Docket No. 3274, 9/14/10]

C. Notice of Partial Withdrawal [Docket No. 3583, 10/13/10]

Status: This matter is adjourned solely with respect to Item A until December 22, 2010 at 1:00 p.m. (ET). An order has been entered with respect to the remainder of this matter.

4. Objection of Bowater Incorporated Seeking Entry of an Order Disallowing and Expunging in Its Entirety the Contribution Claim, or, in the Alternative, the Guarantee Claim [Docket No. 3217, 9/13/10]

Response Deadline: October 14, 2010 at 4:00 p.m. (ET)
[Extended by agreement of the parties]

Responses/Objections Received: None.

Related Documents: None.

Status: This matter is adjourned to a date to be determined by the Court.

5. Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3381, 9/21/10]

Response Deadline: October 14, 2010 at 4:00 p.m. (ET)

Responses/Objections Received:

A. Response of Bruce Nunn [Docket No. 3527, 10/6/10]

B. Informal Response of AstenJohnson, Inc.

C. Informal Response of FCR, Inc.

Related Documents:

D. Order Sustaining Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims [Docket No. 3622, 10/20/10]

Status: This matter is adjourned solely with respect to Items A, B and C until December 22, 2010 at 1:00 p.m. (ET). An order has been entered with respect to the remainder of this matter.

6. Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3382, 9/21/10]

Response Deadline: October 14, 2010 at 4:00 p.m. (ET)

Responses/Objections Received:

    A.    Response of Haynes Benefits PC [Docket No. 3526, 10/6/10]

    B.    Informal Response of Southern Ionics

    C.    Informal Response of Western Express

    D.    Informal Response of AstenJohnson, Inc.

    E.    Informal Response of Cascades Sonoco, Inc. Birmingham Division

    F.    Informal Response of Airgas South, Inc.

    G.    Informal Response of Robert Herdman

Related Documents:

    H.    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection To Claims [Docket No. 3622, 10/20/10]

Status:    This matter is adjourned solely with respect to Items A, B, C, D, E, F and G until December 22, 2010 at 1:00 p.m. (ET). An order has been entered with respect to the remainder of this matter.

7. Motion of Ford, Bacon & Davis, LLC to Allow Amendment to Informal Proof of Claim [Docket No. 3521, 10/5/10]

    Response Deadline:    October 19, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

    Related Documents:    None.

    Status:    This matter is adjourned by agreement of the parties until December 22, 2010 at 1:00 p.m. (ET).

**UNCONTESTED MATTERS – CERTIFICATIONS FILED**

8. Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3637, 10/22/10]

    Response Deadline:    November 16, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

Related Documents:

    A.    Certificate of No Objection [Docket No. 3896, 11/18/10]

    B.    Proposed Order

Status:    No objections have been received, and a Certificate of No Objection has been filed.

9. Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3638, 10/22/10]

Response Deadline:    November 16, 2010 at 4:00 p.m. (ET)

Responses/Objections Received:

    A.    Informal Response of Ashland Hercules

    B.    Response of Dell Marketing, L.P. [Docket No. 3855, 11/15/10]

    C.    Response of Pulp and Paper Products Counsel [Docket No. 3905, 11/19/10]

Related Documents:

    D.    Certification of Counsel [Docket No. 3897, 11/18/10]

    E.    Proposed Order

Status:    This matter is adjourned solely with respect to Items A and B until December 22, 2010 at 1:00 p.m. (ET). The Debtors received an untimely response from Pulp and Paper Products Counsel (Item C) and will work with the respondent to resolve its concerns. The Debtors have submitted a revised proposed order under Certification of Counsel with respect to this matter.

10. Debtors' Motion Pursuant to Sections 105 and 363 of the Bankrutpcy Code and Bankruptcy Rule 9019 for an Order Authorizing the Debtors to Enter Into a Settlement Agreement With the QW Entities and Certain Other Parties [Docket No. 3722, 11/2/10]

Response Deadline:    November 16, 2010 at 4:00 p.m. (ET)

Responses/Objections Received:    None.

Related Documents:

    A.    Certificate of No Objection [Docket No. 3898, 11/18/10]

B.      Proposed Order

Status:    No objections have been received, and a Certificate of No Objection has been filed.

11. Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employement and Retention of Bifferato LLC as Special Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 27, 2010 [Docket No. 3739, 11/3/10]

    Response Deadline:                          November 16, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:         None.

    Related Documents:

    A.      Certificate of No Objection [Docket No. 3906, 11/19/10]

    B.      Proposed Order

    Status:    No objections have been received, and a Certificate of No Objection has been filed.

12. Debtors' Fifth Motion for an Order Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Proceedings [Docket No. 3806, 11/8/10]

    Response Deadline:                          November 16, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:         None.

    Related Documents:

    A.      Certificate of No Objection [Docket No. 3899, 11/18/10]

    B.      Proposed Order

    Status:    No objections have been received, and a Certificate of No Objection has been filed.

**PRETRIAL CONFERENCE**

13. Pretrial Conference - *CIT Partners, LLC v. Abitibi-Consolidated Corporation* – Adv. No. 10-52905

    Response Deadline:                          September 27, 2010 at 4:00 p.m. (ET)

Related Documents:

  A. Complaint for Declaratory Judgment [Docket No. 1, 8/27/10]

  B. Summons and Notice of Pretrial Conference [Docket No. 3, 8/30/10]

  C. Certification of Counsel Regarding Pretrial Scheduling Order [Docket No. 6, 11/18/10]

  D. Proposed Order

Responses/Objections Received:

  E. Debtors' Answer and Counterclaims [Docket No. 4, 9/27/10]

  F. Answer of CIT Partners, LLC to Counterclaims [Docket No. 5, 10/18/10]

Status: The parties have submitted a proposed pretrial scheduling order under Certification of Counsel.

## **MATTERS GOING FORWARD**

14. Bowater Incorporated's Motion for Order Unsealing the Report of the Special Advisor to Bowater Canada Finance Corporation [Docket No. 3487, 9/30/10]

  Response Deadline:     October 7, 2010 at 10:00 a.m. (ET)

  Related Documents:

    A. Order Shortening Notice on Motion [Docket No. 3500, 10/1/10]

    B. Statement of Bowater Canada Finance Corporation Concerning Motion [Docket No. 3536, 10/6/10]

  Responses/Objections Received:

    C. Objection Of Wilmington Trust Company, Solely As Successor Indenture Trustee For The 7.95% Notes Due 2011 Issued By Bowater Canada Finance Corporation [Docket No. 3538, 10/6/10]

  Status: This matter has been continued from the November 18th hearing at the Court's direction.

15. Motion for Order Pursuant to the Court-to-Court Protocol Authorizing Bowater Incorporated to Seek Advice and Direction from the Canadian Court [Docket No. 3091, 9/1/10]

  Response Deadline:     September 13, 2010 at 12:00 noon (ET)

Related Documents:

    A.    Amended Notice of Motion [Docket No. 3112, 9/30/10]

    B.    Order Shortening Notice on the Motion [Docket No. 3113, 9/3/10]

    C.    Objection of Bowater Incorporated Seeking Entry of an Order Disallowing and Expunging In Its Entirety the Contribution Claim, or, in the Alternative, the Guarantee Claim [Docket No. 3217, 9/13/10]

Responses/Objections Received:

    D.    Limited Objection of Wilmington Trust Company, Solely as Successor Indenture Trustee for the 7.95% Notes Due 2011 Issued by Bowater Canada Finance Corporation [Docket No. 3200, 9/13/10]

    E.    Response of Bowater Canada Finance Corporation [Docket No. 3246, 9/13/10]

    F.    Corrected Objection of Aurelius Capital Management, LP and Contrarian Capital Management, LLC [Docket No. 3248, 9/14/10]

Status:    This matter has been continued from the November 18th hearing at the Court's direction.

