## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| **ABITIBIBOWATER INC.,** *et al,* | : | |
| | : | Case No. 09-11296 (KJC) |
| Debtors | : | (Jointly Administered) |
| | : | |
| _____ | : | Re: (D.I. 3374, 4586, 4627) |

## **ORDER**

AND NOW, this 12th day of December, 2012, upon consideration of:

a. The Levin Group, L.P.'s Motion for an Order Confirming the Unambiguous Meaning of the Engagement Agreement (D.I. 4586), and

b. The Claims Agent's Cross-Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056 as to Claim No. 3455 (D.I. 4627),

and after a oral argument, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that

(1) The Levin Group, L.P.'s Motion for an Order Confirming the Unambiguous Meaning of the Engagement Agreement is **DENIED**,

(2) The Claims Agent's Cross-Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056 as to Claim No. 3455 is **GRANTED**, and, therefore,

(a) the objection to Claim No. 3455 (D.I. 3374) is **SUSTAINED,** and

(b) Claim 3455, filed by The Levin Group, L.P., is disallowed and expunged in full.

FOR THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc:   Andrew L. Magaziner, Esquire[1]

---

[1] Counsel shall serve a copy of this Memorandum and Order upon all interested parties, including Judge Waites of the United States Bankruptcy Court, District of South Carolina, and file a Certificate of Service with the Court.