U.S. BANKRUPTCY COURT - ABITIBIBOWATER INC.
CHAPTER 11 CASE NO. 09-11296 (KJC) JOINTLY ADMINISTERED
DEBTOR: ABITIBIBOWATER INC., , , CASE FILE DATE: 04/16/09
ATTORNEY: PAUL, WEISS, RIFKIND, WHARTON & GARRISON, 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019-6064 212-373-3000 ATTN: KELLEY A. KORNISH, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 09-11299 | PELLERIN, JEAN-LUC<br>540 STATION<br>ST-BONIFACE, QC G0X 2L0<br>CANADA | 10497 | 8,014.82 CLAIMED UNSECURED<br>8,014.82 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11302 | PELLERIN, JEAN-LUC<br>540 STATION<br>ST-BONIFACE, QC G0X 2L0<br>CANADA | 10498 | 8,014.82 CLAIMED UNSECURED<br>8,014.82 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11296 | PEPIN, JOCELYN<br>1916 CHEMIN DES PATRIOTES NORD<br>MONT ST-HILAIRE, QC J3G 4S6<br>CANADA | 10499 | 41,441.63 CLAIMED UNSECURED<br>41,441.63 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11311 | PEPIN, JOCELYN<br>1916 CHEMIN DES PATRIOTES NORD<br>MONT ST-HILAIRE, QC J3G 4S6<br>CANADA | 10500 | 9,531.57 CLAIMED UNSECURED<br>9,531.57 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11298 | PEPIN, JOCELYN<br>1916 CHEMIN DES PATRIOTES NORD<br>MONT ST-HILAIRE, QC J3G 4S6<br>CANADA | 10501 | 8,288.33 CLAIMED UNSECURED<br>8,288.33 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11299 | PEPIN, JOCELYN<br>1916 CHEMIN DES PATRIOTES NORD<br>MONT ST-HILAIRE, QC J3G 4S6<br>CANADA | 10502 | 8,288.33 CLAIMED UNSECURED<br>8,288.33 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11302 | PEPIN, JOCELYN<br>1916 CHEMIN DES PATRIOTES NORD<br>MONT ST-HILAIRE, QC J3G 4S6<br>CANADA | 10503 | 8,288.33 CLAIMED UNSECURED<br>8,288.33 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11296 | PERRON, ROBERT<br>1988 CHEMIN DU LAC<br>ST FELICIEN, QC G8K 3E5<br>CANADA | 10504 | 49,274.66 CLAIMED UNSECURED<br>49,274.66 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11311 | PERRON, ROBERT<br>1988 CHEMIN DU LAC<br>ST FELICIEN, QC G8K 3E5<br>CANADA | 10505 | 11,333.17 CLAIMED UNSECURED<br>11,333.17 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |

U.S. BANKRUPTCY COURT - ABITIBIBOWATER INC.
CHAPTER 11 CASE NO. 09-11296 (KJC) JOINTLY ADMINISTERED
DEBTOR: ABITIBIBOWATER INC., , , CASE FILE DATE: 04/16/09
ATTORNEY: PAUL, WEISS, RIFKIND, WHARTON & GARRISON, 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019-6064 212-373-3000 ATTN: KELLEY A. KORNISH, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 09-11298 | PERRON, ROBERT<br>1988 CHEMIN DU LAC<br>ST FELICIEN, QC G8K 3E5<br>CANADA | 10506 | 9,854.93 CLAIMED UNSECURED<br>9,854.93 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11299 | PERRON, ROBERT<br>1988 CHEMIN DU LAC<br>ST FELICIEN, QC G8K 3E5<br>CANADA | 10507 | 9,854.93 CLAIMED UNSECURED<br>9,854.93 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11302 | PERRON, ROBERT<br>1988 CHEMIN DU LAC<br>ST FELICIEN, QC G8K 3E5<br>CANADA | 10508 | 9,854.93 CLAIMED UNSECURED<br>9,854.93 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11296 | PICKERING, RICHARD R.<br>101 OAKLAND ROAD<br>BEACONSFIELD, QC H9W 5C8<br>CANADA | 10509 | 151,156.76 CLAIMED UNSECURED<br>151,156.76 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11311 | PICKERING, RICHARD R.<br>101 OAKLAND ROAD<br>BEACONSFIELD, QC H9W 5C8<br>CANADA | 10510 | 34,766.05 CLAIMED UNSECURED<br>34,766.05 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11298 | PICKERING, RICHARD R.<br>101 OAKLAND ROAD<br>BEACONSFIELD, QC H9W 5C8<br>CANADA | 10511 | 30,231.35 CLAIMED UNSECURED<br>30,231.35 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11299 | PICKERING, RICHARD R.<br>101 OAKLAND ROAD<br>BEACONSFIELD, QC H9W 5C8<br>CANADA | 10512 | 30,231.35 CLAIMED UNSECURED<br>30,231.35 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11302 | PICKERING, RICHARD R.<br>101 OAKLAND ROAD<br>BEACONSFIELD, QC H9W 5C8<br>CANADA | 10513 | 30,231.35 CLAIMED UNSECURED<br>30,231.35 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11296 | QUESNEL, ROGER<br>414-2085 PL. DUCLUB MEMPHRE<br>MAGOG, QC J1X 7P4<br>CANADA | 10514 | 45,014.82 CLAIMED UNSECURED<br>45,014.82 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |

U.S. BANKRUPTCY COURT - ABITIBIBOWATER INC.
CHAPTER 11 CASE NO. 09-11296 (KJC) JOINTLY ADMINISTERED
DEBTOR: ABITIBIBOWATER INC., , ,
CASE FILE DATE: 04/16/09
ATTORNEY: PAUL, WEISS, RIFKIND, WHARTON & GARRISON, 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019-6064 212-373-3000 ATTN: KELLEY A. KORNISH, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 09-11311 | QUESNEL, ROGER<br>414-2085 PL. DUCLUB MEMPHRE<br>MAGOG, QC J1X 7P4<br>CANADA | 10515 | 10,353.41 CLAIMED UNSECURED<br>10,353.41 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11298 | QUESNEL, ROGER<br>414-2085 PL. DUCLUB MEMPHRE<br>MAGOG, QC J1X 7P4<br>CANADA | 10516 | 9,002.96 CLAIMED UNSECURED<br>9,002.96 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11299 | QUESNEL, ROGER<br>414-2085 PL. DUCLUB MEMPHRE<br>MAGOG, QC J1X 7P4<br>CANADA | 10517 | 9,002.96 CLAIMED UNSECURED<br>9,002.96 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11302 | QUESNEL, ROGER<br>414-2085 PL. DUCLUB MEMPHRE<br>MAGOG, QC J1X 7P4<br>CANADA | 10518 | 9,002.96 CLAIMED UNSECURED<br>9,002.96 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11296 | ROBITAILLE, JEAN MARC<br>1840 PRINCIPALE<br>ST-JEAN DES PILLES, QC G0X 2V0<br>CANADA | 10519 | 66,508.32 CLAIMED UNSECURED<br>66,508.32 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11311 | ROBITAILLE, JEAN MARC<br>1840 PRINCIPALE<br>ST-JEAN DES PILLES, QC G0X 2V0<br>CANADA | 10520 | 15,296.91 CLAIMED UNSECURED<br>15,296.91 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11298 | ROBITAILLE, JEAN MARC<br>1840 PRINCIPALE<br>ST-JEAN DES PILLES, QC G0X 2V0<br>CANADA | 10521 | 13,301.66 CLAIMED UNSECURED<br>13,301.66 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11299 | ROBITAILLE, JEAN MARC<br>1840 PRINCIPALE<br>ST-JEAN DES PILLES, QC G0X 2V0<br>CANADA | 10522 | 13,301.66 CLAIMED UNSECURED<br>13,301.66 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11302 | ROBITAILLE, JEAN MARC<br>1840 PRINCIPALE<br>ST-JEAN DES PILLES, QC G0X 2V0<br>CANADA | 10523 | 13,301.66 CLAIMED UNSECURED<br>13,301.66 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |

U.S. BANKRUPTCY COURT - ABITIBIBOWATER INC.
CHAPTER 11 CASE NO. 09-11296 (KJC) JOINTLY ADMINISTERED
DEBTOR: ABITIBIBOWATER INC., , ,
CASE FILE DATE: 04/16/09
ATTORNEY: PAUL, WEISS, RIFKIND, WHARTON & GARRISON, 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019-6064 212-373-3000 ATTN: KELLEY A. KORNISH, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 09-11296 | SHEFFIELD, WILLIAM HERBERT<br>1107-198 AQUARIUS MEWS<br>VANCOUVER, BC V6Z 2Y4<br>CANADA | 10524 | 227,520.99 CLAIMED UNSECURED<br>227,520.99 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11311 | SHEFFIELD, WILLIAM HERBERT<br>1107-198 AQUARIUS MEWS<br>VANCOUVER, BC V6Z 2Y4<br>CANADA | 10525 | 52,329.83 CLAIMED UNSECURED<br>52,329.83 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11298 | SHEFFIELD, WILLIAM HERBERT<br>1107-198 AQUARIUS MEWS<br>VANCOUVER, BC V6Z 2Y4<br>CANADA | 10526 | 45,504.20 CLAIMED UNSECURED<br>45,504.20 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11299 | SHEFFIELD, WILLIAM HERBERT<br>1107-198 AQUARIUS MEWS<br>VANCOUVER, BC V6Z 2Y4<br>CANADA | 10527 | 45,504.20 CLAIMED UNSECURED<br>45,504.20 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11302 | SHEFFIELD, WILLIAM HERBERT<br>1107-198 AQUARIUS MEWS<br>VANCOUVER, BC V6Z 2Y4<br>CANADA | 10528 | 45,504.20 CLAIMED UNSECURED<br>45,504.20 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11296 | STEVENSON, BRIAN D.<br>216 THOMPSON CREEK BLVD.<br>WOODBRIDGE, ON L4H 1H1<br>CANADA | 10529 | 72,488.89 CLAIMED UNSECURED<br>72,488.89 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11311 | STEVENSON, BRIAN D.<br>216 THOMPSON CREEK BLVD.<br>WOODBRIDGE, ON L4H 1H1<br>CANADA | 10530 | 16,672.44 CLAIMED UNSECURED<br>16,672.44 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11298 | STEVENSON, BRIAN D.<br>216 THOMPSON CREEK BLVD.<br>WOODBRIDGE, ON L4H 1H1<br>CANADA | 10531 | 14,497.78 CLAIMED UNSECURED<br>14,497.78 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11299 | STEVENSON, BRIAN D.<br>216 THOMPSON CREEK BLVD.<br>WOODBRIDGE, ON L4H 1H1<br>CANADA | 10532 | 14,497.78 CLAIMED UNSECURED<br>14,497.78 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |

U.S. BANKRUPTCY COURT - ABITIBIBOWATER INC.
CHAPTER 11 CASE NO. 09-11296 (KJC) JOINTLY ADMINISTERED
DEBTOR: ABITIBIBOWATER INC., , ,
CASE FILE DATE: 04/16/09
ATTORNEY: PAUL, WEISS, RIFKIND, WHARTON & GARRISON, 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019-6064 212-373-3000 ATTN: KELLEY A. KORNISH, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 09-11302 | STEVENSON, BRIAN D.<br>216 THOMPSON CREEK BLVD.<br>WOODBRIDGE, ON L4H 1H1<br>CANADA | 10533 | 14,497.78 CLAIMED UNSECURED<br>14,497.78 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11296 | TREMBLAY, BRUNO<br>250 CHEMIN DE LA POINTE-SUD, APP. 2203<br>VERDUN, QC H3E 0A8<br>CANADA | 10534 | 280,767.33 CLAIMED UNSECURED<br>280,767.33 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11311 | TREMBLAY, BRUNO<br>250 CHEMIN DE LA POINTE-SUD, APP. 2203<br>VERDUN, QC H3E 0A8<br>CANADA | 10535 | 64,576.49 CLAIMED UNSECURED<br>64,576.49 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11298 | TREMBLAY, BRUNO<br>250 CHEMIN DE LA POINTE-SUD, APP. 2203<br>VERDUN, QC H3E 0A8<br>CANADA | 10536 | 56,153.47 CLAIMED UNSECURED<br>56,153.47 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11299 | TREMBLAY, BRUNO<br>250 CHEMIN DE LA POINTE-SUD, APP. 2203<br>VERDUN, QC H3E 0A8<br>CANADA | 10537 | 56,153.47 CLAIMED UNSECURED<br>56,153.47 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11302 | TREMBLAY, BRUNO<br>250 CHEMIN DE LA POINTE-SUD, APP. 2203<br>VERDUN, QC H3E 0A8<br>CANADA | 10538 | 56,153.47 CLAIMED UNSECURED<br>56,153.47 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11296 | TRUDEL, M. JEAN-GUY<br>125 RUE PERREAULT, #102<br>TROIS-RIVIERES, QC G8T 9W5<br>CANADA | 10539 | 20,388.61 CLAIMED UNSECURED<br>20,388.61 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11311 | TRUDEL, M. JEAN-GUY<br>125 RUE PERREAULT, #102<br>TROIS-RIVIERES, QC G8T 9W5<br>CANADA | 10540 | 4,689.38 CLAIMED UNSECURED<br>4,689.38 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11298 | TRUDEL, M. JEAN-GUY<br>125 RUE PERREAULT, #102<br>TROIS-RIVIERES, QC G8T 9W5<br>CANADA | 10541 | 4,077.72 CLAIMED UNSECURED<br>4,077.72 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |

U.S. BANKRUPTCY COURT - ABITIBIBOWATER INC.
CHAPTER 11 CASE NO. 09-11296 (KJC) JOINTLY ADMINISTERED
DEBTOR: ABITIBIBOWATER INC., , , CASE FILE DATE: 04/16/09
ATTORNEY: PAUL, WEISS, RIFKIND, WHARTON & GARRISON, 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019-6064 212-373-3000 ATTN: KELLEY A. KORNISH, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 09-11299 | TRUDEL, M. JEAN-GUY<br>125 RUE PERREAULT, #102<br>TROIS-RIVIERES, QC G8T 9W5<br>CANADA | 10542 | 4,077.72 CLAIMED UNSECURED<br>4,077.72 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11302 | TRUDEL, M. JEAN-GUY<br>125 RUE PERREAULT, #102<br>TROIS-RIVIERES, QC G8T 9W5<br>CANADA | 10543 | 4,077.72 CLAIMED UNSECURED<br>4,077.72 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11296 | VAN HATTUM, ANDRE M.J.<br>37 MANOR WAY<br>BECKENHAM BR3 3LN<br>UNITED KINGDOM | 10544 | 260,326.86 CLAIMED UNSECURED<br>260,326.86 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11311 | VAN HATTUM, ANDRE M.J.<br>37 MANOR WAY<br>BECKENHAM BR3 3LN<br>UNITED KINGDOM | 10545 | 59,875.18 CLAIMED UNSECURED<br>59,875.18 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11298 | VAN HATTUM, ANDRE M.J.<br>37 MANOR WAY<br>BECKENHAM BR3 3LN<br>UNITED KINGDOM | 10546 | 52,065.37 CLAIMED UNSECURED<br>52,065.37 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11299 | VAN HATTUM, ANDRE M.J.<br>37 MANOR WAY<br>BECKENHAM BR3 3LN<br>UNITED KINGDOM | 10547 | 52,065.37 CLAIMED UNSECURED<br>52,065.37 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11302 | VAN HATTUM, ANDRE M.J.<br>37 MANOR WAY<br>BECKENHAM BR3 3LN<br>UNITED KINGDOM | 10548 | 52,065.37 CLAIMED UNSECURED<br>52,065.37 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11296 | WARREN, BARRY<br>5 HARROW PLACE<br>BEACONSFIELD, QC H5W 5C7<br>CANADA | 10549 | 419,878.97 CLAIMED UNSECURED<br>419,878.97 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11311 | WARREN, BARRY<br>5 HARROW PLACE<br>BEACONSFIELD, QC H5W 5C7<br>CANADA | 10550 | 96,572.16 CLAIMED UNSECURED<br>96,572.16 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |

U.S. BANKRUPTCY COURT - ABITIBIBOWATER INC.
CHAPTER 11 CASE NO. 09-11296 (KJC) JOINTLY ADMINISTERED
DEBTOR: ABITIBIBOWATER INC., , , CASE FILE DATE: 04/16/09
ATTORNEY: PAUL, WEISS, RIFKIND, WHARTON & GARRISON, 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019-6064 212-373-3000 ATTN: KELLEY A. KORNISH, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 09-11298 | WARREN, BARRY<br>5 HARROW PLACE<br>BEACONSFIELD, QC H5W 5C7<br>CANADA | 10551 | 83,975.79 CLAIMED UNSECURED<br>83,975.79 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11299 | WARREN, BARRY<br>5 HARROW PLACE<br>BEACONSFIELD, QC H5W 5C7<br>CANADA | 10552 | 83,975.79 CLAIMED UNSECURED<br>83,975.79 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11302 | WARREN, BARRY<br>5 HARROW PLACE<br>BEACONSFIELD, QC H5W 5C7<br>CANADA | 10553 | 83,975.79 CLAIMED UNSECURED<br>83,975.79 ALLOWED UNSECURED<br>**** PAID **** | 01/04/12<br>01/04/12 | <br>DOCKET NUMBER: 5027 |
| 09-11311 | LOCKE, DAPHNE<br>PO BOX 194<br>CHARLESTON, TX 37310 | 10554 | 859.87 CLAIMED PRIORITY<br>172.01 CLAIMED UNSECURED<br>1,031.88 TOTAL CLAIMED<br>859.87 ALLOWED PRIORITY<br>172.01 ALLOWED UNSECURED<br>1,031.88 TOTAL ALLOWED<br>**** PAID **** | 11/03/11<br>11/03/11 | <br>DOCKET NUMBER: 4885 |
| 09-11311 | THOMPSON, SCOTT R.<br>327 N. WASHINGTON AVE.<br>ETOWAH, TN 37331 | 10555 | 1,154.70 CLAIMED PRIORITY<br>231.00 CLAIMED UNSECURED<br>1,385.70 TOTAL CLAIMED<br>1,154.70 ALLOWED PRIORITY<br>231.00 ALLOWED UNSECURED<br>1,385.70 TOTAL ALLOWED<br>**** PAID **** | 11/03/11<br>11/03/11 | <br>DOCKET NUMBER: 4885 |
| 09-11301 | EXPORT DEVELOPMENT CANADA<br>ANA M. BEITES-KAERN, DEBT SERVICES<br>MANAGER<br>150 SLATER STREET<br>OTTAWA ONTARIO KIA 1K3<br>CANADA | 10556 | 178.39 CLAIMED UNSECURED<br>178.39 ALLOWED UNSECURED<br>**** PAID **** | 02/25/13<br>02/25/13 | <br>DOCKET NUMBER: 5320 |
| 09-11299 | EXPORT DEVELOPMENT CANADA<br>ANA M. BEITES-KAERN, DEBT SERVICES<br>MANAGER<br>150 SLATER STREET<br>OTTAWA ONTARIO KIA 1K3<br>CANADA | 10556 | 24,146.20 CLAIMED UNSECURED<br>24,146.20 ALLOWED UNSECURED<br>**** PAID **** | 02/25/13<br>02/25/13 | <br>DOCKET NUMBER: 5320 |