## **CONFIRMATION HEARING**

16.    Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 2796, 8/2/10]

    Response Deadline:    September 13, 2010 at 12:00 noon (ET) [Extended until September 13, 2010 at 4:00 p.m. (ET) for Wilmington Trust and until September 16, 2010 at 4:00 p.m. (ET) for Peter I. Shah]

    Related Documents:

    A.    Notice of Filing of Proposed Letter From Official Committee of Unsecured Creditors in Support of Debtors' Second Amended Plan [Docket No. 2775, 8/1/10]

    B.    Disclosure Statement for Debtors' Second Amended Plan [Docket No. 2797, 8/2/10]

C. Corrected Order (I) Approving the Disclosure Statement; (II) Approving the Form and Contents of the Solicitation Package; (III) Approving the Form and Manner of Notice of the Confirmation Hearing; (IV) Approving Procedures for Distribution of Solicitation Packages; (V) Approving Procedures For Vote Tabulations; (VI) Approving the Cross-Border Voting Protocol; (VII) Approving the Form and Contents of the Subscription Packages for a Rights Offering; (VIII)Approving Procedures for Participating in Rights Offering; (IX) Establishing a Record Date, a Voting Deadline for Receipt of Ballots and an Expiration Date for the Rights Offering; (X) Establishing the Deadline and Procedures For Filing Objections to Confirmation Of The Plan And Asserted Cure Amounts for Executory Contracts and Unexpired Leases that May be Assumed as Part of the Plan; and (XI) Granting Related Relief [Docket No. 2824, 8/3/10]

D. Notice of (i) Approval of Disclosure Statement, (ii) Hearing to Consider Confirmation of the Plan, and (iii) Last Date and Procedures for Filing Objections to Confirmation of the Plan [Docket No. 2864, 8/9/10]

E. Notice of Filing of Supplements to Debtors' Second Amended Plan [Docket No. 3093, 9/1/10]

F. Notice of Filing of Supplement 4B to Debtors' Second Amended Plan [Docket No. 3109, 9/2/10]

G. Notice of Filing of Supplements to Debtors' Second Amended Plan [Docket No. 3122, 9/3/10]

H. Notice of Filing of Amended Supplement 6A-4 to Debtors' Second Amended Plan [Docket No. 3187, 9/10/10]

I. Notice of Filing of Amended Supplement 12 to Debtors' Second Amended Plan [Docket No. 3245, 9/13/10]

J. Notice of Filing of Amended Supplements 11A and 11B to Debtors' Second Amended Plan [Docket No. 3334, 9/17/10]

K. Notice of Filing of Amended Supplements 7A and 7B to Debtors' Second Amended Plan [Docket No. 3335, 9/17/10]

L. Declaration of Stephenie Kjontvedt of Epiq Bankruptcy Solutions, LLC Regarding Voting On, and Tabulation of, Ballots Accepting and Rejecting the Second Amended Joint Plan of Reorganization [Docket No. 3354, 9/20/10]

M. Debtors' Memorandum of Law in Support of Confirmation of Debtors' Second Amended Joint Plan of Reorganization Dated (as Amended)] [Docket No. 3375, 9/21/10]

N. Declaration of Steven Zelin in Support of Confirmation [Docket No. 3376, 9/21/10]

O. Declaration of William G. Harvey in Support of Confirmation [Docket No. 3377, 9/21/10]

P. Debtors' Omnibus Reply to Objections to Confirmation of Debtors' Second Amended Joint Plan of Reorganization (As Amended) [Docket No. 3378, 9/21/10]

Q. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Joint Plan of Reorganization [Docket No. 3379, 9/21/10]

R. Motion for Leave to Exceed Page Limit Requirements With Respect to (i) Debtors' Memorandum of Law in Support of Confirmation, and (ii) Debtors' Omnibus Reply to Objections to Confirmation [Docket No. 3380, 9/21/10]

S. Joint Memorandum of Law of Fairfax Financial Holdings Limited and Law Debenture Trust Company of New York, In Its Capacity as Indenture Trustee, in Support of Confirmation [Docket No. 3383 - 3389, 9/21/10]

T. Amended Declaration of Stephenie Kjontvedt of Epiq Bankruptcy Solutions, LLC Regarding Voting On, and Tabulation of, Ballots Accepting and Rejecting the Second Amended Joint Plan of Reorganization [Docket No. 3396, 9/22/10]

U. Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of Debtors' Second Amended Joint Plan of Reorganization [Docket No. 3398, 9/22/10]

Responses/Objections Received:

V. Response of Robert Van Houten [Docket No. 2991, 8/20/10]

W. Objection of Robert Wallis [Docket No. 3138, 9/7/10]

X. Objection of The Texas Comptroller of Public Accounts [Docket No. 3145, 9/8/10]

Y. Objection of Missouri Department of Revenue [Docket No. 3178, 9/10/10]

Z. Objection of Custom Mechanical Contractors [Docket No. 3192, 9/13/10]

AA. Objection of Stein Construction Company, Inc. [Docket No. 3193, 9/13/10]