U.S. BANKRUPTCY COURT - ABITIBIBOWATER INC.
CHAPTER 11 CASE NO. 09-11296 (KJC) JOINTLY ADMINISTERED
DEBTOR: ABITIBIBOWATER INC., , , CASE FILE DATE: 04/16/09
ATTORNEY: PAUL, WEISS, RIFKIND, WHARTON & GARRISON, 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019-6064 212-373-3000 ATTN: KELLEY A. KORNISH, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 09-11311 | EXPORT DEVELOPMENT CANADA<br>ANA M. BEITES-KAERN, DEBT SERVICES<br>MANAGER<br>150 SLATER STREET<br>OTTAWA ONTARIO KIA 1K3<br>CANADA | 10556 | 84,297.30 CLAIMED UNSECURED<br>84,297.30 ALLOWED UNSECURED<br>**** PAID **** | 02/25/13<br>02/25/13 | <br>DOCKET NUMBER: 5320 |
| 09-11309 | EXPORT DEVELOPMENT CANADA<br>ANA M. BEITES-KAERN, DEBT SERVICES<br>MANAGER<br>150 SLATER STREET<br>OTTAWA ONTARIO KIA 1K3<br>CANADA | 10556 | 14,523.34 CLAIMED UNSECURED<br>14,523.34 ALLOWED UNSECURED<br>**** PAID **** | 02/25/13<br>02/25/13 | <br>DOCKET NUMBER: 5320 |
| 09-11329 | EXPORT DEVELOPMENT CANADA<br>ANA M. BEITES-KAERN, DEBT SERVICES<br>MANAGER<br>150 SLATER STREET<br>OTTAWA ONTARIO KIA 1K3<br>CANADA | 10556 | 572.80 CLAIMED UNSECURED<br>572.80 ALLOWED UNSECURED<br>**** PAID **** | 02/25/13<br>02/25/13 | <br>DOCKET NUMBER: 5320 |
| 09-11307 | EXPORT DEVELOPMENT CANADA<br>ANA M. BEITES-KAERN, DEBT SERVICES<br>MANAGER<br>150 SLATER STREET<br>OTTAWA ONTARIO KIA 1K3<br>CANADA | 10556 | 9,567.83 CLAIMED UNSECURED<br>9,567.83 ALLOWED UNSECURED<br>**** PAID **** | 02/25/13<br>02/25/13 | <br>DOCKET NUMBER: 5320 |
| 09-11317 | EXPORT DEVELOPMENT CANADA<br>ANA M. BEITES-KAERN, DEBT SERVICES<br>MANAGER<br>150 SLATER STREET<br>OTTAWA ONTARIO KIA 1K3<br>CANADA | 10556 | 17,841.97 CLAIMED UNSECURED<br>17,841.97 ALLOWED UNSECURED<br>**** PAID **** | 02/25/13<br>02/25/13 | <br>DOCKET NUMBER: 5320 |

U.S. BANKRUPTCY COURT - ABITIBIBOWATER INC.
CHAPTER 11 CASE NO. 09-11296 (KJC) JOINTLY ADMINISTERED
DEBTOR: ABITIBIBOWATER INC., , , CASE FILE DATE: 04/16/09
ATTORNEY: PAUL, WEISS, RIFKIND, WHARTON & GARRISON, 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019-6064 212-373-3000 ATTN: KELLEY A. KORNISH, ESQ.

TOTALS FOR CASE NO. : 09-11296 (KJC) JOINTLY ADMINISTERED
DEBTOR: ABITIBIBOWATER INC.

| | | # | Amount |
|---|---|---|---|
| Scheduled | - PRIORITY | 945 | 1,221,452.23 |
| | - SECURED | 11 | 2,081,392,614.00 |
| | - UNSECURED | 2,596 | 7,141,699,607.45 |
| Total Scheduled | | 2,728 | 9,224,313,673.68 |
| Claimed | - ADMINISTRATIVE | 218 | 12,369,218.16 |
| | - PRIORITY | 1,423 | 6,336,080.59 |
| | - SECURED | 93 | 805,192,181.04 |
| | - UNSECURED | 3,585 | 2,415,304,886.30 |
| Total Claimed | | 8,242 | 3,239,202,366.09 |
| Allowed | - ADMINISTRATIVE | 432 | 9,084,572.30 |
| | - PRIORITY | 1,130 | 2,468,085.73 |
| | - SECURED | 24 | 808,637.77 |
| | - UNSECURED | 3,351 | 527,813,018.96 |
| Total Allowed | | 3,837 | 540,174,314.76 |
| Total Expunged | | 4,071 | 15,763,585,428.10 |
| Total Withdrawn | | 247 | 1,711,475,287.73 |

Time Printed: 12:10:56 Billing File Footer Page: Date Printed: 07/30/13

Client Printing Report For: AbitibiBowater

Name of Report: CLAIMS REGISTER AS OF 07/30/13

Total Number of Pages Printed 989
Report Option For BSI
Report Option For Client

USERID TNP

Report Requested By

Explanation Of Report

Additional Billing

Fax ____ Cover Sheets + ________ Pages

Copies ____ Pages * ______ Sets

Airborne

Messenger

Postage

Labels