BB. Objection of Association of Western Pulp and Paper Workers [Docket No. 3194, 9/13/10]

  (i) Amended Declaration of Greg Jones in Support of Objection [Docket No. 3322, 9/17/10]

CC. Objection of United States Trustee [Docket No. 3195, 9/13/10]

DD. Objection of Texas Ad Valorem Taxing Authorities [Docket No. 3196, 9/13/10]

   (i) Notice of Withdrawal [Docket No. 3347, 9/20/10]

EE. Limited Objection of Caterpillar Financial Services Corporation [Docket No. 3197, 9/13/10]

FF. Objection of BASF Corporation to Confirmation and Plan Supplement 10 [Docket No. 3198, 9/13/10]

GG. Objection of Aurelius Capital Management, LP, Contrarian Capital Management, LLC [Docket No. 3202, 9/13/10]

HH. Objection of John Haack [Docket No. 3209, 9/13/10]

II. Objection of Tennessee Department of Revenue [Docket No. 3221, 9/13/10]

JJ. Limited Objection of Wilmington Trust, solely as indenture trustee for the 7.95% Notes due 2011 [Docket No. 3222, 9/13/10]

KK. Objection of Certain Equity Shareholders [Docket No. 3224, 9/13/10]

LL. Limited Objection of Paul Planet and Thor Thorsteinson [Docket No. 3275, 9/14/10]

MM. Objection of Certain Holders of Common Stock/Peter I. Shah [Docket No. 3293, 9/16/10]

Additional Related Documents:

NN. Statement of the Monitor of the Canadian Debtors in the Canadian Proceedings in Support of Confirmation of Debtors' Second Amended Joint Plan of Reorganization [Docket No. 3403, 9/22/10]

OO. Notice of Filing of Summary Chart of Responses to Objections to Debtors' Second Amended Joint Plan of Reorganization [Docket No. 3424, 9/23/10]

PP. Notice of Filing of Amended Supplements 2, 4A, 4B, and 9 and Second Amended Supplement 11A to Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 3425, 9/23/10]

QQ. Notice of Filing of the Reasons for Judgment on Sanction Order of the Canadian Court [Docket No. 3427, 9/23/10]

RR. Notice of Filing of Updated Summary Chart of Responses to Objections to Debtors' Second Amended Joint Plan of Reorganization [Docket No. 3468, 9/28/10]

Additional Responses/Objections Received:

SS. Joinder of William Kovach to Objection of Certain Equity Shareholders [Docket No. 3430, 9/23/10]

TT. Letter from Kelly Nickolson [Docket No. 3431, 9/22/10]

UU. Response of Dr. Henry Romero and Ms. Romero to Debtors' Omnibus Reply to Objections to Confirmation of Debtors' Second Amended Joint Plan of Reorganization (As Amended) [Docket No. 3434, 9/23/10]

VV. Joinder of Joel Lambeth to Objections of Certain Equity Shareholders [Docket No. 3435, 9/24/10]

WW. Joinder of Robert Alan Cameron Gilbertson to Objections of Certain Equity Shareholders [Docket No. 3436, 9/24/10]

XX. Joinder of Daniel R. Thornton to Objections of Certain Equity Shareholders [Docket No. 3437, 9/24/10]

YY. Joinder of Tamer Ziady to Objections of Certain Equity Shareholders [Docket No. 3452, 9/27/10]

ZZ. Joinder of Pratik P. Shah to Objections of Certain Equity Shareholders [Docket No. 3471, 9/28/10]

Further Additional Related Documents:

AAA. Notice of Proposed Proffered Testimony From Declaration of Steven Zelin in Support of Confirmation [Docket No. 3476, 9/29/10]

BBB. Blackline Version of Debtors' Second Amended Joint Plan of Reorganization [Docket No. 3539, 10/6/10]

CCC. Notice of (i) Continuation of Confirmation Hearing and (ii) Rescheduling of Omnibus Hearing Date [Docket No. 3567, 10/12/10]

Further Additional Responses/Objections Received:

DDD. Joinder of Glenn Dombeck to Objections of Certain Equity Shareholders [Docket No. 3540, 9/23/10]

EEE. Memorandum of Objection of John Haack [Docket No. 3613, 10/19/10]

FFF. Objection of Robert Wallis [Docket No. 3708, 11/1/10]

GGG. Objection of Pratik Shah [Docket No. 3709, 11/1/10]

Further Additional Related Documents:

HHH. Notice of Continuation of Confirmation Hearing [Docket No. 3620, 10/20/10]

III. Notice of Filing of Index of Exhibits Entered Into Evidence in Connection With Confirmation [Docket No. 3631, 10/21/10]

Post-Evidentiary Hearing Briefing:

JJJ. Letter Brief of the Association of Western Pulp and Paper Workers Union in Opposition to Confirmation [Docket No. 3676, 10/29/10]

KKK. Letter Brief of John Haack in Opposition to Confirmation [Docket No. 3678, 10/29/10]

LLL. Letter Brief of Monitor in Support of Confirmation [Docket No. 3683, 10/29/10]

MMM. Letter Brief of Fairfax Financial Holdings Ltd. and Certain of its Affiliates in Support of Confirmation [Docket No. 3687, 10/29/10]

NNN. Letter Brief of Aurelius Capital Management, LP in Opposition to Confirmation [Docket No. 3691, 10/29/10]

OOO. Letter Brief of Debtors in Support of Confirmation [Docket No. 3695, 10/29/10]

PPP. Letter Brief of Wilmington Trust Company, as Successor Indenture Trustee for the 7.95% Notes Due 2011 Issued By Bowater Canada Finance Corporation, in Support of Requiring Modifications to the Plan Solely as it Relates to Bowater [Docket No. 3696, 10/29/10]

QQQ. Letter Brief of the Official Committee of Unsecured Creditors in Support of Confirmation [Docket No. 3697, 10/29/10]

RRR. Letter Brief of Avenue Capital Management, LLC in Support of Confirmation [Docket No. 3698, 10/29/10]

SSS. Letter Brief of Peter I. Shah in Opposition to Confirmation [Docket No. 3710, 11/1/10]

TTT. Letter Brief of Dr. Henry Romero and Mrs. Elizabeth Romero in Opposition to Confirmation [Docket No. 3711, 10/29/10]

UUU. Letter Brief of Glenn D. Bombeck in Opposition to Confirmation [Docket No. 3713, 10/28/10]

Further Additional Response Received

VVV. Letter from Bernard Kessler [Docket No. 3814, 11/8/10]

Further Additional Related Documents:

WWW. Notice of Filing of Revised (i) Proposed Findings of Facts, Conclusions of Law, and Order Confirming Debtors' Second Amended Joint Plan of

Reorganization Under Chapter 11 of the Bankruptcy Code (as Amended), and (ii) Blackline of Amended Plan [Docket No. 3868, 11/15/10]

XXX. Notice of Filing of Amended Supplement 12 to Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 3869, 11/15/10]

YYY. Notice of Filing of Agreed (i) Proposed Findings of Facts, Conclusions of Law, and Order Confirming Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (as Amended), and (ii) Blackline of Amended Plan [Docket No. 3872, 11/16/10]

Further Additional Response Received

ZZZ. Objection of Henry Romero [Docket No. 3884, 11/17/10]

AAAA. Objection of Elizabeth Romero [Docket No. 3885, 11/17/10]

BBBB. Objection of Glenn Dombeck [Docket No. 3886, 11/17/10]

Status: This matter is going forward.

17. Notice of (i) Possible Assumption of Executory Contracts and Unexpired Leases, (ii) Fixing of Cure Amounts, and (iii) Deadline to Object Thereto [Docket No. 3074, 8/30/10]

Response Deadline: September 17, 2010 at 4:00 p.m. (ET)

Related Documents:

A. Supplemental Notice of (i) Possible Assumption of Executory Contracts and Unexpired Leases, (ii) Fixing of Cure Amounts, and (iii) Deadline to Object Thereto [Docket No. 3110, 9/2/10]

Responses/Objections Received:

B. Objection and Reservation of Rights of BASF Corporation [Docket No. 3201, 9/13/10]

C. Objection of Lloyd's Canada [Docket No. 3206, 9/13/10]

D. Objection of Woodbridge Company Limited, Woodbridge International Holdings Limited, and Woodbridge International Holdings SA [Docket No. 3284, 9/15/10]

E. Objection of Springbank, LLC [Docket No. 3306, 9/16/10]

F. Objection of RWDI AIR, Inc. [Docket No. 3320, 9/17/10]

G. Objection of VSF Leasing Co. [Docket No. 3321, 9/17/10]

      H.      Objection of AstenJohnson, Inc. [Docket No. 3323, 9/17/10]

      I.      Objection of ACE Group of Companies [Docket No. 3324, 9/17/10]

      J.      Objection of Caterpillar Financial Services Corporation [Docket No. 3325, 9/17/10]

      K.      Objection of ePlus Group, Inc. [Docket No. 3330, 9/17/10]

      L.      Objection of General Electric Capital Corporation [Docket No. 3349, 9/20/10]

      M.      Objection of General Electric Capital Corporation Transportation Finance [Docket No. 3350, 9/20/10]

Status: All objections have been either resolved or are moot. With respect to Item D, the parties have agreed upon language to be included in the proposed confirmation order. The Debtors have resolved Items B, C, E, F, G, I, J, K, and L. The Debtors are not assuming the contracts at issue in Items H and M; accordingly, those objections are moot.

## **HEARING TO SHOW CAUSE**

18. Order to Show Cause [Docket No. 3265, 9/14/10]

    Response Deadline:        September 21, 2010 at 4:00 p.m. (ET)

    Responses Received:

      A.      Response of Aurelius Capital Management, LP and Contrarian Capital Management, LLC [Docket No. 3360, 9/21/10]

      B.      Response of Debtors [Docket No. 3363, 9/21/10]

      C.      Response of the Monitor of the Canadian Debtors in the Canadian Proceedings [Docket No. 3365, 9/21/10]

      D.      Response Of Wilmington Trust Company, Solely As Successor Indenture Trustee For The 7.95% Notes Due 2011 Issued By Bowater Canada Finance Corporation [Docket No. 3368, 9/21/10]

      E.      Joinder of Wells Fargo Bank, National Association as successor to Wachovia Bank, N.A. to Debtors' Response [Docket No. 3369, 9/21/10]

      F.      Limited Response of Official Committee of Unsecured Creditors [Docket No. 3371, 9/21/10]

      G.      Joinder of Fairfax Financial Holdings Ltd. and Law Debenture Trust Company of New York to Debtors Response [Docket No. 3372, 9/21/10]

H. Statement of Avenue Capital Management, LLC in Support of the Debtors' Response [Docket No. 3373, 9/21/10]

I. Joinder by the ACCC Term Loan Agent to Debtors' Response to Order to Show Cause [Docket No. 3402, 9/22/10]

J. Reply of Wilmington Trust Company, Solely As Successor Indenture Trustee For The 7.95% Notes Due 2011 Issued By Bowater Canada Finance Corporation, to Responses and Joinders Filed in Opposition to the Appointment of a Chapter 11 Trustee for Bowater Canada Finance Corporation [Docket No. 3405, 9/22/10]

K. Debtors' Reply to Responses of Aurelius Capital Management, LP, Contrarian Capital Management, LLC and Wilmington Trust Company, as Successor Indenture Trustee for the 7.95% Notes Due 2011 Issued By Bowater Canada Finance Corporation [Docket No. 3406, 9/22/10]

L. Omnibus Reply of Aurelius Capital Management, LP and Contrarian Capital Management, LLC to Responses [Docket No. 3407, 9/22/10]

M. Notice of Filing of Supplemental Exhibit to Debtors' Reply to Responses of Aurelius Capital Management, LP, Contrarian Capital Management, LLC and Wilmington Trust Company, as Successor Indenture Trustee for the 7.95% Notes Due 2011 Issued By Bowater Canada Finance Corporation [Docket No. 3410, 9/23/10]

N. Notice of Filing of the Reasons for Judgment on Sanction Order of the Canadian Court [Docket No. 3427, 9/23/10]

Status: This matter has been continued from the November 18th hearing at the Court's direction.

Dated: Wilmington, Delaware
November 19, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean T. Greecher*

Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

– and –

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Kelley A. Cornish
Claudia R. Tobler
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel for the Debtors and Debtors-in-Possession*